Fill in this information to identify the case:

Debtor name  **Perseon Corporation**

United States Bankruptcy Court for the:  **DISTRICT OF UTAH**

Case number (if known):

☐ Check if this is an amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Arrow Electronics, Inc.<br>13469 Collections Ctr. Dr.<br>Chicago, IL 60693 | Chri Dzielak<br>cdzielak@arrow.com<br>303-566-7023 | Trade debt | | | | $20,088.82 |
| BACS<br>dba Bay Area Computer Solutions<br>1366 Turnstone Way<br>Sunnyvale, CA 94087 | Jull Silva<br>accounting@bacsit.com<br>650-554-4601 | Professional services | Disputed | | | $56,245.36 |
| Compandben International<br>Sandhurst House / Yorktown Road<br>Sandhurst<br>UNITED KINGDOM | info@compandben.com<br>41 22 733-4335 | Termination fee | Disputed | | | $38,660.00 |
| Domo, Inc.<br>Dept. CH 10704<br>Palatine, IL 60055-0704 | 800-899-1000 | Trade debt | Disputed | | | $33,055.00 |
| Eclipse Product Development, Inc.<br>825 N. 300 W #C250<br>Salt Lake City, UT 84103 | 801-539-1395 | Professaionl services | | | | $20,000.00 |
| Financial Profiles<br>11601 Wilshire Blvd., Suite 1920<br>Los Angeles, CA 90025 | Edward Ricalde<br>ericalde@finprofiles.com<br>310-622-8229 | Professional services | | | | $19,048.27 |
| HealthSTAR Public Relations<br>PO Box 15035<br>Newark, NJ 07192 | David Bashaw<br>Dbashaw@centronpr.com<br>646-722-8818 | Professional services | | | | $41,138.24 |

Debtor **Perseon Corporation**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Henriksen Butler Design Group** 249 S 400 E Salt Lake City, UT 84111 | ar@henriksenbutler.com (801) 363-5881 | **Trade debt** | | | | $37,000.00 |
| **Knapp Healthcare Communications, LLC** 501 5th Ave. Suite 2003 New York, NY 10017 | (212) 949-1810 | **Professional services** | | | | $60,000.00 |
| **Latham & Watkins** 650 Town Center Dr. 20th Floor Costa Mesa, CA 92626-1925 | Nancie L. Vu nancie.vu@lw.com 714-755-8150 | **Professional services** | | | | $21,706.25 |
| **MegaPath** Dept 0324 PO Box 120324 Dallas, TX 75312-0324 | 877-611-6342 | **Telephone system/service** | **Disputed** | | | $41,215.85 |
| **Merit Medical** PO Box 204842 Dallas, TX 75320-4842 | 801-253-1600 | **Inventory prototype** | | | | $25,478.63 |
| **Merrill Communications LLC** CM-9638 Saint Paul, MN 55170-9638 | Terese Latterell terese.lattrerell@merillcorp.com 651-632-1241 | **Professional services** | | | | $24,492.48 |
| **Modellers** 711 Third Ave 19th Floor New York, NY 10017 | 201-290-3800 | **Professional services** | | | | $49,752.00 |
| **NASDAQ Stock Market LLC** Lockbox 20200 PO Box 8500 Philadelphia, PA 19178-0200 | Dan Vizconde danpaulo.vixonde@nasdaq.com 301-987-8393 | **Professional services** | **Disputed** | | | $55,000.00 |
| **Nixon Peabody LLP** PO Box 28012 New York, NY 10087-8012 | Samantha Sergent ssergent@nixonpeabody.com 617-345-6163 | **Professional services** | | | | $45,042.60 |
| **SunTrust Robinson Humphrey, Inc.** 711 Fifth Avenue, 6th Floor New York, NY 10022 | | **Unmatured Investment Banking Contract** | **Contingent Unliquidated** | | | $925,000.00 |

Debtor **Perseon Corporation**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Three Seeds Ventures** **7405 Storm Court** **Falls Church, VA 22043** | **Mike Hollenbeck** **MCH@tsvllc.com** **801-972-5555** | **Venture capital and equity services** | | | | $19,937.50 |
| **U of L Dept of Surgery** **c/o Robert Martin MD, PhD** **315 East Broadway - M10 Ste 312** **Louisville, KY 40202** | **Robert Martin MD, PhD** **robert.martin@louisville.edu** **502-629-3355** | **Professional services** | **Disputed** | | | $40,900.00 |
| **Whipsaw** **434 South First Street** **San Jose, CA 95113** | **Dyana Chargin** **dyana@whipsaw.com** **408-297-9771 ext. 203** | **Professional services** | | | | $28,102.00 |