**Fill in this information to identify the case:**

Debtor name __**Perseon Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ■ Other document that requires a declaration     **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**May 23, 2016**__          X **/s/ Clinton E. Carnell Jr.**
                                          Signature of individual signing on behalf of debtor

                                          **Clinton E. Carnell Jr.**
                                          Printed name

                                          **CEO/President**
                                          Position or relationship to debtor

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Perseon Corporation**

United States Bankruptcy Court for the: DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 3,953,106.51

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................................. $ 3,953,106.51

| Part 2: | Summary of Liabilities |
|---|---|

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $ 39,745.32

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $ 1,364,588.72

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................ +$ 1,928,725.92

4.   Total liabilities .................................................................................................
   Lines 2 + 3a + 3b                                                                                    $ 3,333,059.96

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name        **Perseon Corporation**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**3.** **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Wells Fargo** | **Savings Account** | **8458** | **$188,323.14** |
| 3.2. | **Wells Fargo** | **Flex Spending Checking Account** | **5217** | **$4,665.12** |
| 3.3. | **Wells Fargo** | **Operating Account** | **1802** | **$112,815.83** |
| 3.4. | **Wells Fargo** | **Credit Card Deposit** | **7593** | **$25,000.00** |

**4.** **Other cash equivalents** *(Identify all)*

**5.** **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$330,804.09** |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor   **Perseon Corporation**                                    Case number *(If known)* _____
_____
Name

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

7.1.   **Prepayment for D&O Insurance - Moreton & Company, 4600S Ulster Street, Suite 380, Denver, CO 80237**                                      $71,300.00

7.2.   **Prepayment for 2 storage unit rentals through March 22, 2017 - South Salt Lake Storage LLC dba A-1 Access Storage, 302 S 460 W, South Salt Lake, UT 841145**      $3,578.50

7.3.   **Prepayment of Commercial Liability Insurance - Travelers**                $2,736.04

7.4.   **Lease Deposit - Kax Co. LLC, c/o Woodbury Corporation, 2733 E Parleys Way, Suite 300, Salt Lake City, UT 84109**                       $4,000.00

7.5.   **Deposit - Compandben International, Sandhurst House Yorktown Road, Sandhurst, UK**     $6,870.05

7.6.   **Prepayment for service for preparation of 2015 and 2016 tax returns - Tanner LLC, 36 S State Street, Suite 600, Salt Lake City, UT 84111-1400**         $25,000.00

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                          $113,484.59
Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:        **381,912.41**        -        **50.00**    =....        $381,862.41
                                face amount                   doubtful or uncollectible accounts

11b. Over 90 days old:           **102,333.03**        -        **90,333.03**    =....        $12,000.00
                                face amount                   doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                         $393,862.41
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | **Investments** |
| --- | --- |

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Perseon Corporation**
Name

Case number *(If known)* _____

---

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| **20. Work in progress** | | | | |
| **21. Finished goods, including goods held for resale** | | | | |
| **22. Other inventory or supplies**<br>**Antennas: 15cm (68); 20cm (62); 25cm (46); 15cm short (197); 20cm short (86)** | 4/30/16 | $0.00 | Recent cost | $160,670.91 |
| **Generators: T2 Tabletop (11); cart system (8)** | 4/30/16 | $0.00 | Recent cost | $260,345.19 |
| **Raw materials and components** | 4/30/16 | $0.00 | Recent cost | $382,379.32 |

**23. Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.

| $803,395.42 |
|---|

**24. Is any of the property listed in Part 5 perishable?**
☑ No
☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number *(If known)* |
|---|---|---|
| | Name | |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| **Work tables (6) [120]; chairs [20]; cabinets [36 x 24 x 72] (8) [800]; cabinets [36 x 18 x 72] (3) [300]; cabinets [36 x 24 x 48] (6) [600]; Work bench (3 sections) [20]; Shelves (2) [50] [held in storage]** | $0.00 | Liquidation | $1,910.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Computers (19) [0]; monitors (43) [600]; laptop (1) [0]; docking stations (3) [60]; printers (3) [60]; keyboards (full box) [100] [held in storage]** | $0.00 | Liquidation | $500.00 |
| **Accounting software - SageBusinessWorks** | $0.00 | | $0.00 |
| **Office supplies [25]; Misc Shipping cases (5) [250]; Misc Shipping Boxes [20]** | $0.00 | Liquidation | $295.00 |
| **Copier** | $0.00 | Purchase Price | $20,000.00 |
| **Misc Shipping cases [300]; Misc Shipping Boxes [500]; Boxes of kitchen stuff [20]; Boxes/totes of engineering testing material and samples [unkown]; Couple of boxes - engineering material [200]; Boxes of misc office stuff [50]; Misc case foam padding [100] [held in storage]** | $0.00 | Liquidation | $1,170.00 |
| **Computers (2) [0]; Monitors (6) [600]; Laptops (7) [0]; Docking Stations (3) [60]; Printers (4) [80]; Keyboards (Full Box) [50]; Server (1) [300]** | $0.00 | Liquidation | $1,090.00 |
| **Work Tables (13) [250]; Chairs (9) [180]; Cabinets- 36 x 24 x 72 (8) [800]; Shelves (9) [225]** | $0.00 | Liquidation | $1,455.00 |
| 42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

| | | |
|---|---|---|
| 43. **Total of Part 7.** Add lines 39 through 42.  Copy the total to line 86. | | $26,420.00 |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

☑ No
☐ Yes

---

**Part 8:**   **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2005 Chevy C1500 Silverado Truck** | $0.00 | NADA | $5,000.00 |
| 48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49. **Aircraft and accessories** | | | |
| 50. **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>**Tektronix TDS 2024C Oscilloscope [S/N<br>TDS2024C C014513]** | $0.00 | Liquidation | $1,300.00 |
| **EZ Digital Co. FC-7150 Frequency Counter<br>[S/N R11040020]** | $0.00 | Liquidation | $150.00 |
| **Compliance West HTT-1 Safety Testers<br>Function Checker [S/N  433087]** | $0.00 | Liquidation | $120.00 |
| **Power meter** | $0.00 | Liquidation | $800.00 |
| **Agilent Techologies N1913A Power Meter [S/N<br>MY54090002]** | $0.00 | Liquidation | $800.00 |
| **Annitsu MS2024A Network / Spectrum<br>Analyzer [S/N 0815111]** | $0.00 | Liquidation | $4,500.00 |
| **Agilent Technologies E5061B Network<br>Analyzer [S/N MY49201903]** | $0.00 | Liquidation | $1,800.00 |
| **Rhode & Schwarz FS300 Spectrum Analyzer<br>[S/N 101020]** | $0.00 | Liquidation | $2,000.00 |
| **Fluke 26-3 Multimeter True RMS [S/N<br>78870224] (50) & Fluke 26-3 Multimeter True<br>RMS [S/N 78870228] (50)** | $0.00 | Liquidation | $100.00 |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Perseon Corporation** | | Case number *(If known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| Fluke 177 Multimeter [S/N 92070417] | $0.00 | Liquidation | $50.00 |
| Fluke 87-5 Multimeter, True RMS [S/N 95830123] | $0.00 | Liquidation | $50.00 |
| Mitutoyo 505-645 Dial Caliper, 12" [S/N 9M6008] | $0.00 | Liquidation | $50.00 |
| Fowler Dial Caliper 6" [S/N 4-92617] | $0.00 | Liquidation | $50.00 |
| Fowler Digital Caliper | $0.00 | Liquidation | $50.00 |
| Mitutoyo 50-173 Digital Caliper 12" [S/N 1091293] | $0.00 | Liquidation | $50.00 |
| Micrometer (2) | $0.00 | Liquidation | $100.00 |
| Mitutoyo MDC-1"MX Digimatric Micrometer [S/N 45096117] | $0.00 | Liquidation | $75.00 |
| Instek GPS-3303 Power Supply [S/N EI920247] | $0.00 | Liquidation | $150.00 |
| Quadtech Sentry 30 Plus Hipot Tester [S/N S00300001196] | $0.00 | Liquidation | $600.00 |
| Bird 8325 Cozxial Attenuator [S/N 5164] | $0.00 | Liquidation | $800.00 |
| Coaxial Resistor [S/N 1887] | $0.00 | Liquidation | $250.00 |
| Agilent Technologies 8648A Signal Generator [S/N 3847M01668] | $0.00 | Liquidation | $600.00 |
| Agilent Technolgies N8482A Power Sensor [S/N MY55120010] | $0.00 | Liquidation | $150.00 |
| Omega DFG55-100 Digitial Force Gauge [S/N 3548139] | $0.00 | Liquidation | $500.00 |
| Chatillon LTCM-100 Tensile Testor [S/N 03 25 15 01] | $0.00 | Liquidation | $1,200.00 |
| Chatillon LTCM-100 Force Testor [S/N 03 25 15 01] | $0.00 | Liquidation | $200.00 |
| Chatillon SLC-0100 Load Cell Sensor [S/N V07149] | $0.00 | Liquidation | $200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor    **Perseon Corporation**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| **Chatillon TLC-0002 Load Cell Sensor [S/N TLC2594]** | $0.00 | Liquidation | $200.00 |
| **Chatillon TLC-0010 Load Cell Sensor [S/N TLC2595]** | $0.00 | Liquidation | $200.00 |
| **Zaxis Inc. Isaac-PF Multi-Function Leak Tester [S/N 489-10i1]** | $0.00 | Liquidation | $1,200.00 |
| **Chromate ATE 19572 Ground Bond Tester [S/N 195720000868]** | $0.00 | Liquidation | $300.00 |
| **Utica TS-30 Torque Screwdriver** | $0.00 | Liquidation | $50.00 |
| **RF Lambda RFST200G02NF Termination (Load) [S/N 11091503]** | $0.00 | Liquidation | $20.00 |
| **Control company / Cole Parker 90080-03 ThermoHygrometer [S/N 140717005]** | $0.00 | Liquidation | $20.00 |
| **Meyer Gage Co., Inc. Plus Gage Bocks .011/.250** | $0.00 | Liquidation | $50.00 |
| **Meyer Gage Co. Inc. Minus Gage Blocks .011/.250** | $0.00 | Liquidation | $50.00 |
| **Fluke 922 Airflow Meter [S/N 18630409] (150) & Fluke 922 Airflow Meter [S/N 24620439] (150)** | $0.00 | Liquidation | $300.00 |
| **Adam Equipment, Inc. HCB1502 Scale, 1500g x 0.05g [S/N AE76001527]** | $0.00 | Liquidation | $100.00 |
| **Mini Circuits SSG-4000LH Synthesizer [S/N 11304020001]** | $0.00 | Liquidation | $500.00 |
| **Zaxis Inc. L-STD-6-C Isaac Leak Standard [S/N T285-14s1]** | $0.00 | Liquidation | $75.00 |
| **Extech 461720 Contact Tachometer [S/N 960122]** | $0.00 | Liquidation | $20.00 |
| **Evaluation System #1- 20-17222-001 (Cart) SN 110228-009 [in the possession of University of Utah Dept. of Radiology, 30 North 1900 East, Bldg. 521 #1A71 SOM, Salt Lake City, UT 84132-2140]** | $0.00 | Replacement | $14,000.00 |

| Debtor | **Perseon Corporation** | | Case number *(If known)* | |
| | Name | | | |

