Penelope Parmes (*pro hac vice* application pending)
TROUTMAN SANDERS LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545
Telephone: (949) 622-2700
Facsimile: (949) 622-2714
email: Penelope.Parmes@troutmansanders.com

Kenneth L. Cannon II, Utah Bar No. 3705
DURHAM JONES & PINEGAR, P.C.
111 East Broadway, Suite 900
P.O. Box 4050
Salt Lake City, UT 84110-4050
Telephone: (801) 415-3000
Facsimile: (801) 415-3500
email: kcannon@djplaw.com

Attorneys for MedLink Technologies, LLC

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>PERSEON CORPORATION,<br><br>Debtor. | Bankruptcy Case No. 16-24435<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |
|---|---|

### MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL AND APPLICATION FOR ADMISSION *PRO HAC VICE* OF PENELOPE PARMES

Pursuant to Bankr. D. Ut. LBR 2090-1(c)(2) and DUCivR 83.1.1(d), Kenneth L. Cannon II ("Cannon"), a duly admitted and active member of the bar of this Court and an attorney of record for MedLink Technologies, LLC ("MedLink"), hereby moves this Court to permit applicant Penelope Parmes ("Parmes"), of the law firm of Troutman Sanders LLP, to appear *pro hac vice* as an attorney of record for MedLink in this chapter 11 case and all proceedings related thereto. I hereby agree to serve as designated local counsel in this case, to

SLC_2790697.1
28523438

readily communicate with opposing counsel and the Court regarding the conduct of this case, and to accept papers when served; and I recognize my responsibility and full authority to act for and on behalf of MedLink in all case-related proceedings, including hearings, pretrial conferences, and trials, should Parmes fail to respond to any Court order.

Dated: May 23, 2016

_____
Kenneth L. Cannon II, Utah Bar No. 3705

## APPLICATION FOR ADMISSION *PRO HAC VICE*

Applicant, Penelope Parmes ("Parmes"), hereby requests permission to appear *pro hac vice* in this chapter 11 case and all proceedings related thereto. Parmes states under penalty of perjury that she is a member in good standing of the bar of the highest court of the State of California. Parmes is a non-resident of the state of Utah and, under Bankr. D. Ut. LBR 2090-1(c)(2) and DUCivR 83-1.1(d), has associated local counsel in this case. Parmes' address, office telephone, facsimile number, e-mail address and the courts to which she is admitted, and the respective dates of admission are set forth below in Exhibit A.

Parmes designates Kenneth L. Cannon II as associate local counsel.

Check if applicant is lead counsel: ___X___

Dated: May 23, 2016

_____
Penelope Parmes

2

SLC_2790697.1
28523438

## EXHIBIT A

Name of Applicant: __Penelope Parmes__

Business Address: __Troutman Sanders LLP__

__5 Park Plaza, Suite 1400__

__Irvine, CA 92614__

Main Office Telephone Number: __(949) 622-2700__

Facsimile Number: __(949) 622-2714__

E-mail Address: __Penelope.Parmes@troutmansanders.com__

### BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
| --- | --- | --- |
| Supreme Court, State of California | California | December 1982 |
| United States District Court, Central District of California | California | 1983 |
| United States District Court, Northern District of California | California | December 1982 |
| United States District Court, Eastern District of California | California | 1983 |
| United States District Court, Southern District of California | California | Approx. 1987 |

### PRIOR *PRO HAC VICE* ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
| --- | --- | --- |
| None | | |

## CERTIFICATE OF SERVICE

### By Notice of Electronic Filing (CM/ECF)

I hereby certify that on the 23rd day of May, 2016, I electronically filed the foregoing MOTION AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL AND APPLICATION FOR ADMISSION PRO HAC VICE OF PENELOPE PARMES with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov; Lindsey.Huston@usdoj.gov; Suzanne.Verhaal@usdoj.gov
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com; ventrello.ashley@dorsey.com

*/s/ Kristi Hughes*
Durham Jones & Pinegar, P.C.

4