**This order is SIGNED.**

 

**Dated: June 27, 2016**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

*Prepared and submitted by:*
Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: waterman.steven@dorsey.com
      thomson.michael @dorsey.com
      armington.jeff@dorsey.com

*Attorneys for Debtor Perseon Corporation*
*and Proposed Attorneys for Debtor in Possession*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 16-24435 |
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Chief Judge R. Kimball Mosier |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR NOTICE, OBJECTION AND HEARING FOR (a) RETENTION APPLICATIONS WITH DAVID GREEN AND SUNTRUST ROBINSON HUMPHREY, INC.; (b) MOTION TO ASSUME EMPLOYMENT AGREEMENT WITH CLINTON E. CARNELL JR.; AND (c) MOTION TO APPROVE DEBTOR'S KEY EMPLOYEE RETENTION PLAN FOR DOUG WILKES**

Upon consideration of the *Ex Parte* Motion for Order Shortening Time for Notice and Hearing (the "Motion"), and for good cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth below.

2. A hearing on the following Pleadings will be held on Tuesday, **July 12, 2016 at 2:00 p.m.**

   a. *Application of the Debtor for Entry of an Order, Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bank. P. 2014(a) Authorizing the Retention and Employment of David Green as Chief Restructuring Consultant for the Debtor nunc pro tunc to the Petition Date* (the "Green Retention Application").

   b. *Application of the Debtor for Entry of an Order, Pursuant to 11 U.S.C. §§ 105, 327, 328, 363 and 365 and Fed. R. Bank. P. 2014(a), (I) Authorizing the Retention and Employment of SunTrust Robinson Humphrey, Inc. as Investment Banker to the Debtor Nunc Pro Tunc to the Petition Date; (II) Authorizing the Assumption of the Agreement with SunTrust Robinson Humphrey to Provide Services Related Thereto; and (III) Approving the Agreement with SunTrust Robinson Humphrey* (the "SunTrust Retention Application").

   c. *Debtor's Motion for Entry of an Order Authorizing Debtor to Assume Debtor's Modified Employment Agreement with Clinton E. Carnell Jr.* (the "Carnell Assumption Motion").

   d. *Debtor's Motion for Order, Pursuant to Bankruptcy Code Sections 363(b) and 503(c)(3), Approving Debtor's Key Employee Retention Plan for Doug Wilkes* (the "KERP Motion" and together with the Green Retention Application, the SunTrust Retention Application, and the Carnell Assumption Motion, the "Pleadings").

3. The deadline for filing and serving objections and/or responses to the Pleadings is **July 11, 2016 at 4:00 p.m.**

_____End of Order_____