June 30, 2016

Clerk of the Court
United States Bankruptcy Court
District of Utah
Central Division
Courtroom 301
350 South Main Street
Salt lake City, Utah 84101

Re: Perseon Corporation
    Case # 16-24435

Dear United States Bankruptcy Court,

As a senior secured Creditor and legal Claim Holder, I strongly object to any settlement and sale between the Debtor and MedLink, as received on June 27, 2016, that will not make Creditors fully whole of principal and interest due to date. The Court should not allow the deceptive senior executives of Perseon and their predecessor, BSD Medical Corporation) to disrespect and financially walk away from legal debt to Creditors such as myself, while these same deceitful senior executives and Board of Directors have made horrid business decisions, stripped the company of cash, value and retained earnings, and concurrently collected excessive salaries, stock options and bonuses.

A full and exhaustive Discovery should be made by the Court of all financial transactions both publically and personally of all said Perseon and BSD Medical Corporation senior executives over the years preceding the May 23, 2016 date of the documented Perseon and BSD executive's fraudulent attempt to hide in bankruptcy and run from legal debt.

Respectfully submitted,

Peter Spuler, Jr.
10800 Blackpowder Court
Fort Washington, Maryland 20744