*Prepared and Submitted By:*
Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: waterman.steven@dorsey.com
thomson.michael @dorsey.com
armington.jeff@dorsey.com

*Attorneys for Debtor Perseon Corporation*
*and Proposed Attorneys for Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | Case No. 16-24435 |
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Chief Judge R. Kimball Mosier |

**ORDER GRANTING APPLICATION OF THE DEBTOR FOR ENTRY OF AN ORDER AUTHORIZING THE RETENTION AND EMPLOYMENT OF DORSEY & WHITNEY LLP AS COUNSEL FOR THE DEBTOR**

The matter before the Court is the *Application of The Debtor for Entry of an Order Authorizing the Retention and Employment of Dorsey & Whitney LLP as Counsel for the Debtor*

[Docket No. 14] (the "Application"). The Application was properly served through the Court's CM/ECF system on all parties that receive electronic service in this case. A *Notice of Hearing* on the Application [Docket No. 42] was served on the Debtor's creditor matrix as set forth in the *Certificate of Service* [Docket No. 44] and no further notice of the Application is required. No responses to the Application have been filed.

The Court has considered the Application, the *Declaration of Steven T. Waterman in Support of the Application* [Docket No. 15], and applicable law. Based thereon, the Court finds that: (i) the employment of Dorsey & Whitney LLP ("Dorsey") as the Debtor's counsel is in the best interests of the Debtor's bankruptcy estate; (ii) Dorsey does not represent any interest adverse to the Debtor or the bankruptcy estate; and (iii) Dorsey is a "disinterested person" as that term is defined in the Bankruptcy Code. Accordingly, and for good cause otherwise appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**;

2. The Debtor is authorized under 11 U.S.C. § 327 and Federal Rule of Bankruptcy Procedure 2014 to employ Dorsey as the Debtor's counsel; and

3. Dorsey shall be compensated in such amounts as Dorsey may be allowed by this Court upon the filing of appropriate applications for allowance of interim or final compensation in accordance with the procedures set forth in section 330 and 331 of the Bankruptcy Code, the Bankruptcy Rules, Local Rules and orders of this Court.

---

(End of Document)