Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433*)*
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84101
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

    —and—

Jeffrey Chubak (*Pro Hac Vice to be Filed*)
**STORCH AMINI & MUNVES PC**
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
Email: jchubak@samlegal.com

*Attorneys for B.E. Capital Management Fund LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | **Case No. 16-24435 (RKM)** |
|---|---|
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Honorable R. Kimball Mosier |

### NOTICE OF APPEARANCE OF COUNSEL, AND REQUEST FOR NOTICE

**PLEASE TAKE NOTICE THAT,** pursuant to Federal Rule of Bankruptcy Procedure 9010(b), (a) Michael R. Johnson and David H. Leigh of the law firm of Ray Quinney & Nebeker PC, and (b) Jeffrey Chubak of Storch Amini & Munves PC, hereby enter their appearances as counsel of record for B.E. Capital Management Fund LP ("B.E. Capital"), a creditor and equity security holder in the above-entitled Chapter 11 case, request that their names, email addresses

and other relevant information be included on the master mailing list in this case, and further request that notice of all hearings or actions in this case be sent to the following:

>Michael R. Johnson, Esq. (A7070)
>David H. Leigh, Esq. (A9433*)*
>**RAY QUINNEY & NEBEKER P.C.**
>36 South State Street, 14th Floor
>Salt Lake City, Utah  84101
>Telephone:  (801) 532-1500
>Facsimile:  (801) 532-7543
>Email:  mjohnson@rqn.com
>Email:  dleigh@rqn.com
>
>—and—
>
>Jeffrey Chubak (*Pro Hac Vice to be Filed)*
>**STORCH AMINI & MUNVES PC**
>140 East 45th Street, 25th Floor
>New York, New York 10017
>Telephone:  (212) 490-4100
>Email:  jchubak@samlegal.com

**PLEASE TAKE FURTHER NOTICE** that this *Notice of Appearance* and any subsequently filed pleading, claim, proof of claim, or suit is not intended nor shall be deemed to waive, where applicable, B.E. Capital's right to (i) have final orders in any core or noncore matters entered only after *de novo* review by a district court judge to the extent required by the United States Supreme Court's rulings of Stern v. Marshall, 131 S. Ct. 2594 (2011) and subsequent case law or as otherwise required by the U.S. Constitution; (ii) a trial by jury in any proceedings so triable herein or in any case, controversy, or proceeding related hereto; or (iii) have the reference withdraw by the United States District Court in any matter subject to mandatory or discretionary withdrawal; or any waiver of any other right, claim, action, defense, setoff, or recoupment, all of which are hereby expressly reserved.

DATED this 8th day of July, 2016.

        RAY QUINNEY & NEBEKER P.C.

        /s/ Michael Johnson
        Michael Johnson
        David H. Leigh

        - and -

        Jeffrey Chubak
        STORCH AMINI & MUNVES PC
        140 East 45th Street, 25th Floor
        New York, New York 10017
        (212) 490-4100

        *Attorneys for B.E. Capital Management Fund LP*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of July, 2016, a true and correct copy of the foregoing *Notice of Appearance of Counsel and Request for Notice* was electronically filed with the Clerk of Court using the ECF system, and was served via e-mail as follows:

- **Jeffrey M Armington** armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- **Kenneth L. Cannon** kcannon@djplaw.com, khughes@djplaw.com
- **Anna W. Drake** drake@millertoone.com
- **John T. Morgan tr** john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Penelope Parmes** Penelope.Parmes@troutmansanders.com
- **United States Trustee** USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman** waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

/s/ Dianne Burton

1379496