Jeffrey Chubak, Esq. (*Pro Hac Vice to be Filed*)
**STORCH AMINI & MUNVES PC**
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
Email: jchubak@samlegal.com

*Proposed Lead Counsel for B. E. Capital Management Fund LP*

Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

*Proposed Local Counsel for B. E. Capital Management Fund LP*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| In re: | Bankruptcy Case No. 16-24435 |
|---|---|
| **PERSEON CORPORATION,** | Chapter 11 |
| Debtor. | Honorable R. Kimball Mosier |
| | (Filed via ECF) |

### *EX PARTE* MOTION FOR ADMISSION OF COUNSEL AS COUNSEL *PRO HAC VICE,* AND CONSENT OF DESIGNATED ASSOCIATE LOCAL COUNSEL

I, Michael R. Johnson, a member of the bar of this Court, hereby move the Court, *ex parte,*

for the *pro hac vice* admission of applicant, Jeffrey Chubak, Esq. of the law firm of Storch Amini

& Munves PC, to practice in this Court in the above-entitled case as counsel *pro hac vice* for creditor B. E. Capital Management Fund LP.

I hereby agree to serve as designated local counsel for the subject case; to readily communicate with opposing counsel and the Court regarding the conduct of this case; and to accept papers when served and recognize my responsibility and full authority to act for and on behalf of the B. E. Capital Management Fund LP in all case-related proceedings, including hearings, pretrial conferences, and trials, should applicant fail to respond to any Court order.

DATED this 8th day of July, 2016.

/s/ Michael R. Johnson      7070
(Signature of Local Counsel)   (Utah Bar Number)

## APPLICATION FOR ADMISSION PRO HAC VICE

Applicant, Jeffrey Chubak, Esq. of the law firm of Storch Amini & Munves PC, hereby requests permission to appear in the above-entitled case as counsel *pro hac vice* for creditor B. E. Capital Management Fund LP. Applicant states under penalty of perjury that he is a member in good standing of the bar of a United States court or of the highest court of a state or the District of Columbia; is a non-resident of the State of Utah, and under the provisions of DUCivR83-1.1 (d) and Bankr.D. Ut. LBR 2090-1, has associated local counsel in this case.

Applicant's address, office telephone number, fax number, e-mail address and the courts to which admitted, and the respective dates of admission are provided as required.

Applicant hereby designates Michael R. Johnson of Ray Quinney & Nebeker P.C. as associate local counsel.

DATED this 8th day of July, 2016.

Check here __X__ if Applicant is lead counsel.

/s/ Jeffrey Chubak
(Signature of Applicant)

**Name of Applicant:**

Jeffrey Chubak, Esq.

**Business Address:**

**STORCH AMINI & MUNVES PC**
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone:  (212) 490-4100
Facsimile:  (212) 490-4208
Email:  jchubak@samlegal.com

## BAR ADMISSION HISTORY

| COURTS TO WHICH ADMITTED | LOCATION | DATE OF ADMISSION |
|---|---|---|
| New York | New York | 2-22-2008 |
| New Jersey | New Jersey | 11-27-2007 |
| United States District Court for the Southern District of New York | New York | 2008 |
| United States District Court for the Southern District of New York | New York | 2008 |

## PRIOR PRO HAC VICE ADMISSIONS IN THIS DISTRICT

| CASE TITLE | CASE NUMBER | DATE OF ADMISSION |
|---|---|---|
| None | | |

1379466

4