## EXHIBIT 1

**Carnell Facebook Page**



Clint Carnell

Timeline    About    Friends    Photos    More ▾

**DO YOU KNOW CLINT?**

If you know Clint, send him a message.

**Intro**

⚖ Chairman at Body by OrangeTwist
⚖ President at Alphaeon
⚖ Former Chief Executive Officer at Perseon Medical Corporation
⚖ Former Chief Executive Officer at myoscience
🎓 Studied at Duke University
🎓 Went to Cascade High School
🏠 Lives in Paris, France
📍 From Everett, Washington

Clint Carnell in ⟨ Paris, France.
January · ⊙ · ⟨

💼

Started Working at Alphaeon

January — President
Paris, France

↪ Share

Clint Carnell in ⟨ Salt Lake City, Utah.
December 31, 2015 · ⊙ · ⟨

💼

Left Job at Perseon Medical Corporation

December 31, 2015 — Chief Executive Officer
Salt Lake City, Utah

↪ Share

Clint Carnell in ⟨ Paris, France.
December 15, 2015 · ⊙ · ⟨

🏠

Moved to Paris, France

December 15, 2015
From Park City, Utah

↪ Share

Search







## EXHIBIT 2

**Alphaeon Press Release**



ALPHAEON®

## ALPHAEON STRENGTHENS GLOBAL LEADERSHIP WITH
## NEW SENIOR APPOINTMENTS

**Irvine, Calif., January 28, 2016** - ALPHAEON Corporation, a social commerce company and subsidiary to Strathspey Crown Holdings LLC, today announced it has strengthened its global leadership with the appointment of Clint Carnell as President of Europe, Middle East and Africa and David Barrios as Vice President of Canada and Latin America.

Mr. Carnell and Mr. Barrios both bring successful track records building a broad spectrum of companies to their new positions. Mr. Carnell will be responsible for strengthening ALPHAEON's leadership presence in EMEA, fostering product innovation and growth across those markets, while Mr. Barrios will oversee strategy, growth and management of the Canadian and Latin American markets.

"We are thrilled to welcome Clint and David to ALPHAEON's growing team of accomplished executives," said ALPHAEON President and Chief Operating Officer Bob Rhatigan. "Clint's deep expertise in specialty healthcare's self-pay sector bolsters our EMEA leadership and our global presence, while David's extensive experience in ophthalmology and medical aesthetics extends ALPHAEON's commitment to deliver innovative products, services and solutions to physicians and consumers globally. Both additions advance our strategy to provide our customers with local service presence internationally while leveraging ALPHAEON's proprietary ShoutMD social commerce platform globally."

Prior to joining ALPHAEON, Mr. Carnell was President and Chief Executive Officer of Perseon Corporation, a life sciences company dedicated to the research, development and production of energy ablation devices used to treat soft tissue tumors. Previously, Mr. Carnell was CEO of Myoscience, Inc. and prior to this served as COO of Solta Medical Inc., which was later sold to Valeant Pharmaceuticals.  Early in Mr. Carnell's career, he served as VP of US Surgical Business for Bausch + Lomb.

"ALPHAEON is striving to create a new vision for the self-pay healthcare industry," said Mr. Carnell. "I believe my experience in the ophthalmic and aesthetic medical device market will fit well with the company as it continues to expand globally."

With nearly 15 years developing solutions for medical businesses, Mr. Barrios has helped implement strategic initiatives across a roster of leading healthcare companies. Prior to joining ALPHAEON, Mr. Barrios was a General Manager of Galderma's Spain & Portugal region where he led their three global business units located in Iberia.



Previously, Mr. Barrios held the position of Business Unit Director Surgical, Spain & Portugal, for Bausch + Lomb, where he led strategic plan definition and implementation. In addition, he held senior leadership positions within Johnson & Johnson and American Express.

"It's an honor to join a company with a strong network of board-certified physicians and a strong innovative vision," said David Barrios, ALPHAEON VP Canada and Latin America. "I'm looking forward to leveraging my experience to grow ALPHAEON's presence and reputation in support of medical solutions in the Canadian and Latin American regions."

**About ALPHAEON Corporation**
ALPHAEON Corporation is a social commerce company with the goal of transforming self-pay healthcare by bringing to market highly innovative products and services to promote consumer wellness, beauty and performance. The company works in partnership with board certified physicians ensuring access to leading advancements in lifestyle healthcare. For more information, please visit www.alphaeon.com.

