**This order is SIGNED.**

 

**Dated: July 11, 2016**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

*Prepared and Submitted by:*

Jeffrey Chubak, Esq. (*Pro Hac Vice to be Filed*)
**STORCH AMINI & MUNVES PC**
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
Facsimile: (212) 490-4208
Email: jchubak@samlegal.com
*Proposed Lead Counsel for B. E. Capital Management Fund LP*

Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84111
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com
*Proposed Local Counsel for B. E. Capital Management Fund LP*

IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF UTAH

CENTRAL DIVISION

| | |
|---|---|
| In re: | |
| **PERSEON CORPORATION,** | Bankruptcy Case No. 16-24435 |
| Debtor. | Chapter 11 |
| | Honorable R. Kimball Mosier |
| | (Filed via ECF) |

**ORDER OF ADMISSION OF COUNSEL AS COUNSEL *PRO HAC VICE***
_____

It appearing to the Court that the applicant, Jeffrey Chubak, Esq. of the law firm of Storch Amini & Munves PC, meets the *pro hac vice* admission requirements of DUCiv R 83-1.1 (d) and Bankr. D. Ut LBR 2090-1, the Motion for Applicant's Admission Pro Hac Vice in the United States Bankruptcy Court, District of Utah, in the above-entitled case, is **GRANTED.**

The applicant's contact information is as follows:

> Jeffrey Chubak, Esq.
> **STORCH AMINI & MUNVES PC**
> 2 Grand Central Tower
> 140 East 45th Street, 25th Floor
> New York, New York 10017
> Telephone:  (212) 490-4100
> Facsimile:  (212) 490-4208
> Email:  jchubak@samlegal.com

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*END OF DOCUMENT\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*