**This order is SIGNED.**




**Dated: July 11, 2016**

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

---

Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433*)*
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah  84101
Telephone:  (801) 532-1500
Facsimile:  (801) 532-7543
Email:  mjohnson@rqn.com
Email:  dleigh@rqn.com

—and—

Jeffrey Chubak (*Pro Hac Vice to be Filed)*
**STORCH AMINI & MUNVES PC**
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone:  (212) 490-4100
Email:  jchubak@samlegal.com

*Attorneys for B.E. Capital Management Fund LP*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re: | Case No. 16-24435 (RKM) |
|---|---|
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Honorable R. Kimball Mosier |

### ORDER AUTHORIZING B.E. CAPITAL MANAGEMENT FUND LP'S LEAD COUNSEL TO APPEAR AND ARGUE TELEPHONICALLY AT JULY 12 HEARING

This matter is before the Court on the *ex parte* motion (the "Ex Parte Motion") of B.E. Capital Management Fund LP ("B.E. Capital") for entry of an Order authorizing B.E. Capital's lead counsel, Jeffrey Chubak of Storch Amini & Munves PC, to appear and argue telephonically at the hearing scheduled for July 12, 2016 at 2:00 p.m. in this case (the "Hearing"),

Based upon the Ex Parte Motion, and good cause appearing therefore, **IT IS HEREBY ORDERED** as follows:

1. The Ex Parte Motion shall be, and it hereby is, granted.

2. B.E. Capital's lead counsel, Jeffrey Chubak of Storch Amini & Munves PC, may appear by telephone at the Hearing and at any continued hearing on the matters to be addressed at the Hearing.

**********END OF DOCUMENT***********