Paul M. Schwartz
c/o Anderson Kill P.C.
1251 Avenue of the Americas – 42nd Floor
New York, NY 10020
(212) 278-1315
pschwartz@andersonkill.com

July 9, 2016

United States Bankruptcy Court for the District of Utah, Central Division
Honorable Chief Judge R. Kimball Mosier
Frank E. Moss U.S. Courthouse
350 South Main Street, 3rd Floor
Salt Lake City, Utah 84101

Re: Perseon Corporation Chapter 11 Case No. 16-24435 (RKM),
B.E. CAPITAL MANAGEMENT FUND LP'S OBJECTION TO DEBTOR'S APPLICATIONS TO EMPLOY DORSEY & WHITNEY AND SUNTRUST ROBINSON HUMPHREY PURSUANT TO BANKRUPTCY CODE SECTION 327(a)
And
B.E. CAPITAL MANAGEMENT FUND LP'S OBJECTION TO DEBTOR'S MOTION FOR ORDER APPROVING ASSUMPTION OF INSIDER EMPLOYMENT AGREEMENT, AS AMENDED

Dear Hon. Chief Judge Mosier:

I have been a shareholder in Perseon Corporation (formerly BSD Medical Corporation) since 2010, having invested over $300,000 in the common stock of the corporation between 2010 and 2013, and I currently have a lawsuit against the corporation individually as a shareholder of Perseon Corporation and a derivative action on behalf of Perseon Corporation pending in U.S. District Court in Delaware.

I fully support BE Capital Management Fund's above-referenced objections to the Debtor's motions. Absent BE Capital's objections, there would be no consideration given to shareholders receiving any benefit at all from the bankruptcy.

I respectfully request, for the sake of shareholders, to sustain the objections and deny the motions referenced therein.

Respectfully submitted,

Paul M. Schwartz

cc: John T. Morgan, US Trustee