2100 B (12/15)

# United States Bankruptcy Court

District of Utah
Case No. 16-24435
Chapter 11

In re: Debtor(s) (including Name and Address)

Perseon Corporation
391 Chipeta Way #F
Salt Lake City UT 84108

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 07/13/2016.

Name and Address of Alleged Transferor(s):

Claim No. : Somacis Inc., 13500 Danielson Street, Poway, CA 92064

Name and Address of Transferee:

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY  10023

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   07/15/16

David A. Sime
**CLERK OF THE COURT**

United States Bankruptcy Court
District of Utah

In re:
Perseon Corporation
    Debtor

Case No. 16-24435-RKM
Chapter 11

# CERTIFICATE OF NOTICE

District/off: 1088-2    User: mkz    Page 1 of 1    Date Rcvd: Jul 13, 2016
               Form ID: trc    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2016.
10248174     +Somacis Inc.,   13500 Danielson Street,   Poway, CA 92064-6874

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                                                                         TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2016                                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2016 at the address(es) listed below:
        Anna W. Drake    on behalf of Creditor Jennifer R. Hoglin drake@millertoone.com
        Anna W. Drake    on behalf of Creditor Todd H. Turnlund drake@millertoone.com
        Anna W. Drake    on behalf of Creditor Benjamin Curtis Beckham drake@millertoone.com
        Anna W. Drake    on behalf of Creditor Brian Meltzer drake@millertoone.com
        E. Scott Savage    on behalf of Creditor    CEA Medical Manufacturing, Inc. f/k/a CEA Manufacturing, Inc. ssavage@sywlaw.com
        Jeffrey Chubak    on behalf of Creditor    B. E. Capital Management Fund LP jchubak@samlegal.com
        Jeffrey M Armington    on behalf of Debtor    Perseon Corporation armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
        John T. Morgan tr    on behalf of U.S. Trustee    United States Trustee john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
        Kenneth L. Cannon, II    on behalf of Interested Party    MedLink Technologies, LLC kcannon@djplaw.com, khughes@djplaw.com
        Michael R. Johnson    on behalf of Creditor    B. E. Capital Management Fund LP mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
        Penelope Parmes    on behalf of Interested Party    MedLink Technologies, LLC Penelope.Parmes@troutmansanders.com
        Steven T. Waterman    on behalf of Debtor    Perseon Corporation waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com
        United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
                                                                                                                                                      TOTAL: 13