**This order is SIGNED.**






**Dated: July 22, 2016**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

*Prepared and Submitted By:*
Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: waterman.steven@dorsey.com
thomson.michael @dorsey.com
armington.jeff@dorsey.com

*Attorneys for Debtor Perseon Corporation*
*and Proposed Attorneys for Debtor in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>PERSEON CORPORATION,<br><br>Debtor. | Case No. 16-24435<br><br>Chapter 11<br><br>Chief Judge R. Kimball Mosier |

**ORDER GRANTING APPLICATION OF THE DEBTOR FOR ENTRY OF AN ORDER, PURSUANT TO 11 U.S.C. §§ 105 AND 363 AND FED. R. BANK. P. 2014(a) AUTHORIZING THE RETENTION AND EMPLOYMENT OF DAVID GREEN AS CHIEF RESTRUCTURING CONSULTANT FOR THE DEBTOR EFFECTIVE AS OF THE PETITION DATE**

The matter before the Court is the *Application of the Debtor for Entry of an Order Pursuant to 11 U.S.C. §§ 105 and 363 and Fed. R. Bankr. P. 2014(a) Authorizing the Retention and Employment of David Green as Chief Restructuring Consultant for the Debtor Effective as of the Petition Date* [Docket No. 59] (the "Application").[1] On June 27, 2016, the Court entered an Order Shortening Time for Notice, Objection and Hearing for the Application [Docket No. 64], which set a hearing on the Application for July 12, 2016, and a July 11, 2016, deadline to file responses to the Application. The Application was properly served through the Court's CM/ECF system on all parties that receive electronic service in this case. A *Notice of Hearing* on the Application [Docket No. 65] was served on the Debtor's creditor matrix as set forth in the *Certificate of Service* [Docket No. 66] and no further notice of the Application is required. No responses to the Application have been filed.

The Court has considered the Application, the *Declaration of David Green in Support of the Application*, which was attached to the Application as Exhibit A, the *Declaration of Timothy C. McQuay in Support of the Application*, which was attached to the Application as Exhibit B, and applicable law. Based thereon, the Court finds that: (i) the employment of David Green ("Green") as the Debtor's chief restructuring consultant is in the best interests of the Debtor's bankruptcy estate; (ii) Green does not represent any interest adverse to the Debtor or the bankruptcy estate; and (iii) Green is a "disinterested person" as that term is defined in the Bankruptcy Code. Accordingly, and for good cause otherwise appearing,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**;

---

[1] Capitalized terms used herein and not defined shall have the meanings ascribed to them in the Motion.

2. The Debtor is authorized under 11 U.S.C. §§ 105 and 363 and Federal Rule of Bankruptcy Procedure 2014 to employ Green as the Debtor's chief restructuring consultant pursuant to the contracts between the Debtor and Mr. Green that were attached to the Application as Exhibit C and D; and

3. The Debtor is authorized to compensate Green on a twice monthly basis through the Debtor's payroll servicer.

---

(End of Document)