Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  waterman.steven@dorsey.com
        thomson.michael @dorsey.com
        armington.jeff@dorsey.com

*Attorneys for Debtor Perseon Corporation
    and Proposed Attorneys for Debtor in Possession*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 16-24435 |
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Chief Judge R. Kimball Mosier |

### NOTICE OF CANCELLATION OF AUCTION;
### AND SELECTION OF SUCCESSFUL BID

Perseon Corporation ("Perseon" or "Debtor"), the debtor in possession in the above captioned chapter 11 bankruptcy case, by and through its proposed counsel, hereby files notice of cancellation of auction and provides notice of the selection of the successful bid in accordance with the Court's *Order (a) Authorizing Assumption of Asset Purchase Agreement, (b)*

*Authorizing Bid Protections, (c) Authorizing Bidding Procedures and Auction, and (d) Scheduling Sale Hearing* [Docket No. 56] (the "<u>Bidding Procedures Order</u>").[1]

The Bidding Procedures Order set July 21, 2016, as the deadline for Qualified Bidders to submit a Competing Bid, authorized the Debtor to conduct an Auction for the Sale of the Purchased Assets on July 25, 2016, if any Competing Bids were received by the Debtor prior to the Bid Deadline, and authorized the Debtor to cancel the Auction if it did not receive a Competing Bid prior to the Bid Deadline.

No Competing Bids were received by the Debtor prior to the Bid Deadline. Accordingly, the Auction is cancelled, the APA is declared the Successful Bid, and the Stalking Horse is declared the Successful Bidder.

In accordance with the Bidding Procedures Order, the Debtor will seek approval of the sale of the Purchased Assets to the Stalking Horse pursuant to the terms of the APA at the Sale Hearing, which shall be held on **July 26, 2016 at 11:00 a.m.**, before the Honorable R. Kimball Mosier, in his courtroom, Room 369, of the Frank E. Moss United States Courthouse, 350 South Main Street, Salt Lake City, Utah 84101.

DATED this 22nd day of July, 2016.

        **DORSEY & WHITNEY LLP**

        */s/ Steven T. Waterman*
        Steven T. Waterman
        Michael F. Thomson
        Jeffrey M. Armington
        *Attorneys for Debtor Perseon Corporation and Proposed Attorneys for Debtor in Possession*

---

[1] All capitalized terms used herein and not defined shall have the meanings ascribed to them in the Bidding Procedures Order or the Bidding Procedures as applicable.