UNITED STATES BANKRUPTCY COURT
DISTRICT OF UTAH

## NOTICE OF TRANSCRIPT ORDER FORM - NON-APPEAL

(Form to be transmitted to the Transcriptionist for filing with the Clerk's Office)

Case Name: In Re Perseon Corp, Debtor  Bankruptcy Court Number: 16-24435

Name of Attorney: Jeffrey Chubak

Name of Law Firm: Storch Amini + Munves PC

Address of Firm: 140 E 45th St, 25th Floor, New York, NY 10017    Telephone of Firm: 212-490-4100

Attorneys for: B.E. Capital Mgmt Fund LP

Name & Phone # of Transcriptionist: Laura Robinson / 801-328-4800

Title of Proceeding: Hearing on Dorsey and Carnell Motions

Date of Proceeding: 7/19/16

Portion Requested:
- ☐ Opening Statements
- ☐ Closing Arguments
- ☒ Entire Proceeding
- ☐ Other _____

## CERTIFICATE OF COMPLIANCE

My signature on this form constitutes my agreement to pay for the transcript ordered on this form. I also certify that copies of this transcript order form have been served on the transcriptionist, and all parties as appropriate. I further certify that satisfactory arrangements for payment for any transcript ordered have been made with the transcriptionist.

Signature of Ordering Party _____ Date: 7/20/16

TO BE COMPLETED BY THE TRANSCRIPTIONIST

**Please file this form with the Clerk of the United States Bankruptcy Court**

Date arrangements for payment completed: 7-20-16

Estimated completion date: 7-27-16    Estimated number of pages: 30

I certify that I have read this Notice and that adequate arrangements for payment have been made.

Signature of Transcriptionist: Laura Robinson  Date: July 20, 2016

Rev 10/2006