| | | | |
|---|---|---|---|
| Evaluation System #3 - 20-17222-101 (T2) SN 101112-00004 [in possession of Matt Dyer, Appleton Medical Services, 118 North Main Street, Saint Charles, MO 63301] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #5 - 20-17222-102 (T2) SN 110404-012 [in possession of Luis Lopes, Rua de S Jose, 28 1. No 4710-437 Braga, Portugal] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #9 - 20-17222-101 (T2) SN 120328-017 [in possession of Michael Dachman, 5 La Quinta Court, Lake in the Hills, IL 60156] | $0.00 | Replacement | $14,000.00 |
| Evlauation System #10- 20-17222-101 (T2) [in possession of Mark Houskeeper, 1330 W 1800 N, Lehi, UT 84043] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #11 - 20-17222-101 (T2) SN 120425-021 [in possession of Rhode Island Hospital, Research Administration - Aldrich3, 593 Eddy St., Providence, RI 02903] | $0.00 | Replacement | $14,000.00 |
| Evaulation System #12 - 20-17222-101 (T2) SN 120425-022 [in possession of Todd Staples, 284 Ayer Road, Buffalo, NY 14221] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #14 - 20-17222-101 (T2) SN110127-007 [in possession of Michael Dachman, 5 La Quinta Court, Lake in the Hills, IL 60156] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #15 - 20-17222-101 (Cart) SN 111003-015 [in possession of Will Hull, Appleton Medical Services, 118 North Main Street, Saint Charles, MO 63301] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #16 - 20-17222-101 (T2) SN 140404-098 [in possession of Rhode Island Hospital, Research Administration - Aldrich3, 593 Eddy St., Providence, RI 02903] | $0.00 | Replacement | $14,000.00 |
| Generator for Evalution System #19 - 20-17222-101 (T2) SN 131121-082 [in possession of Misr Siani, ] | $0.00 | Replacement | $14,000.00 |
| Evaluation System #20 - 20-17222-001 SN 150629-121 [in possession of Boston Medical Center via KOL Bio-Medical Instruments, Inc., 13901 Williard Rd., PO Box 220630, Chantilly, VA 20153] | $0.00 | Replacement | $14,000.00 |

Debtor   **Perseon Corporation**
Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| **Evaluation System #21 - 20-17222-101 SN 150629-127 [in possession of Michael Dachman, 5 La Quinta Court, Lake in the Hills, IL 60156 or Mike Lowery, Appleton Medical Services, 118 North Main Street, Saint Charles, MO 63301]** | $0.00 | Replacement | $14,000.00 |
| **Evaluation System #22 - 20-17222-001 SN 150629-122 [in possession of Boston Medical Center or New Hanover Regional Medical Center via KOL Bio-Medical Instruments, Inc., 13901 Williard Rd., PO Box 220630, Chantilly, VA 20153]** | $0.00 | Replacement | $14,000.00 |
| **Evaluation System #23 - 20-17222-001 SN 150629-124 [in possession of Cedars-Sinai Medical Center via Comed Medical Specialties, LLC, 4962 S. Redwood Road, Salt Lake City, UT 84123]** | $0.00 | Replacement | $14,000.00 |
| **Evaluation System #24 - 20-17222-101 SN 150629-123 [in possession of University of Chicago via  Appleton Medical Services, 118 North Main Street, Saint Charles, MO 63301]** | $0.00 | Replacement | $14,000.00 |
| **4 1/2 - Demo Generators** | $0.00 | Replacement | $30,000.00 |
| **Flir Camera [held in storage]** | $0.00 | | $0.00 |
| **California Air Tools 4610A Compressor** | $0.00 | Liquidation | $50.00 |
| **Canon Rebel T1i Camera** | $0.00 | Liquidation | $200.00 |
| **Testing oven [held in storage]** | $0.00 | Liquidation | $20.00 |
| **Brazing Unit and Table [held in storage]** | $0.00 | Liquidation | $200.00 |
| **Ultrasonic Cleaner [held in storage]** | $0.00 | Liquidation | $50.00 |
| **Air Stat - Variable Transformer [held in storage]** | $0.00 | Liquidation | $50.00 |
| **Microscope** | $0.00 | Liquidation | $20.00 |
| **Ductless Fume Hood [held in storage]** | $0.00 | Liquidation | $750.00 |
| **Roll around tool box** | $0.00 | Liquidation | $125.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Perseon Corporation**
          Name

Case number *(If known)*

| | | | |
|---|---|---|---|
| **Big red tool box** | $0.00 | **Liquidation** | $20.00 |
| **3 small tool boxes [held in storage]** | $0.00 | **Liquidation** | $15.00 |
| **2 small tool boxes** | $0.00 | **Liquidation** | $10.00 |
| **6 Fleid Test Kits** | $0.00 | **Liquidation** | $600.00 |
| **Isaac-PF Multi-FUnction Leak Tester [S/N 517-10i1, Equip P/N / Asset # 11-16898-002] [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916 or Zaxis, Inc., 2442 South 2570 West, Salt Lake City, UT 84119-1242]** | $0.00 | **Liquidation** | $1,200.00 |
| **Tray Sealer [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916 or Tegrant Corporation, Alloyd Brands, 21035 Network Place, Chicago, IL 60673-1210]** | $0.00 | **Liquidation** | $500.00 |
| **Tray Sealer Nest [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916 or Tegrant Corporation, Alloyd Brands, 21035 Network Place, Chicago, IL 60673-1210]** | $0.00 | | $0.00 |
| **UV Meter [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | **Liquidation** | $50.00 |
| **Network Annlyzer [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916 or Anritsu Company, Department 01629, PO Box 39000, San Francisco, CA 94139-1629]** | $0.00 | **Liquidation** | $50.00 |
| **O Ring Tool [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | **Liquidation** | $50.00 |
| **UV Station [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | **Liquidation** | $50.00 |
| **Mid Chamber Gluing [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | **Liquidation** | $50.00 |

Debtor    **Perseon Corporation**                                    Case number *(If known)* _____
                Name

| | | | |
|---|---|---|---|
| **PCB Soldering Fixture [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $50.00 |
| **Adhesive Cure Fixture [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $50.00 |
| **Bracket Cure Fixture [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $50.00 |
| **Tube Alignment Fixture [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $50.00 |
| **Handle Press Fixture [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $50.00 |
| **Mold - right and left handles [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $500.00 |
| **Mold - Mid chamber, Mold - Inlet Cap, Mold Front Chamber [in possession of CEA Medical Manufacturing, Inc., 1735 Merchants Ct., Colorado Springs, CO 80916]** | $0.00 | Liquidation | $500.00 |
| **Mold - Dual Lumen Spike [in possession of Intertech Medical Inc., 4525 Kingston St., Denver, CO 80239]** | $0.00 | Liquidation | $500.00 |
| **Cable Tooling [in possession of Richard Manufacturing Company, 2147 N. Rulon White Blvd., STE 212, Ogden, UT 84404]** | $0.00 | Liquidation | $500.00 |

51.     **Total of Part 8.**                                                                    | $285,090.00 |
        Add lines 47 through 50.  Copy the total to line 87.

52.     **Is a depreciation schedule available for any of the property listed in Part 8?**
        ■ No
        ☐ Yes

53.     **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

| Part 9: | **Real property** |
|---|---|

54. **Does the debtor own or lease any real property?**

        ■ No.  Go to Part 10.

Debtor      **Perseon Corporation**                                    Case number *(If known)* _____
            _____
            Name

☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.

■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 60. | Patents, copyrights, trademarks, and trade secrets **See attached list of Patents, Trademarks/Service Marks, and Licenses** | $0.00 | Management Est. | $2,000,000.00 |
| | **Tradename** | $0.00 | Management Est. | Unknown |
| 61. | **Internet domain names and websites** **perseonmedical.com** | $0.00 | Management Est. | Unknown |
| 62. | **Licenses, franchises, and royalties** | | | |
| 63. | **Customer lists, mailing lists, or other compilations** **Customer list** | $0.00 | Management Est. | Unknown |
| 64. | **Other intangibles, or intellectual property** **510(k)** | $0.00 | Management Est. | Unknown |
| | **CE Mark** | $0.00 | Management Est. | Unknown |
| | **Contract manufacturing relationship** | $0.00 | Management Est. | Unknown |
| 65. | **Goodwill** | | | |

66.      **Total of Part 10.**                                                        | $2,000,000.00 |
         Add lines 60 through 65. Copy the total to line 89.

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107)**?**
         ■ No
         ☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
         ■ No
         ☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
         ■ No
         ☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**

**Official Form 206A/B Schedule A/B Assets - Real and Personal Property No. 60**

**Patents, Trademarks/Service Marks, and Licenses**

## Patents

| Application No. | Country | Filing Date | Patent No. | Title | Status |
|---|---|---|---|---|---|
| 12/620,002 | US | 11/17/2009 | 8,414,570 | Microwave Coagulation Applicator and System | Granted |
| 12/689,195 | US | 1/18/2010 | 8,551,083 | Microwave Coagulation Applicator and System | Granted |
| 14/049,064 | US | 10/8/2013 | | Microwave Coagulation Applicator and System | Pending |
| 12/794,667 | US | 6/4/2010 | | Microwave Coagulation Applicator and System with Fluid Injection | Pending |
| PCT/US10/57127 | WO | 11/17/2010 | | Microwave Coagulation Applicator and System | Nat. Phase |
| 10832144.9 | EP | 11/17/2010 | | Microwave Coagulation Applicator and System | Pending |
| 201080061511.4 | CN | 11/17/2010 | | Microwave Coagulation Applicator and System | Pending |
| 2012-540035 | JP | 11/17/2010 | | Microwave Coagulation Applicator and System | Pending |
| 2012125022 | RU | 11/17/2010 | 2562287 | Microwave Coagulation Applicator and System | Granted |
| 13/020,483 | US | 2/3/2011 | | Multiple Frequency Energy Supply and Coagulation System | Abandoned |
| 13/615,017 | US | 9/13/2012 | | Ablation Antenna | Pending |
| PCT/US12/56418 | WO | 9/20/2012 | | Ablation Antenna | Nat. Phase |
| 12833617.9 | EP | 9/20/2012 | | Ablation Antenna | Pending |
| 201280045847.0 | CN | 9/20/2012 | | Ablation Antenna | Pending |
| 2014-531978 | JP | 9/20/2012 | | Ablation Antenna | Pending |
| 2014115808 | RU | 9/20/2012 | | Ablation Antenna | Pending |
| 10-2014-7010042 | KR | 9/20/2012 | | Ablation Antenna | Pending |
| 1120140067007 | BR | 9/20/2012 | | Ablation Antenna | Pending |
| 2496/DELNP/2014 | IN | 9/20/2012 | | Ablation Antenna | Pending |
| 61/536,680 | US | 9/20/2011 | | Ablation Antenna | Converted |
| 14/310,951 | US | 6/20/2014 | | Ablation Emitter Assembly | Pending |
| 14/310,975 | US | 6/20/2014 | | Ablation Probe with Metalized Ceramic Component | Pending |
| 62/121,236 | US | 2/26/2015 | | Microwave Sheath/Introducer with Accessibility Port | Pending |

## Trademarks/Service Marks

| Application No. | Country | Filing Date | Reg. No. | MARK | Status |
|---|---|---|---|---|---|
| | | | | | |