**About Strathspey Crown Holdings, LLC**
Strathspey Crown is a growth equity firm specializing in lifestyle healthcare. The firm is founded in partnership with physician investors across key medical specialties including plastic surgery, ophthalmology, dermatology, dentistry and orthopedics. For more information, please visit www.strathspeycrown.com.

**ALPHAEON PRESS CONTACT:**
Jenna Mons Senior Vice President of Marketing and Communications
Tel: +1-904-343-3449
Email: press@alphaeon.com

### ###

**<u>EXHIBIT 3</u>**

**Alphaeon Management Team Webpage**



http://alphaeon.com/management-team    Go    FEB MAR APR
15 captures    25
16 Oct 13 - 25 Mar 16    2015 2016 2017

FOR PHYSICIANS ›



ALPHAEON®    About Us    Lifestyle Healthcare    Products    Start Your Journey    Find a Physician

HOME > MANAGEMENT TEAM

# MANAGEMENT TEAM



http://alphaeon.com/

# EXHIBIT 4

**Perseon Form 8-K (Dec. 23, 2015)**

**UNITED STATES**
**SECURITIES AND EXCHANGE COMMISSION**
**Washington, D.C. 20549**

# FORM 8-K

**CURRENT REPORT**
**Pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934**

Date of Report (Date of earliest event reported):  **December 23, 2015**

# PERSEON CORPORATION
(Exact name of registrant as specified in its charter)

| **Delaware** | **001-32526** | **75-1590407** |
|---|---|---|
| (State or other jurisdiction of incorporation) | (Commission File Number) | (IRS Employer Identification No.) |

**460 West 50 North**
**Salt Lake City, Utah 84119**
(Address of principal executive offices, including Zip Code)

Registrant's telephone number, including area code:  **(801) 972-5555**

**N/A**
(Former name or former address, if changed since last report)

Check the appropriate box below if the Form 8-K filing is intended to simultaneously satisfy the filing obligation of the registrant under any of the following provisions:

o    Written communications pursuant to Rule 425 under the Securities Act (17 CFR 230.425)

o    Soliciting material pursuant to Rule 14a-12 under the Exchange Act (17 CFR 240.14a-12)

o    Pre-commencement communications pursuant to Rule 14d-2(b) under the Exchange Act (17 CFR 240.14d-2(b))

o    Pre-commencement communications pursuant to Rule 13e-4(c) under the Exchange Act (17 CFR 240.13e-4(c))

**Item 3.01**          **Notice of Delisting or Failure to Satisfy a Continued Listing Rule or Standard; Transfer of Listing.**

On January 7, 2016, Perseon Corporation (the "Company") received a notice from the Listing Qualifications Department of The Nasdaq Stock Market ("Nasdaq") stating that the Company failed to solicit proxies and hold an annual meeting of stockholders within 12 months after its fiscal year ended December 31, 2014, as required by Nasdaq Listing Rules 5620(a) and (b) (collectively, the "Annual Meeting Rule"). The failure to comply with the Annual Meeting Rule relates to the change in the company's fiscal year end from August 31 to December 31, in that while the Company solicited proxies and held an annual meeting on February 5, 2015 for the fiscal year ended August 31, 2014, the Company did not solicit proxies and hold an annual meeting of stockholders for the transition period ended December 31, 2014. Accordingly, trading in the Company's common stock and publicly traded warrants (Nasdaq symbols PRSN and PRSNW, respectively) will be suspended at the opening of business on January 19, 2016 and a Form 25-NSE will be filed with the Securities and Exchange Commission, which will remove the Company's securities from listing and registration on The Nasdaq Stock Market.

While a delisting of the company's securities will impact stock trading liquidity, the Company does not expect the delisting will have any immediate material impact on its commercial business and its ability to serve its customers.

**Item 5.02**          **Departure of Directors or Certain Officers; Election of Directors; Appointment of Certain Officers; Compensatory Arrangements of Certain Officers.**

On December 23, 2015, the board of directors of the Company agreed with Clinton E. Carnell, Jr. that as part of the Company's plan to materially reduce expenses, Mr. Carnell will no longer receive a salary for his services to the Company as President and Chief Executive Officer. Mr. Carnell remains the Company's Principal Executive Officer.

The Company is continuing to evaluate the strategic options available to it at this time.

-2-

**SIGNATURES**

Pursuant to the requirements of the Securities Exchange Act of 1934, the registrant has duly caused this report to be signed on its behalf by the undersigned hereunto duly authorized.

PERSEON CORPORATION

Date: January 11, 2016

By:     /s/ Clinton E. Carnell Jr.

Name:   Clinton E. Carnell Jr.
Title:  President and Chief Executive Officer
        *Principal Executive Officer*

-3-