4816-4210-8721\5

| 77/095618 | US TM | 1/31/2007 | 3384164 | MICROTHERMX | Registered |
| 86/559,628 | US TM | 3/10/2015 | | PERSEON | Pending |
| 86/559,650 | US TM | 3/10/2015 | | SYNCHRONOUS WAVE ALIGNMENT | Pending |
| 011893732 | EU | 12/6/2013 | 011893732 | MICROTHERMX | Registered |

**<u>Licenses</u>**

License Agreement between Perseon Corporation and MedLink Technologies, LLC

| Debtor | **Perseon Corporation** | Case number *(If known)* | |
| | Name | | |

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)**<br>**Potential claims against Galil Medical, Inc. related to an agreement and plan of merger** | **Unknown** |
| | Nature of claim | |
| | Amount requested                         **$0.00** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**<br>**Claim for unused Cafeteria Plans held by Wasatch Employee Benefits** | **$50.00** |
| | Nature of claim | |
| | Amount requested                         **$0.00** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$50.00** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?** | |

■ No
☐ Yes

| Debtor | **Perseon Corporation** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

<div style="background:black;color:white;display:inline-block;padding:2px 6px;">Part 12:</div> **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $330,804.09 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $113,484.59 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $393,862.41 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $803,395.42 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $26,420.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $285,090.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $2,000,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $50.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,953,106.51 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,953,106.51 |

**Fill in this information to identify the case:**

Debtor name __**Perseon Corporation**__

United States Bankruptcy Court for the: __DISTRICT OF UTAH__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| | | | Column A<br>Amount of claim<br>Do not deduct the value<br>of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|---|
| 2.1 | **De Lage Landen** | Describe debtor's property that is subject to a lien<br>**Copier** | $39,745.32 | $20,000.00 |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | |
|---|---|
| **De Lage Landen**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Copier** |
| **PO Box 41602**<br>**Philadelphia, PA**<br>**19101-1602**<br>Creditor's mailing address | |
| | Describe the lien<br>**Financing Agreement** |
| | **Is the creditor an insider or related party?** |
| | ■ No |
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H) |
| **Last 4 digits of account number**<br>**5462** | |
| **Do multiple creditors have an**<br>**interest in the same property?** | **As of the petition filing date, the claim is:**<br>Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor,<br>including this creditor and its relative<br>priority. | ■ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $39,745.32 |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did<br>you enter the related creditor? | Last 4 digits of<br>account number for<br>this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name   **Perseon Corporation**

United States Bankruptcy Court for the:   DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Arizona Department of Revenue**<br>**1600 W Monroe**<br>**Phoenix, AZ 85007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $0.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>**Benjamin Curtis Beckham**<br>**101 Bon Winde Rd.**<br>**Georgetown, TX 78633** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $122,250.00 | $0.00 |
|  | Date or dates debt was incurred | Basis for the claim:<br>**Termination fees owed per employment**<br>**contract:**<br>**Change of control fee: $115,500**<br>**30 day notice fee: $19,250**<br>**Less $12,500 payment** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    27167                    Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $133,333.00 | $0.00 |
|---|---|---|---|---|
| | **Brian Meltzer** | Check all that apply. | | |
| | **24 Broad Axe Lane** | ☐ Contingent | | |
| | **Wilton, CT 06897** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Termination fees owed per employment contract:** | | |
| | | **Change of control fee: $125,000** | | |
| | | **30 day notice fee: $20,833** | | |
| | | **Less $12,500 payment** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $830,212.00 | $0.00 |
|---|---|---|---|---|
| | **Clinton E. Carnell Jr.** | Check all that apply. | | |
| | **3891 West View Trail** | ☐ Contingent | | |
| | **Park City, UT 84098** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | | **Termination fees owed per employment contract:** | | |
| | | **Change of control fee: $700,000** | | |
| | | **30 day notice fee: $29,167** | | |
| | | **Bonus: $73,562** | | |
| | | **Vacation Bank: $8,284** | | |
| | | **Medical/Dental: $19,200** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $15,000.00 | $12,475.00 |
|---|---|---|---|---|
| | **Damian E Dupuy, M.D.** | Check all that apply. | | |
| | **60 Powers Drive** | ☐ Contingent | | |
| | **Centerville, MA 02632** | ☐ Unliquidated | | |
| | | ☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | **May 2016** | **Compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No | | |
| | | ☐ Yes | | |

| Debtor | **Perseon Corporation** | | |
|---|---|---|---|
| | Name | | |
| | | Case number (if known) | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Delaware Department of Revenue**<br>**25 Sigourney St**<br>**Hartford, CT 06106** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,529.96 | $1,529.96 |
|---|---|---|---|---|
| | **Employment Development Dept**<br>**PO Box 989061**<br>**West Sacramento, CA 95798-9061** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**Period ended 6/30/15** | Basis for the claim:<br>**Employment taxes** | | |
| | Last 4 digits of account number **0576**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $196.88 | $196.88 |
|---|---|---|---|---|
| | **Florida Department of Revenue**<br>**Out of State Collections Unit**<br>**1415 W US Highway 90 Ste. 115**<br>**Lake City, FL 32055-6123** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**2015** | Basis for the claim:<br>**Sales and Use Tax** | | |
| | Last 4 digits of account number **0474**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $410.30 | $410.30 |
|---|---|---|---|---|
| | **Florida Department of Revenue**<br>**Out of State Collections Unit**<br>**1415 W US Highway 90 Ste. 115**<br>**Lake City, FL 32055-6123** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | | |
| | Date or dates debt was incurred<br>**2014** | Basis for the claim:<br>**Corporate Income Tax** | | |
| | Last 4 digits of account number **0474**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Section MS A 340**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $0.00 |
|---|---|---|---|---|

**Harold R. Wolcott**
**26 North 3175 East**
**Layton, UT 84040**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 2016**

Basis for the claim:
**Compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $193.59 | $193.59 |
|---|---|---|---|---|

**I.D.E.S.**
**Employer File Maintenance**
**33 S State 10th Floor**
**Chicago, IL 60603-2802**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**2nd Qtr 2015**

Basis for the claim:
**Employment tax**

Last 4 digits of account number **0610**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operation**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Perseon Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.14 | Priority creditor's name and mailing address<br>**Jeannie Walls**<br>**236 Covington St.**<br>**Oakland, CA 94605** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **Unknown** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Potential claim for incorrect W-2** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.15 | Priority creditor's name and mailing address<br>**Jennifer R. Hoglin**<br>**8883 Daybreaker Dr.**<br>**Park City, UT 84098** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$115,833.00** | **$0.00** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**Termination fees owed per employment contract:**<br>**Change of control fee: $110,000**<br>**30 day notice fee: $18,333**<br>**Less $12,500 payment** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.16 | Priority creditor's name and mailing address<br>**Kansas Department of Revenue**<br>**Division of Taxation**<br>**9015 SW Harrison St.**<br>**Topeka, KS 66625-2007** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$562.50** | **$562.50** |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**3rd Qtr. 2015** | Basis for the claim:<br>**Withholding** | | |
| | Last 4 digits of account number **7F02**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.17 | Priority creditor's name and mailing address<br>**New York State**<br>**Department of Labor**<br>**PO Box 15012**<br>**Albany, NY 12212-5012** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>■ Unliquidated<br>■ Disputed | **$1,022.02** | **$1,022.02** |
|---|---|---|---|---|
| | Date or dates debt was incurred | Basis for the claim:<br>**NYS-45 Quarterly Compined Withholding, Wage Reporting and Unemployment Insurance Return** | | |
| | Last 4 digits of account number **3118**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor **Perseon Corporation**

Name

Case number (if known)

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $242.60 | $242.60 |
|---|---|---|---|---|

**Oregon Department of Revenue**
**PO Box 14725**
**Salem, OR 97309-5018**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Period ending 6/30/15**

Basis for the claim:
**Lane Transit Tax**

Last 4 digits of account number **5061**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.81 | $250.81 |
|---|---|---|---|---|

**Oregon Department of Revenue**
**PO Box 14725**
**Salem, OR 97309-5018**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Period ending 6/30/15**

Basis for the claim:
**Tri-Met Payroll Tax**

Last 4 digits of account number **5061**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $721.92 | $721.92 |
|---|---|---|---|---|

**Oregon Employment Tax**
**PO Box 4395**
**Unit 02**
**Portland, OR 97208-4395**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**1st and 2nd Qtr 2015**

Basis for the claim:
**Employment Tax**

Last 4 digits of account number **9783**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Pennsylvania Department of**
**Revenue**
**Bureau of Corporation Taxes**
**PO Box 280701**
**Harrisburg, PA 17128-0701**

*Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**1000298319**

Basis for the claim:
**Foreign Franchise Tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Perseon Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** | **$12,475.00** |
|---|---|---|---|---|

**Peter Vitulli**
**2655 Cliffrose Court**
**Park City, UT 84098**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 2016**

Basis for the claim:
**Compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Salt Lake County Assessor**
**2001 South State Street, #N2-600**
**PO Box 147421**
**Salt Lake City, UT 84114-7421**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**State of Utah-Office of the Atty**
**General**
**Tax & Revenue Division**
**160 E 300 S, 5th Fl / PO Box**
**140874**
**Salt Lake City, UT 84114-0874**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$15,000.00** | **$12,475.00** |
|---|---|---|---|---|

**Steven G. Stewart**
**4523 Sunset Circle**
**Bountiful, UT 84010-5884**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**May 2016**

Basis for the claim:
**Compensation**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **The Delaware Department of State Division of Corporations PO Box 898 Dover, DE 19903** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,500.00 | $2,500.00 |
|---|---|---|---|---|
| | **Timothy C. McQuay 4927 Gould Ave. La Canada Flintridge, CA 91011** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**May 2016** | Basis for the claim:<br>**Compensation** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $101,098.00 | $0.00 |
|---|---|---|---|---|
| | **Todd H. Turnlund 2971 Wedge Circle Park City, UT 84098** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Termination fees owed per employment contract:<br>Change of control fee: $97,370<br>30 day notice fee: $16,228<br>Less $12,500 payment** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Utah Department of Workforce Services Unemployment Collections Unit PO Box 45288 Salt Lake City, UT 84145-0288** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Notice only** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| Debtor | **Perseon Corporation** | | |
|---|---|---|---|
| | Name | Case number (if known) | |

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,732.14 | $6,732.14 |
|---|---|---|---|---|

**Utah State Tax Commision**
**210 N 1950 W**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred
**Qtr 4 2015 & Qtr 1 2016**

Basis for the claim:
**Sales tax**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Utah State Tax Commission**
**Tax Payer Services Div. -Attn**
**Compliance**
**210 N 1950 W**
**Salt Lake City, UT 84134**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice only**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,016.44 |
|---|---|---|---|

**ADT Security Services**
**PO Box 371956**
**Pittsburgh, PA 15250-7956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **November 10, 2015**

Basis for the claim:  **Security system at prior company office**

Last 4 digits of account number  **2638**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238.40 |
|---|---|---|---|

**American Shredding**
**5185 Harold Gatty Drive**
**Salt Lake City, UT 84116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Oct. 2015 - Jan. 2016**

Basis for the claim:  **Shredding bins**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $16,000.00 |
|---|---|---|---|

**American Western Interior Services**
**160 W 2100 S**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __

Basis for the claim:  __

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,000.00**

**American Western Investment Services**
**dba Western Interior Services**
**160 West 2100 South**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  7/6/15

Basis for the claim:  **Delivery and installation of office furniture**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,000.00**

**Anthony Dale Weeks**
**150 Gardenside Dr., Unit 402**
**San Francisco, CA 94131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/14/15

Basis for the claim:  **Graphics work and travel expenses**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Appleton Medical Services**
**118 North Main Street**
**Saint Charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Commissions earned**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$804.54**

**Aramark Refreshment Svcs**
**9620 E 40th Ave.**
**Denver, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  9/15-12/15

Basis for the claim:  **Beverage service**

Last 4 digits of account number  0105

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,088.82**

**Arrow Electronics, Inc.**
**13469 Collections Ctr. Dr.**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  8/15-10/15

Basis for the claim:  **LCD Screens for inventory**

Last 4 digits of account number  8909

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,673.90**

**Atlas Case inc.**
**1380 Cherokee St.**
**Denver, CO 80223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2016

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$56,245.36**

**BACS**
**dba Bay Area Computer Solutions**
**1366 Turnstone Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  Oct. 2015 - Apr. 2016

Basis for the claim:  **Installation and wiring of network equipment and ongoing IT support**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perseon Corporation** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.11** Nonpriority creditor's name and mailing address
**CEA Medical Manufacturing, Inc.**
**1735 Merchants Ct.**
**Colorado Springs, CO 80916**

Date(s) debt was incurred **April & May 2016**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Antenna purchases for invetnory**

Is the claim subject to offset? ■ No  ☐ Yes

$16,818.84

---

**3.12** Nonpriority creditor's name and mailing address
**Certify, Inc.**
**20 York Street, Ste 201**
**Portland, ME 04101**

Date(s) debt was incurred **10/15-12/15**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Subscription fee for software**

Is the claim subject to offset? ■ No  ☐ Yes

$576.00

---

**3.13** Nonpriority creditor's name and mailing address
**Chorus Call, Inc.**
**2420 Mosside Blvd.**
**Monroeville, PA 15146**

Date(s) debt was incurred **12/15-1/16**

Last 4 digits of account number **SD05**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: **Conference call service**

Is the claim subject to offset? ■ No  ☐ Yes

$800.96

---

**3.14** Nonpriority creditor's name and mailing address
**Cognizant Technology Solutions US Corp**
**24721 Network Place**
**Chicago, IL 60673-1247**

Date(s) debt was incurred **10/15**

Last 4 digits of account number **8942**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Software**

Is the claim subject to offset? ■ No  ☐ Yes

$3,500.00

---

**3.15** Nonpriority creditor's name and mailing address
**Cole-Parmer Instr. Co.**
**13927 Collections Center Drive**
**Westphalia, KS 66093**

Date(s) debt was incurred **2016**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No  ☐ Yes

$42.76

---

**3.16** Nonpriority creditor's name and mailing address
**Comcast**
**PO Box 34227**
**Seattle, WA 98124-1227**

Date(s) debt was incurred **12/15**

Last 4 digits of account number **4588**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Internet for office**

Is the claim subject to offset? ■ No  ☐ Yes

$1,337.18

---

**3.17** Nonpriority creditor's name and mailing address
**Comcast**
**PO Box 34744**
**Seattle, WA 98124-1744**

Date(s) debt was incurred _____

Last 4 digits of account number **1018**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Phone/Internet**

Is the claim subject to offset? ■ No  ☐ Yes

$127.00

---

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Comed Medical Specialties, LLC**
**4962 S Redwood Rd.**
**Salt Lake City, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Commissions on sales to customers**

Last 4 digits of account number  **7501**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $38,660.00 |
|---|---|---|---|

**Compandben International**
**Sandhurst House / Yorktown Road**
**Sandhurst**
**UNITED KINGDOM**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Termination fee**

Last 4 digits of account number  **2015**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $2,402.04 |
|---|---|---|---|

**Converge**
**PO Box 370059**
**Boston, MA 02241-0759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15**

**Basis for the claim:**  **Electronics for inventory**

Last 4 digits of account number  **T049**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,585.00 |
|---|---|---|---|

**CT Corporation Sys.**
**8020 Excelsior Drive, Suite 200**
**Boise, ID 83717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

**Basis for the claim:**  **Return filed for Delaware**

Last 4 digits of account number  **3385**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $100,000.00 |
|---|---|---|---|

**David Green**
**2174 Preston St**
**Salt Lake City, UT 84106**

■ Contingent
■ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Success fee**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,000.00 |
|---|---|---|---|

**Dennis Green**
**4534 West 4000 South**
**Ogden, UT 84401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15**

**Basis for the claim:**  **Engineering consulting work**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Digi-Key Corporation**
**701 Brooks Ave.**
**PO Box 677**
**Thief River Falls, MN 56701-0677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **R&D Supplies**

Last 4 digits of account number  **9056**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$33,055.00** |
|---|---|---|---|

**Domo, Inc.**
**Dept. CH 10704**
**Palatine, IL 60055-0704**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **4/15**

Last 4 digits of account number  **_**

Basis for the claim:  **Subscription and training for software**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,600.00** |
|---|---|---|---|

**DQS Medizinprodukte GmbH**
**August-Schanz-Straße 21**
**D-60433 Frankfurt am Main**
**GERMANY**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/15**

Last 4 digits of account number  **9980**

Basis for the claim:  **ISO certification of Perseon products**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,500.00** |
|---|---|---|---|

**Dr. Jean Yves Gaubert**
**Dept. of Radiology**
**264 Rue Saint-Pierre  Marseille FR 13385**
**FRANCE**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15**

Last 4 digits of account number  **_**

Basis for the claim:  **Radiologist medical symposium presentation**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00** |
|---|---|---|---|

**Eclipse Product Development, Inc.**
**825 N. 300 W #C250**
**Salt Lake City, UT 84103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15-11/15**

Last 4 digits of account number  **_**

Basis for the claim:  **Electrical design enginereering services**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,301.21** |
|---|---|---|---|

**Elcon Precision LLC**
**Ceramic Products Division**
**1009 Timothy Drive**
**San Jose, CA 95133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15**

Last 4 digits of account number  **R110**

Basis for the claim:  **manufacturing tooling for inventory**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$600.00** |
|---|---|---|---|

**Farmer John's Landscaping**
**1095 E 90 0S**
**Pleasant Grove, UT 84062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15**

Last 4 digits of account number  **_**

Basis for the claim:  **Mowing of lawn**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$568.00** |
|---|---|---|---|

**Federal Express**
**PO Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **_**

Last 4 digits of account number  **5193**

Basis for the claim:  **Shipping**

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$19,048.27**

**Financial Profiles**
**11601 Wilshire Blvd., Suite 1920**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15-12/15**

Basis for the claim:  **Investor relation service and travel**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$495.14**

**First Digital Telecom**
**PO Box 1499**
**Salt Lake City, UT 84110-1499**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15-3/16**

Basis for the claim:  **Internet service**

Last 4 digits of account number  **6051**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,272.94**

**Flexpak**
**1894 West 2425 South**
**Woods Cross, UT 84087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15-316**

Basis for the claim:  **Shipping supplies**

Last 4 digits of account number  **ME01**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Grainger, Inc.**
**2275 S 900 W**
**Salt Lake City, UT 84119-2447**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred

Basis for the claim:  **Office equipment / supplies**

Last 4 digits of account number  **5462**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$41,138.24**

**HealthSTAR Public Relations**
**PO Box 15035**
**Newark, NJ 07192**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15-10/15**

Basis for the claim:  **Public relations work**

Last 4 digits of account number  **2940**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$37,000.00**

**Henriksen Butler Design Group**
**249 S 400 E**
**Salt Lake City, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/15**

Basis for the claim:  **Office furniture and installation**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,155.62**

**Hogan Lovells US LLP**
**Columbia Square**
**555 Thirteenth St. NW**
**Washington, DC 20004-1109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **8/15-12/15**

Basis for the claim:  **FDA legal/regulatory work**

Last 4 digits of account number

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Perseon Corporation** | | |
|---|---|---|---|
| | Name | Case number *(if known)* | |

---

**3.39** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Home Depot Credit Services**
Dept. 32-2006860914
PO Box 9001030
Louisville, KY 40290-1030

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Credit card**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4.79**

**Integra Telecom**
PO Box 2966
Milwaukee, WI 53201-2966

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **3/16**

**Basis for the claim:**  **Phone services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.41** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$475.94**

**Iron Mountain**
PO Box 601002
Pasadena, CA 91189-1002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:**  **Corporate record storage**

Last 4 digits of account number **97UT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.42** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$150.00**

**John Groen**
254 East 750 North
Bountiful, UT 84010

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **4/15**

**Basis for the claim:**  **Ongoing R&D services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.43** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**Julene Cray**
31538 Crystal Sands Drive
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **10/15**

**Basis for the claim:**  **Marketing & business development consulting services**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.44** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KAX Company LLC**
c/o Woodbury Corp.
2733 East Parley's Way, Suite 300
Salt Lake City, UT 84109

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:**  **Landlord**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.45** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,654.72**

**KeepItSafe, Inc.**
PO Box 101672
Pasadena, CA 91189-1672

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2016**

**Basis for the claim:**  **Data backup services**

Last 4 digits of account number **2667**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perseon Corporation** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$60,000.00** |
|---|---|---|---|

**Knapp Healthcare Communications, LLC**
**501 5th Ave. Suite 2003**
**New York, NY 10017**

Date(s) debt was incurred  **10/15-1/16**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Scientific advisory board meeting**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,600.00** |
|---|---|---|---|

**Kristine Bates**
**2345 Fawn Hollow Court**
**South Jordan, UT 84095**

Date(s) debt was incurred  **10/15**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Marketing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$21,706.25** |
|---|---|---|---|

**Latham & Watkins**
**650  Town Center Dr. 20th Floor**
**Costa Mesa, CA 92626-1925**

Date(s) debt was incurred  **5/15-6/15**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$321.15** |
|---|---|---|---|

**Les Olson Company**
**3244 South 300 West**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  **1/16**

Last 4 digits of account number  **SDME**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Moving services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$150.00** |
|---|---|---|---|

**Life Science Outsourcing, Inc.**
**830 Challenger Street**
**Brea, CA 92821**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,186.80** |
|---|---|---|---|

**Litho Flexo Graphics Inc.**
**2400 South 600 West**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  **9/15**

Last 4 digits of account number  **2068**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Advertising materials**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Luis Miguel Reis Henriques Lopes**
**Rua de S Jose**
**28 1. No 4710-437 Braga**
**PORTUGAL**

Date(s) debt was incurred  _

Last 4 digits of account number  _

- ☐ Contingent
- ☐ Unliquidated
- ■ Disputed

Basis for the claim:  **Employment agreeement between Resource**
**Management Global Limited Sucrusal EM Portgual and Mr. Lopes for**
**services provided by Compandben International to the debtor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Perseon Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.53**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Mastercraft Machine** | ☐ Contingent | |
| **2435 S 2700 W** | ☐ Unliquidated | |
| **Salt Lake City, UT 84119** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Machining work for R&D** | |
| Last 4 digits of account number  **PERS** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.54**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **McDanel Advanced Ceramica Tehcnologies** | ☐ Contingent | |
| **510 9th Avenue** | ☐ Unliquidated | |
| **Beaver Falls, PA 15010** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **R&D Materials** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.55**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $316.71 |
|---|---|---|
| **McMaster-Carr Supply Co.** | ☐ Contingent | |
| **PO Box 54960** | ☐ Unliquidated | |
| **Los Angeles, CA 90054-0960** | ☐ Disputed | |
| Date(s) debt was incurred  **9/15-10/15** | Basis for the claim:  **R&D supplies** | |
| Last 4 digits of account number  **4100** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.56**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,215.85 |
|---|---|---|
| **MegaPath** | ☐ Contingent | |
| **Dept 0324** | ☐ Unliquidated | |
| **PO Box 120324** | ■ Disputed | |
| **Dallas, TX 75312-0324** | | |
| Date(s) debt was incurred  **10/15-1/16** | Basis for the claim:  **Telephone system/service** | |
| Last 4 digits of account number  **9555** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.57**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $25,478.63 |
|---|---|---|
| **Merit Medical** | ☐ Contingent | |
| **PO Box 204842** | ☐ Unliquidated | |
| **Dallas, TX 75320-4842** | ☐ Disputed | |
| Date(s) debt was incurred  **9/15** | Basis for the claim:  **Inventory prototype** | |
| Last 4 digits of account number  **7680** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.58**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,492.48 |
|---|---|---|
| **Merrill Communications LLC** | ☐ Contingent | |
| **CM-9638** | ☐ Unliquidated | |
| **Saint Paul, MN 55170-9638** | ☐ Disputed | |
| Date(s) debt was incurred  **1/16-3/16** | Basis for the claim:  **Edgar filings with SEC** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.59**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,846.00 |
|---|---|---|
| **Michael Dachman** | ☐ Contingent | |
| **5 La Quinta Court** | ☐ Unliquidated | |
| **Lake in the Hills, IL 60156** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vacation Bank** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

| Debtor | **Perseon Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.60** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,462.00**

Michael Houskeeper
1330 W 1800 N
Lehi, UT 84043

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Vacation Bank**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$49,752.00**

Modellers
711 Third Ave
19th Floor
New York, NY 10017

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **Marketing research services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,329.20**

MultiLing Corporation
180 N University Ave., Suite 600
Provo, UT 84601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15**

Basis for the claim:  **Language translation services**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 68175

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/1/16**

Basis for the claim:  **Premiums for employee life insurance policies**

Last 4 digits of account number  **AG8A**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$55,000.00**

NASDAQ Stock Market LLC
Lockbox 20200
PO Box 8500
Philadelphia, PA 19178-0200

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred  **10/15, 12/15-1/16**

Basis for the claim:  **NASDAQ listing, SH services**

Last 4 digits of account number  **5889**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.65** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,320.50**

NASDAQ Stock Market LLC
Lockbox 20200
PO Box 8500
Philadelphia, PA 19178-0200

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Professional services**

Last 4 digits of account number  **9389**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.66** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,595.00**

NASDAQ Stock Market LLC
Lockbox 20200
PO Box 8500
Philadelphia, PA 19178-0200

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred ___

Basis for the claim:  **Professional services**

Last 4 digits of account number  **4629**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,750.00 |
|---|---|---|---|

**NASDAQ Stock Market LLC**
**Lockbox 20200**
**PO Box 8500**
**Philadelphia, PA 19178-0200**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Professional services**

Last 4 digits of account number  **8209**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $217.07 |
|---|---|---|---|

**Newark Electronics**
**300 S Riverside Plaza, Ste 2200**
**Chicago, IL 60606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2015**

Basis for the claim:  **R&D Tools, supplies**

Last 4 digits of account number  **8391**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,042.60 |
|---|---|---|---|

**Nixon Peabody LLP**
**PO Box 28012**
**New York, NY 10087-8012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/15, 9/15, 1/16**

Basis for the claim:  **Legal services**

Last 4 digits of account number  **3909**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $609.25 |
|---|---|---|---|

**North American Logistics Service**
**49 Simpson Road**
**Bolton ON L7E2R6**
**CANADA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **9/15**

Basis for the claim:  **Exhibit materials transportation**

Last 4 digits of account number  **5393**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**OTC Stock Transfer, Inc.**
**6364 South Highland Dr., Suite 201**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15-2/16**

Basis for the claim:  **Strock transfer services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,603.60 |
|---|---|---|---|

**Parsons, Behle & Latimer**
**201 South Main, #18000**
**PO Box 45898**
**Salt Lake City, UT 84145-0898**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/15**

Basis for the claim:  **Legal services**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,430.41 |
|---|---|---|---|

**PCB Solutions Inc.**
**2520 N 1500 W, Suite A**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **1/16**

Basis for the claim:  **Circuit boards for inventory**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com | Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.74** | Nonpriority creditor's name and mailing address

**Perelson Temporary Staffing, LLC**
**2180 South 1300 East Ste 350**
**Salt Lake City, UT 84106**

Date(s) debt was incurred  **9/15, 12/15**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Temporary agency for contract workers**

Is the claim subject to offset? ■ No ☐ Yes

**$2,160.75**

---

**3.75** | Nonpriority creditor's name and mailing address

**Pinnacle Exhibits, Inc.**
**Attn: Accounts Receivable**
**22400 NW Westmark Drive**
**Hillsboro, OR 97124**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

**3.76** | Nonpriority creditor's name and mailing address

**Progressive Technology, Inc.**
**4130 Citrus Ave, #17**
**Rocklin, CA 95677**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$1,793.97**

---

**3.77** | Nonpriority creditor's name and mailing address

**Pure Water Solutions, Inc.**
**3208 South State Street**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  **10/15-1/16**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Water dispenser**

Is the claim subject to offset? ■ No ☐ Yes

**$793.17**

---

**3.78** | Nonpriority creditor's name and mailing address

**Quality Plating Co. Inc.**
**420 South 500 West**
**Salt Lake City, UT 84101-2208**

Date(s) debt was incurred  **2016**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No ☐ Yes

**$352.05**

---

**3.79** | Nonpriority creditor's name and mailing address

**Republic Services**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

Date(s) debt was incurred  **9/15-10/15**

Last 4 digits of account number  **9104**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trash/recycling service**

Is the claim subject to offset? ■ No ☐ Yes

**$632.66**

---

**3.80** | Nonpriority creditor's name and mailing address

**Revenue Cycle Inc.**
**1817 W Braker Ln., #F Ste. 200**
**Austin, TX 78758**

Date(s) debt was incurred  **4/15, 1/15**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Consulting services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,500.00**

---

Debtor    **Perseon Corporation**
Name

Case number (if known)

---

**3.81** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,215.14
| **Rocky Mountain Power** | ☐ Contingent |
| **PO Box 25308** | ☐ Unliquidated |
| **Salt Lake City, UT 84125-0308** | ☐ Disputed |
| Date(s) debt was incurred  **10/15** | Basis for the claim:  **Utilities** |
| Last 4 digits of account number  **0016** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.82** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,875.00
| **Ryan Patterson** | ☐ Contingent |
| **297 Frontier Rd.** | ☐ Unliquidated |
| **Farmington, UT 84025** | ☐ Disputed |
| Date(s) debt was incurred  **10/15** | Basis for the claim:  **R&D prototype services** |
| Last 4 digits of account number  ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.83** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00
| **Somacis Inc.** | ☐ Contingent |
| **13500 Danielson Street** | ☐ Unliquidated |
| **Poway, CA 92064** | ☐ Disputed |
| Date(s) debt was incurred  **10/15** | Basis for the claim:  **Engineering services** |
| Last 4 digits of account number  **281** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.84** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,070.00
| **Standard Parking** | ☐ Contingent |
| **450 W 100 S** | ☐ Unliquidated |
| **Salt Lake City, UT 84101** | ■ Disputed |
| Date(s) debt was incurred  **1/16-2/16** | Basis for the claim:  **parking** |
| Last 4 digits of account number  **6091** | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.85** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,428.20
| **Strong & Hanni, P.C.** | ☐ Contingent |
| **102 South 200 East, Suite 800** | ☐ Unliquidated |
| **Salt Lake City, UT 84111** | ☐ Disputed |
| Date(s) debt was incurred  **9/15-10/15** | Basis for the claim:  **Legal services** |
| Last 4 digits of account number  ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.86** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $925,000.00
| **SunTrust Robinson Humphrey, Inc.** | ■ Contingent |
| **711 Fifth Avenue, 6th Floor** | ■ Unliquidated |
| **New York, NY 10022** | ☐ Disputed |
| Date(s) debt was incurred  ___ | Basis for the claim:  **Unmatured Investment Banking Contract** |
| Last 4 digits of account number  ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.87** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,019.97
| **Sure Systems** | ☐ Contingent |
| **PO Box 571522** | ☐ Unliquidated |
| **Salt Lake City, UT 84157-1522** | ☐ Disputed |
| Date(s) debt was incurred  **11/15** | Basis for the claim:  **Cleaning services** |
| Last 4 digits of account number  **0133** | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Perseon Corporation** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.88**

**Nonpriority creditor's name and mailing address**

**Surface Solutions Group, LLC**
**5170 N Northwest Hwy.**
**Chicago, IL 60630**

Date(s) debt was incurred  **9/15**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R&D product development services**

Is the claim subject to offset? ■ No ☐ Yes

**$582.47**

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Tailfin Marketing, LLC**
**1246 Virginia Ave NE**
**Atlanta, GA 30306**

Date(s) debt was incurred  **10/15-11/15**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Marketing services**

Is the claim subject to offset? ■ No ☐ Yes

**$15,500.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**TalentCare**
**1108 Lavaca Street, Ste 110-111**
**Austin, TX 78701**

Date(s) debt was incurred  **9/15**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Recruiting services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,000.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Tanner LLC**
**36 S State Street, Suite 600**
**Salt Lake City, UT 84111-1400**

Date(s) debt was incurred  __

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Tax return preparation**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Technology Assessment & Transfer, Inc.**
**133 Defense Highway, Suite 212**
**Annapolis, MD 21401**

Date(s) debt was incurred  **11/15**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R&D/prototype serivces**

Is the claim subject to offset? ■ No ☐ Yes

**$700.00**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Terminix Commercial**
**PO Box 17167**
**Memphis, TN 38187**

Date(s) debt was incurred  **11/9/15**

Last 4 digits of account number  **8808**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Extermination spraying**

Is the claim subject to offset? ■ No ☐ Yes

**$103.00**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Thorpe North & Western**
**PO Box 1219**
**Sandy, UT 84091-1219**

Date(s) debt was incurred  **8/15**

Last 4 digits of account number  **2264**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal services**

Is the claim subject to offset? ■ No ☐ Yes

**$5,279.88**

---

| Debtor | **Perseon Corporation** | |
|---|---|---|
| | Name | |
| | | Case number (if known) |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,937.50 |
|---|---|---|---|

**Three Seeds Ventures**
**7405 Storm Court**
**Falls Church, VA 22043**

Date(s) debt was incurred  **10/15-12/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Venture capital and equity services**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,900.00 |
|---|---|---|---|

**U of L Dept of Surgery**
**c/o Robert Martin MD, PhD**
**315 East Broadway - M10 Ste 312**
**Louisville, KY 40202**

Date(s) debt was incurred  **8/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Clinical study fee**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70.00 |
|---|---|---|---|

**University of Utah**
**Materials Science & Engineering**
**122 S Central Campus Dr Rm 304**
**Salt Lake City, UT 84112**

Date(s) debt was incurred  **11/15**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R&D testing services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,024.56 |
|---|---|---|---|

**Veracity Networks**
**170 Election Road, Ste 200**
**Draper, UT 84020**

Date(s) debt was incurred  **10/15-12/15**

Last 4 digits of account number  **9331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Internet/phone/network services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,537.53 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred  **11/15-3/16**

Last 4 digits of account number  **0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,370.46 |
|---|---|---|---|

**Verizon Wireless**
**PO Box 660108**
**Dallas, TX 75266-0108**

Date(s) debt was incurred  **11/15-3/16**

Last 4 digits of account number  **0002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Phone service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,800.00 |
|---|---|---|---|

**Vernay Laboratories, Inc.**
**804 Greenbelt Parkway**
**Griffin, GA 30223**

Date(s) debt was incurred  **10/15**

Last 4 digits of account number  **6048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **R&D lab services and Inventory component supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Perseon Corporation** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $559.00 |
|---|---|---|---|

**Wasatch Employee Benefit Service**
**102 W 500 S, Ste 205**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,102.00 |
|---|---|---|---|

**Whipsaw**
**434 South First Street**
**San Jose, CA 95113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/15, 12/15**

Last 4 digits of account number __

Basis for the claim:  **Product design service**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.00 |
|---|---|---|---|

**Worldwide Express**
**286 Washington Avenue Ext. STE 100**
**Albany, NY 12203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016**

Last 4 digits of account number  **8353**

Basis for the claim:  **Shipping services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Antonio Viñal & Co. Abogados**<br>**Avda. Miguel Bombarda 36, 4º -C 1050-**<br>**165 Lisbon**<br>**PORTUGAL** | Line  **3.52**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Compandben SA**<br>**Route du Mandement 197**<br>**1242 Satigny**<br>**SWITZERLAND** | Line  **3.19**<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | **Grainger**<br>**Dept. 809605462**<br>**PO Box 419267**<br>**Kansas City, MO 64141-6267** | Line  **3.35**<br><br>☐ Not listed. Explain ____ | _ |
| 4.4 | **Ill. Dept. of Employment Security**<br>**PO Box 3637**<br>**Springfield, IL 62708-3637** | Line  **2.12**<br><br>☐ Not listed. Explain ____ | _ |
| 4.5 | **McDanel Advanced Ceramic Technologies**<br>**PO Box 76601**<br>**Cleveland, OH 44101-6500** | Line  **3.54**<br><br>☐ Not listed. Explain ____ | _ |
| 4.6 | **McMaster-Carr Supply Co.**<br>**PO Box 7690**<br>**Chicago, IL 60680-7690** | Line  **3.55**<br><br>☐ Not listed. Explain ____ | _ |

---

| Debtor | | |
|---|---|---|
| | Perseon Corporation | |
| | Name | |

Case number (if known) _____

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **MegaPath**<br>6800 Knoll Center Pkwy #200<br>Pleasanton, CA 94566 | Line **3.56**<br>☐ Not listed. Explain ____ | **6342** |
| 4.8 | **Mutual of Omaha**<br>**Payment Processing Center**<br>PO Box 2147<br>Omaha, NE 68103-2147 | Line **3.63**<br>☐ Not listed. Explain ____ | **AG8A** |
| 4.9 | **New York State Department of Labor**<br>Attn: Lynne A. Camileo<br>PO Box 15012<br>Albany, NY 12212-5012 | Line **2.17**<br>☐ Not listed. Explain ____ | _ |
| 4.10 | **Newark Electronics**<br>PO Box 94151<br>Palatine, IL 60094-4151 | Line **3.68**<br>☐ Not listed. Explain ____ | **8391** |
| 4.11 | **NYS Assessment Receivables**<br>PO Box 4228<br>Binghamton, NY 13902-4128 | Line **2.17**<br>☐ Not listed. Explain ____ | **4549** |
| 4.12 | **Sage M. Sigler**<br>Alstn & Bird LLP<br>1201 W. Peachtree Street<br>Atlanta, GA 30309 | Line **3.86**<br>☐ Not listed. Explain ____ | _ |
| 4.13 | **Vernay Laboratories**<br>Attn: Verna Kettles<br>2077 Convention Center Concourse, #225<br>Atlanta, GA 30337 | Line **3.101**<br>☐ Not listed. Explain ____ | _ |
| 4.14 | **Wrayzier LC, dba Offiset Backups**<br>PO Box K<br>Garden City, KS 67846 | Line **3.45**<br>☐ Not listed. Explain ____ | _ |
| 4.15 | **Wrayzier LC, dba Offiset Backups**<br>525 Industrial Drive<br>Garden City, KS 67846 | Line **3.45**<br>☐ Not listed. Explain ____ | _ |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.**  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 1,364,588.72 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,928,725.92 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 3,293,314.64 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    **Perseon Corporation**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property*
    (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Sales Agent Agreement** | |
| | State the term remaining | **Renewed term expires 4/1/17** | **Appleton Medical Services 118 North Main Street Saint Charles, MO 63301** |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Manufacturing Agreement (and First Amendment to Manufacturing Agreement) between BSD Medical Corporation and CEA Tehnologies, Inc. for the manufacturing of medical devices for BSD.** | |
| | State the term remaining | **Effective until terminated by the parties** | **CEA Medical Manufacturing, Inc. 1735 Merchants Ct. Colorado Springs, CO 80916** |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Potential unknown contract for teleconferencing services** | |
| | State the term remaining | **Unknown** | **Chorus Call, Inc. 2420 Mosside Blvd. Monroeville, PA 15146** |
| | List the contract number of any government contract | | |

Debtor 1   **Perseon Corporation**
_____
First Name        Middle Name        Last Name

Case number *(if known)* _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest — **Exclusive Distribution Agreement and First Amendment to Exclusive Distribution Agreement** <br> State the term remaining — **Initial term ends 6/23/17 and is subject to automatic 12 month extension** <br> List the contract number of any government contract | **Comed Medical Specialties, LLC** <br> **4962 S Redwood Rd.** <br> **Salt Lake City, UT 84123** |
| **2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Potential unknown contract for Delaware representation service** <br> State the term remaining — **Unknown** <br> List the contract number of any government contract | **CT Corporation Sys.** <br> **8020 Excelsior Drive, Suite 200** <br> **Boise, ID 83717** |
| **2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement** <br> State the term remaining <br> List the contract number of any government contract | **David Green** <br> **2174 Preston St** <br> **Salt Lake City, UT 84106** |
| **2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Potential unknown contract for software and support.** <br> State the term remaining — **Unknown** <br> List the contract number of any government contract | **Domo, Inc.** <br> **Dept. CH 10704** <br> **Palatine, IL 60055-0704** |
| **2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Potential unknown contract for internet service** <br> State the term remaining — **Unknown** <br> List the contract number of any government contract | **First Digital Telecom** <br> **PO Box 1499** <br> **Salt Lake City, UT 84110-1499** |
| **2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Consulting Agreement** | **Harold R. Wolcott** <br> **26 North 3175 East** <br> **Layton, UT 84040** |

Debtor 1   **Perseon Corporation**                                               Case number (*if known*)
           First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

|  |  |  |
|---|---|---|
|  | State the term remaining | **Initial term expires 11/10/14, subject to automatic 12 month renewal** |
|  | List the contract number of any government contract |  |

|  |  |  |
|---|---|---|
| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **Month-to month sublease of property located at 391 Chipeta Way, Salt Lake City, UT 12/18** |
|  | State the term remaining | **Kax Co. L.L.C.** |
|  | List the contract number of any government contract | **c/o Woodbury Corporation**<br>**2733 East Parleys Way, Suite 300**<br>**Salt Lake City, UT 84109** |

|  |  |  |
|---|---|---|
| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Distribution Agreement** |
|  | State the term remaining | **Initial term ends 4/1/18 and is subject to 12 month automatic renewal** |
|  | List the contract number of any government contract | **KOL Bio-Medical Instruments, Inc.**<br>**13901 Willard Road**<br>**Chantilly, VA 20153** |

|  |  |  |
|---|---|---|
| 2.12. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for service and maintenance of copy machines** |
|  | State the term remaining |  |
|  | List the contract number of any government contract | **Les Olson Company**<br>**P.O. Box 65598**<br>**Salt Lake City, UT 84165** |

|  |  |  |
|---|---|---|
| 2.13. | State what the contract or lease is for and the nature of the debtor's interest | **License allowing Medlink Technologies to use technology and intellectual property in China, Hong Kong, Taiwan and Korea. Perpetual** |
|  | State the term remaining | **MedLink Tehnologies, LLC** |
|  | List the contract number of any government contract | **16 Portofino Place**<br>**Durham, NC 27707** |

|  |  |  |
|---|---|---|
| 2.14. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for internet and IP Services** |
|  | State the term remaining | **Expires October 2018** |
|  |  | **MegaPath**<br>**Dept 0324**<br>**PO Box 120324**<br>**Dallas, TX 75312-0324** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor 1 | **Perseon Corporation** | | | | Case number *(if known)* |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

List the contract number of any government contract

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for Virtual Data Room** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Merrill Communications LLC**<br>**CM-9638**<br>**Saint Paul, MN 55170-9638** |
| | List the contract number of any government contract | | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for IR Services** | |
|---|---|---|---|
| | State the term remaining | **Expries 9/29/16** | **NASDAQ Stock Market LLC**<br>**Lockbox 20200**<br>**PO Box 8500**<br>**Philadelphia, PA 19178-0200** |
| | List the contract number of any government contract | | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Potential unknown contract related to transfer agent services** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **OTC Stock Transfer, Inc.**<br>**6364 South Highland Dr., Suite 201**<br>**Salt Lake City, UT 84121** |
| | List the contract number of any government contract | | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Former payroll processor - potential need for access to prior payroll records** | |
|---|---|---|---|
| | State the term remaining | | **Payroll Perfect Inc.**<br>**1206 West South Jordan Pkwy, Ste A**<br>**South Jordan, UT 84095** |
| | List the contract number of any government contract | | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Consulting Agreement for Accounting Services** | |
|---|---|---|---|
| | State the term remaining | **None specified** | **Riley Astill**<br>**1969 Claremont Dr.**<br>**Bountiful, UT 84010** |
| | List the contract number of any government contract | | |

| Debtor 1 | **Perseon Corporation** | | | Case number *(if known)* | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.20. | State what the contract or lease is for and the nature of the debtor's interest | **Rental agreement for two storage units** | |
|---|---|---|---|
| | State the term remaining | **3/22/17** | **South Salt Lake Storage LLC** |
| | List the contract number of any government contract | | **dba A-1 Access Storage** |
| | | | **3202 S 460 W** |
| | | | **Salt Lake City, UT 84115** |

| 2.21. | State what the contract or lease is for and the nature of the debtor's interest | **Former payroll processor - potential need for access to prior payroll records** | |
|---|---|---|---|
| | State the term remaining | | **Stratus HR** |
| | List the contract number of any government contract | | **859 W South Jordan Pkwy, #200** |
| | | | **South Jordan, UT 84095** |

| 2.22. | State what the contract or lease is for and the nature of the debtor's interest | **Investment Banker Retention Agreement** | |
|---|---|---|---|
| | State the term remaining | | **SunTrust Robinson Humphrey, Inc.** |
| | List the contract number of any government contract | | **711 Fifth Avenue, 6th Floor** |
| | | | **New York, NY 10022** |

| 2.23. | State what the contract or lease is for and the nature of the debtor's interest | **Payroll services** | |
|---|---|---|---|
| | State the term remaining | | **SurePayroll** |
| | List the contract number of any government contract | | **2350 Ravine Way, Suite 100** |
| | | | **Glenview, IL 60025** |

| 2.24. | State what the contract or lease is for and the nature of the debtor's interest | **Potential unknown contract for marketing services** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **Tailfin Marketing, LLC** |
| | List the contract number of any government contract | | **1246 Virginia Ave NE** |
| | | | **Atlanta, GA 30306** |

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Contract for recruiting services** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | **TalentCare** |
| | List the contract number of any | | **1108 Lavaca Street, Ste 110-111** |
| | | | **Austin, TX 78701** |

| Debtor 1 | **Perseon Corporation** | | | Case number (*if known*) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

### Additional Page if You Have More Contracts or Leases

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| government contract | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Exclusive Distribution Agreement** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/17** | **Terumo Europe NV** |
| | List the contract number of any government contract | | **Interleuvenlaan 40** |
| | | | **3001 Leuven** |
| | | | **BELGIUM** |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Potential unknown contract for internet services** | |
|---|---|---|---|
| | State the term remaining | **Unknown** | |
| | | | **Veracity Networks** |
| | List the contract number of any government contract | | **170 Election Road, Ste 200** |
| | | | **Draper, UT 84020** |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Management of Cafeteria Plan which ended 12/31/15. Wasatch Employee Benefit Service is still administering plans for former employees.** | |
|---|---|---|---|
| | State the term remaining | | **Wasatch Employee Benefit Service** |
| | List the contract number of any government contract | | **102 West 500 South #205** |
| | | | **Salt Lake City, UT 84101** |

| 2.29. | State what the contract or lease is for and the nature of the debtor's interest | **Service Agreement for data backup services** | |
|---|---|---|---|
| | State the term remaining | **36 month term beginning 1/23/13** | **Wrayzier LC, dba Offiset Backups** |
| | List the contract number of any government contract | | **525 Industrial Drive** |
| | | | **Garden City, KS 67846** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Perseon Corporation**

United States Bankruptcy Court for the:    DISTRICT OF UTAH

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.2 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.3 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |
| 2.4 | | Street | | ☐ D<br>☐ E/F<br>☐ G |
| | | City    State    Zip Code | | |

**Fill in this information to identify the case:**

Debtor name **Perseon Corporation**

United States Bankruptcy Court for the: **DISTRICT OF UTAH**

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/16**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue
Check all that apply | Gross revenue
(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**
From  **1/01/2016** to **Filing Date** | ■ Operating a business
☐ Other _____ | **$596,836.00** |
   | **For prior year:**
From  **1/01/2015** to **12/31/2015** | ■ Operating a business
☐ Other _____ | **$3,307,574.00** |
   | **For year before that:**
From  **1/01/2014** to **12/31/2014** | ■ Operating a business
☐ Other _____ | **$5,328,353.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source
(before deductions and exclusions) |
   |---|---|---|

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer
Check all that apply |
   |---|---|---|---|

Debtor   **Perseon Corporation**                                    Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **AFCO**<br>**5600 N River Road, SUite 400**<br>**Des Plaines, IL 60018-5187** | 3/12/16 | $11,502.73 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other  **Insurance financing** |
| 3.2. | **American Western Investment Services**<br>**dba Western Interior Services**<br>**160 West 2100 South**<br>**Salt Lake City, UT 84115** | 2/5/16 -<br>4/12/16 | $10,500.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.3. | **Appleton Medical Services**<br>**118 North Main Street**<br>**Saint Charles, MO 63301** | 4/12/16 | $19,635.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.4. | **BACS**<br>**dba Bay Area Computer Solutions**<br>**1366 Turnstone Way**<br>**Sunnyvale, CA 94087** | 5/8/16 | $12,339.24 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.5. | **CEA Medical Manufacturing, Inc.**<br>**1735 Merchants Ct.**<br>**Colorado Springs, CO 80916** | 2/4/16 -<br>4/12/16 | $213,564.76 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. | **Comed Medical Specialties, LLC**<br>**4962 S Redwood Rd.**<br>**Salt Lake City, UT 84123** | 4/12/16 | $7,800.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.7. | **Compandben International**<br>**Sandhurst House / Yorktown Road**<br>**Sandhurst**<br>**UNITED KINGDOM** | 2/29/16 -<br>3/30/16 | $20,777.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.8. | **Eclipse Product Development, Inc.**<br>**825 N. 300 W #C250**<br>**Salt Lake City, UT 84103** | 2/27/16 -<br>4/12/16 | $9,352.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Perseon Corporation** | | Case number *(if known)* | |

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9.<br>**Federal Express**<br>**PO Box 7221**<br>**Pasadena, CA 91109-7321** | **2/5/16 -**<br>**4/26/16** | **$7,912.64** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.10<br>.<br>**Henriksen Butler Design Group**<br>**249 S 400 E**<br>**Salt Lake City, UT 84111** | **2/27/16 -**<br>**4/12/16** | **$10,979.41** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |
| 3.11<br>.<br>**Internal Revenue Service**<br>**Centralized Insolvency Operation**<br>**PO Box 7346**<br>**Philadelphia, PA 19101-7346** | **3/10/16 &**<br>**3/18/16** | **$20,449.42** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.12<br>.<br>**Knapp Healthcare Communications,**<br>**LLC**<br>**501 5th Ave. Suite 2003**<br>**New York, NY 10017** | **2/27/16 -**<br>**4/12/16** | **$21,890.96** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.13<br>.<br>**Merrill Communications LLC**<br>**CM-9638**<br>**Saint Paul, MN 55170-9638** | **2/4/16 -**<br>**3/31/16** | **$11,105.55** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.14<br>.<br>**Moreton & Co. - Utah**<br>**709 E South Temple**<br>**Salt Lake City, UT 84102** | **3/15/16** | **$158,604.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.15<br>.<br>**Nixon Peabody LLP**<br>**PO Box 28012**<br>**New York, NY 10087-8012** | **3/18/16 -**<br>**4/22/16** | **$14,662.91** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other__ |
| 3.16<br>.<br>**Selecthealth, Inc.**<br>**PO Box 27368**<br>**Salt Lake City, UT 84127-0368** | **2/5/16 -**<br>**5/5/16** | **$39,749.71** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Employee insurance**<br>**premiums** |

Debtor    **Perseon Corporation**                                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|---|
| 3.17. | **Sterigenics**<br>**PO Box 93178**<br>**Chicago, IL 60673-3178** | **2/5/16 -**<br>**4/12/16** | **$8,400.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **Tanner LLC**<br>**36 S State Street, Suite 600**<br>**Salt Lake City, UT 84111-1400** | **3/18/16 &**<br>**3/31/16** | **$31,667.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.19. | **Travelers**<br>**CL Remittance Center**<br>**PO Box 660317**<br>**Dallas, TX 75266-0317** | **2/5/16 -**<br>**7/29/16** | **$15,626.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Insurance** |
| 3.20. | **Salt Lake County Assessor**<br>**2001 South State Street, #N2-600**<br>**PO Box 147421**<br>**Salt Lake City, UT 84114-7421** | **5/5/16** | **$6,625.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Taxes** |
| 3.21. | **Suntrust Robinson Humphrey**<br>**3333 Peachtree Road, NE**<br>**6th Foor (M/C 3990)**<br>**Atlanta, GA 30326** | **3/2/16** | **$225,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Fairness opinion** |
| 3.22. | **West Salt Lake Acquisitions Partners**<br>**LLC**<br>**PO Box 396021**<br>**San Francisco, CA 94139-6021** | **1/22/16** | **$15,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Settlement related to rejected lease agreement** |
| 3.23. | **Vernay Laboratories, Inc.**<br>**804 Greenbelt Parkway**<br>**Griffin, GA 30223** | **5/10/16** | **$5,781.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor   **Perseon Corporation**                                    Case number *(if known)* _____

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Benjamin Curtis Beckham**<br>**101 Bon Winde Rd.**<br>**Georgetown, TX 78633**<br>**Former VP of Global Sales** | **5/4/15 -<br>4/12/16** | **$233,295.00** | **Salary, stipend, expenses,<br>partial separation payment** |
| 4.2. **Brian Meltzer**<br>**24 Broad Axe Lane**<br>**Wilton, CT 06897**<br>**Former Chief Medical Officer/VP**<br>**Business Development** | **5/22/15 -<br>4/2/16** | **$207,248.00** | **Salary, stipend, expenses,<br>partial separation payment** |
| 4.3. **Clinton E. Carnell Jr.**<br>**3891 West View Trail**<br>**Park City, UT 84098**<br>**President and CEO** | **5/4/15 -<br>2/27/16** | **$421,971.00** | **Salary, bonus, and expenses** |
| 4.4. **Damian E. Dupuy, M.D.**<br>**60 Powers Drive**<br>**Centerville, MA 02632**<br>**Director** | **5/4/15 -<br>12/7/15** | **$18,500.00** | **Medical consulting, director<br>fees** |
| 4.5. **Harold R. Wolcott**<br>**26 North 3175 East**<br>**Layton, UT 84040**<br>**Director** | **6/5/15 -<br>5/11/16** | **$40,000.00** | **Director fees** |
| 4.6. **Jennifer R. Hoglin**<br>**8883 Daybreaker Dr.**<br>**Park City, UT 84098**<br>**Former VP of  Global Marketing** | **5/15/15 -<br>4/11/16** | **$184,785.00** | **Salary, stipend, expenses, and<br>partial separation payment** |
| 4.7. **Peter Vitulli**<br>**2665 Cliffrose Court**<br>**Park City, UT 84098**<br>**Director** | **11/23/15** | **$15,000.00** | **Director fees** |
| 4.8. **Steven G. Stewart**<br>**4523 Sunset Circle**<br>**Bountiful, UT 84010-5884**<br>**Director** | **5/15 -<br>11/23/15** | **$17,548.00** | **Director Fees and expenses** |
| 4.9. **Timothy C. McQuay**<br>**4927 Gould Ave.**<br>**La Canada Flintridge, CA 91011**<br>**Chairman of the Board** | **5/15 -<br>11/13/15** | **$15,758.00** | **Director Fees and expenses** |
| 4.10<br>· **Todd H. Turnlund**<br>**2971 Wedge Circle**<br>**Park City, UT 84098**<br>**Former VP of Research & Development** | **5/8/15 -<br>4/2/16** | **$158,054.00** | **Salary, stipend, expenses, and<br>partial separation payment** |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                Best Case Bankruptcy

Debtor    **Perseon Corporation**                                        Case number *(if known)* _____

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.11 · | **William S. Barth** **959 Parkway Dr.** **North Salt Lake, UT 84054** **Former CFO** | **5/4/15 - 4/2/16** | **$155,405.00** | **Salary, expenses** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case**.**

   ☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Paul Schwartz v Perseon Corporation et al.** **1:15-cv-00344-LPS** | **Securities Fraud** | **US District Court, District of Delaware** **844 North King St Unit 18** **Wilmington, DE 19801-3570** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **New York State Department of Labor vs. BSD Medical Corporation** | **Notice of warrant pending** | **New York Department of Labor, NY** **Attn: Lynne A. Camileo** **PO Box 15012** **Albany, NY 12212-5012** | ■ Pending ☐ On appeal ☐ Concluded |

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

   ■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| Debtor | **Perseon Corporation** | Case number *(if known)* |
|---|---|---|

---

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Dorsey & Whitney LLP**<br>**136 S. Main Street, Suite 1000**<br>**Salt Lake City, UT 84101** | **Attorney Fees - Bankruptcy** | **5/19/16** | **$149,856.83** |
| | Email or website address<br>**waterman.steven@dorsey.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Dorsey & Whitney LLP**<br>**136 S. Main Street, Suite 1000**<br>**Salt Lake City, UT 84101** | **Attorney Fees - Corporate Services** | **5/20/15 -**<br>**5/20/16** | **$766,199.09** |
| | Email or website address<br>**waterman.steven@dorsey.com** | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

---

Debtor   **Perseon Corporation**                                        Case number *(if known)* _____

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1<br>. | **World Mission Society<br>Church of God<br>2188 West 2200 South<br>Salt Lake City, UT 84119** | **Real property located at 2188 West 2200<br>South, West Valley, UT 84119.  Property<br>was sold for $1,066,000 gross.  The total<br>value represents the net proceeds after<br>payment of closing costs, liens, etc.** | **8/13/15** | **$183,043.01** |
| | Relationship to debtor | | | |
| 13.2<br>. | **Pryexar Medical Inc.<br>2188 West 2200 South, Ste. A<br>Salt Lake City, UT 84119** | **All right, title and interest in and to<br>certain assets associated with the<br>Hyperthermia Products as specifically<br>discussed in the Asset Purchase<br>Agreement between Perseon Corporation<br>and Pyrexar Medical Inc.  Perseon<br>Corporation received 1,291,886 shares of<br>Series A Preferred Stock of Hyperthermia<br>Products and Royalty Interests.** | **4/1/15** | **Unknown** |
| | Relationship to debtor | | | |
| 13.3<br>. | **Pyrexar Medical Inc.<br>2188 West 2200 South, Ste. A<br>Salt Lake City, UT 84119** | **1,191,886 shares of Series A Preferred<br>Stock in Pyrexar Medical Inc.  Pursuant<br>to the Purchase and Sale Agreement,<br>debtor also agreed to release Pyrexar<br>from its obligation to pay (1) $61,677.78<br>for royalties and services rendered, (2)<br>$19,378 in future dividends, and (3) all<br>fututure royalties owed to the debtor<br>under the 4/1/15 Purchase Agreement.** | **2/22/16** | **$1,000,000.00** |
| | Relationship to debtor | | | |
| 13.4<br>. | **EnergySolutions, LLC<br>299 South Main Street, Ste<br>1700<br>Salt Lake City, UT 84111** | **Furniture, fixtures, audio visual, and<br>equipment pursuant to a Sublease<br>Termination Agreement wherein the<br>debtor also paid $15,000.00 and<br>forefeited its security deposit in<br>settlement of $53,033.14 in amounts<br>owed to sublessor under a Sublease<br>Agreement dated May 14, 2015, as<br>amended by the Amended to Sublease<br>Agreement dated August 25, 2015.** | **1/21/16** | **Unknown** |
| | Relationship to debtor<br>**Former Sublessor** | | | |

**Part 7:**  Previous Locations

**14. Previous addresses**
  List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|
| | |

Debtor    **Perseon Corporation**                                           Case number *(if known)*

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **2188 West 200 South**<br>**Salt Lake City, UT 84119** | **1997 - 10/21/15** |
| 14.2. | **460 W 50 N #100**<br>**Salt Lake City, UT 84101** | **10/22/15 - 1/31/16** |

---

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

☑ No Go to Part 10.
☐ Yes. Fill in below:

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

---

| Debtor | **Perseon Corporation** | Case number *(if known)* | |
|---|---|---|---|

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|
| **South Salt Lake Storage LLC dba A-1 Access Storage 3202 S 460 W Salt Lake City, UT 84115** | **Doug Wilkes 3055 Sequoia Ave Salt Lake City, UT 84109** | **2 units (10 x 20) containing inventory, files, computers, montors, tools** | ☐ No ☑ Yes |

**Part 11:     Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:     Details About Environment Information**

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.  Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:     Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**

Debtor   **Perseon Corporation**                                      Case number *(if known)*_____

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>**Dates business existed** |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1. **Riley Astill**<br>**1969 Claremont Dr**<br>**Bountiful, UT 84010** | **2/16 - present** |
| 26a.2. **David Green**<br>**2174 Preston Street**<br>**Salt Lake City, UT 84106** | **9/21/15 - present** |
| 26a.3. **Alison Wise**<br>**1656 W Ira Way**<br>**Syracuse, UT 84075** | **4/20/15 - 2/18/16** |
| 26a.4. **William S. Barth**<br>**959 Parkway Dr.**<br>**North Salt Lake, UT 84054** | **12/10/12 - 12/31/15** |
| 26a.5. **Dennis P Gauger**<br>**2598 North Turnberry Court**<br>**Lehi, UT 84043** | **3/11/11 - 12/31/15** |
| 26a.6. **Scott Mayfield**<br>**11079 Snow Peak Ln**<br>**South Jordan, UT 84095** | **12/16/13 - 12/23/15** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1. **Tanner LLC**<br>**36 S State Street, Suite 600**<br>**Salt Lake City, UT 84111-1400** | **12/31/14 - 9/30/15** |

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.2. **Dennis P Gauger**<br>**2598 North Turnberry Court**<br>**Lehi, UT 84043** | **3/1/11 - 12/31/15** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are<br>unavailable, explain why |
|---|---|
| | |

Debtor    **Perseon Corporation**                                              Case number *(if known)*

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Perseon Corporation**<br>**391 Chipeta Way #F**<br>**Salt Lake City, UT 84108** | |
| 26c.2.  **Payroll Perfect Inc.**<br>**1206 West South Jordan Pkwy, Ste A**<br>**South Jordan, UT 84095** | |
| 26c.3.  **Stratus HR**<br>**859 W South Jordan Pwky, #200**<br>**South Jordan, UT 84095** | |
| 26c.4.  **SurePayroll**<br>**2350 Ravine Way, Suite 100**<br>**Glenview, IL 60025** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial
statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **U.S. Securities and Exchange Commission**<br>**100 F Street, NE**<br>**Washington, DC 20549** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.  **Doug Wilkes** | **3/16/16** | **$805,360 - cost** |

| Name and address of the person who has possession of inventory records |
|---|
| **David Green**<br>**2174**<br>**Preston Street**<br>**Salt Lake City, UT 84106** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people
in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Clinton E. Carnell Jr.** | **3891 West View Trail**<br>**Park City, UT 84098** | **President and CEO** | **0.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Damian E. Dupuy, M.D.** | **60 Powers Drive**<br>**Centerville, MA 02632** | **Director** | **0.2%** |

Debtor   **Perseon Corporation**                                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Harold R. Wolcott** | **26 North 3175 East**<br>**Layton, UT 84040** | **Director** | **0.00%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Peter Vitulli** | **2655 Cliffrose Court**<br>**Park City, UT 84098** | **Director** | **0.6%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Steven G. Stewart** | **4523 Sunset Circle**<br>**Bountiful, UT 84010-5884** | **Director** | **0.3%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Timothy C. McQuay** | **4927 Gould Ave.**<br>**La Canada Flintridge, CA 91011** | **Chariman of the Board** | **0.3%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Benjamin Curtis Beckham** | **101 Bon Winde Rd.**<br>**Georgetown, TX 78633** | **VP of Global Sales** | **2015** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Brian Meltzer** | **24 Broad Axe Lane**<br>**Wilton, CT 06897** | **Chief Medical Officer/VP Business Development** | **2015** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Douglas P. Boyd** | **8101 Tiara Cove Circle**<br>**Las Vegas, NV 89128** | **Board member** | **2005 - 1/28/15** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Gerhard Sennewald** | **Schatzbogen 86**<br>**81829 Munich**<br>**GERMANY** | **Board member** | **1994 - 2/4/15** |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Jennifer R. Hoglin** | **8883 Daybreaker Dr.**<br>**Park City, UT 84098** | **VP of Global Marketing** | **2015** |

Debtor   **Perseon Corporation**                                                      Case number *(if known)* _____

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Nobel, Ph. D. | Styrmansgatan 9 Stockholm, SW WE-114 54 SWEDEN | Board member | 1998 - 5/3/15 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Todd H. Turnlund | 2971 Wedge Circle Park City, UT 84098 | VP of Research & Development | 2015 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| William S. Barth | 959 Parkway Dr. North Salt Lake, UT 84054 | CFO | 12/2012 - 12/31/15 |

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Benjamin Curtis Beckham 101 Bon Winde Rd. Georgetown, TX 78633 | $233,295 | 5/4/15 - 4/12/16 | Salary, stipend, expenses, partial separation payment |
| | Relationship to debtor Former VP of Global Sales | | | |
| 30.2. | Brian Meltzer 24 Broad Axe Lane Wilton, CT 06897 | $207,248.00 | 5/22/15 - 4/2/16 | Salary, stipend, expenses, partial separation payment |
| | Relationship to debtor Former Chief Medical Officer/VP Business Development | | | |
| 30.3. | Clinton E. Carnell Jr. 3891 West View Trail Park City, UT 84098 | $421,971.00 | 5/4/15 - 2/27/16 | Salary, bonus, and expenses |
| | Relationship to debtor President and CEO | | | |
| 30.4. | Damien E. Dupuy, M.D. 60 Powers Drive Centerville, MA 02632 | $185,000.00 | 5/4/15 - 12/7/15 | Mecial Consulting and Director Fees |
| | Relationship to debtor Director | | | |

Debtor    **Perseon Corporation**

Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.5. | **Harold R. Wolcott**<br>**26 North 3175 East**<br>**Layton, UT 84040** | **$40,000.00** | **6/5/15 -**<br>**12/7/15** | **Director Fees** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.6. | **Jennifer R. Hoglin**<br>**8883 Daybreaker Dr.**<br>**Park City, UT 84098** | **$184,785.00** | **5/15/15-4/11/1**<br>**6** | **Salary, stipend, expenses, partial separation payment** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.7. | **Peter Vitulli**<br>**2665 Cliffrose Court**<br>**Park City, UT 84098** | **$15,000.00** | **5/15 - 11/23/15** | **Director Fees** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.8. | **Steven G. Stewaart**<br>**4523 Sunset Circle**<br>**Bountiful, UT 84010-5884** | **$17,548** | **5/15 - 11/23/15** | **Director Fees and expenses** |
| | **Relationship to debtor**<br>**Director** | | | |
| 30.9. | **Timothy C. McQuay**<br>**4927 Gould Ave.**<br>**La Canada Flintridge, CA 91011** | **$15,758.00** | **5/15 - 11/13/15** | **Director Fees and expenses** |
| | **Relationship to debtor**<br>**Chairman of the Board** | | | |
| 30.10. | **Todd H. Turnlund**<br>**2971 Wedge Circle**<br>**Park City, UT 84098** | **$158,054.00** | **5/8/15 - 4/2/16** | **Salary, stipend, expenses, partial separation payment** |
| | **Relationship to debtor**<br>**Former VP of Research & Development** | | | |
| 30.11. | **William S. Barth**<br>**959 Parkway Dr.**<br>**North Salt Lake, UT 84054** | **$155,405.00** | **5/4/15 - 4/2/16** | **Salary and expenses** |
| | **Relationship to debtor**<br>**Former CFO** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

Debtor    **Perseon Corporation**                                    Case number *(if known)*

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

**Part 14:** **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **May 23, 2016**

**/s/ Clinton E. Carnell Jr.**                          **Clinton E. Carnell Jr.**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor      **CEO/President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes