Michael R. Johnson, Esq. (A7070)
David H. Leigh, Esq. (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, 14th Floor
Salt Lake City, Utah 84101
Telephone: (801) 532-1500
Facsimile: (801) 532-7543
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

—and—

Jeffrey Chubak (*Admitted Pro Hac Vice*)
STORCH AMINI & MUNVES PC
140 East 45th Street, 25th Floor
New York, New York 10017
Telephone: (212) 490-4100
Email: jchubak@samlegal.com

*Attorneys for B.E. Capital Management Fund LP*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>PERSEON CORPORATION,<br><br>Debtor. | Case No. 16-24435 (RKM)<br><br>Chapter 11<br><br>Honorable R. Kimball Mosier |
|---|---|

## NOTICE OF MOTION FOR ORDER CONVERTING CASE TO CHAPTER 7
## AND NOTICE OF HEARING

(Objection Deadline: September 2, 2016 at 5:00 p.m.)
(Hearing Date: September 20, 2016 at 3:00 p.m.)

**PLEASE TAKE NOTICE** that on August 12, 2016, B.E. Capital Management Fund LP filed its *Motion for Order Converting Case to Chapter 7* (the "Motion") with the United States Bankruptcy for the District of Utah, Central Division (the "Court").

You may obtain a copy of the Motion from the Court's PACER document access system, or upon written request at any time before the hearing from Michael R. Johnson, Ray Quinney & Nebeker P.C., 36 South State Street, Suite 1400, Salt Lake City, Utah 84111, 801-532-1500, mjohnson@rqn.com.

**YOUR RIGHTS MAY BE AFFECTED. You should read these papers carefully and discuss them with your attorney, if you have one in this case. If you do not have an attorney, you may wish to consult one.**

The Motion seeks the entry of an Order by the Court converting the above-captioned chapter 11 case to a case under chapter 7 of the Bankruptcy Code.

If you do not want the Court to grant the relief requested in the Motion, or if you want the Court to consider your views on the Motion, then you or your attorney must do the following:

1. On or before **September 2, 2016, at 5:00 p.m. (prevailing Mountain Time)**, file with the Court a written response or objection to the Motion explaining your position. You should file your written response with the Office of the Bankruptcy Clerk at the following address:

   United States Bankruptcy Court
   Clerk of the Court
   350 South Main Street, Room 301
   Salt Lake City, Utah 84101

If you mail your response or objection to the Court for filing you must mail it early enough so that the Court will receive it on or before the Objection Deadline of **September 2, 2016 at 5:00 p.m. (prevailing Mountain Time)**.

2. Serve a copy of your objection or response to B.E. Capital Management Fund LP's counsel via email, mail, or hand delivery so that the same is received by the Objection Date of **September 2, 2016, at 5:00 p.m. (prevailing Mountain time)** addressed as follows:

> Michael R. Johnson, Esq.
> David H. Leigh, Esq.
> **RAY QUINNEY & NEBEKER P.C.**
> 36 South State Street, 14th Floor
> Salt Lake City, Utah 84101
> Email: mjohnson@rqn.com
> Email: dleigh@rqn.com

3. Attend the hearing on the Motion before the Honorable R. Kimball Mosier, Chief Judge of the United States Bankruptcy Court for the District of Utah, 350 South Main Street, Courtroom 369, Salt Lake City, Utah 84101, on **September 20, 2016, at 3:00 p.m. (prevailing Mountain time),** or as soon thereafter as the matter may be heard. You or your lawyer must attend the hearing if you wish to oppose the Motion or if you want the Bankruptcy Court to consider your views on the Motion. **There will be no further notice of the hearing.** Failure to attend the hearing will be deemed a waiver of your objection.

[REMAINDER OF SPACE LEFT BLANK INTENTIONALLY]

If you or your attorney do not take these steps, the Bankruptcy Court may decide that you do not oppose the relief sought in the Motion and enter an order granting that relief. Absent a timely-filed objection, the undersigned counsel may and will ask the Court to grant the Motion without a hearing.

DATED this 12th day of August, 2016.

                RAY QUINNEY & NEBEKER P.C.

                /s/ Michael Johnson
                Michael Johnson
                David H. Leigh

                - and -

                Jeffrey Chubak
                STORCH AMINI & MUNVES PC
                140 East 45th Street, 25th Floor
                New York, New York 10017
                (212) 490-4100

                *Attorneys for B.E. Capital Management Fund LP*

# CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of August, 2016, a true and correct copy of the foregoing *Notice of Filing Motion for Order Converting Case and Notice of Hearing* was electronically filed with the Clerk of Court using the ECF system, and was served via e-mail as follows:

- **Jeffrey M Armington**    armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- **Matthew M. Boley**    mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- **Kenneth L. Cannon**    kcannon@djplaw.com, khughes@djplaw.com
- **Jeffrey Chubak**    jchubak@samlegal.com
- **David F. Crosby**    dcrosby@nixonpeabody.com
- **Anna W. Drake**    drake@millertoone.com
- **Michael R. Johnson**    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- **David H. Leigh**    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- **John T. Morgan tr**    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Penelope Parmes**    Penelope.Parmes@troutmansanders.com
- **E. Scott Savage**    ssavage@sywlaw.com
- **Sage M. Sigler**    sage.sigler@alston.com
- **United States Trustee**    USTPRegion19.SK.ECF@usdoj.gov
- **Steven T. Waterman**    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

I further herby certify that on this 12th day of August, 2016, I mailed a true and correct copy of the foregoing *Notice of Filing Motion for Order Converting Case and Notice of Hearing* by first class U.S. mail, postage prepaid, to the persons and entities whom have filed with the Court a specific request for notice requesting that notice be given to them in this case and/or are listed on the Court's mailing matrix, attached hereto as Exhibit A.

/s/ Dianne Burton

1383366

# Exhibit A

| | | |
|---|---|---|
| Label Matrix for local noticing<br>1088-2<br>Case 16-24435<br>District of Utah<br>Salt Lake City<br>Fri Aug 12 13:36:34 MDT 2016 | ADT Security Services<br>PO Box 371956<br>Pittsburgh, PA 15250-7956 | American Shredding<br>5185 Harold Gatty Drive<br>Salt Lake City, UT 84116-2867 |
| American Western Interior Services<br>160 W 2100 S<br>Salt Lake City, UT 84115-1829 | American Western Investment Services<br>dba Western Interior Services<br>160 West 2100 South<br>Salt Lake City, UT 84115-1829 | Anthony Dale Weeks<br>150 Gardenside Dr., Unit 402<br>San Francisco, CA 94131-1326 |
| Antonio Vi al & Co. Abogados<br>Avda. Miguel Bombarda 36, 4 -C 1050-<br>165 Lisbon<br>PORTUGAL | Appleton Medical Services<br>118 North Main Street<br>Saint Charles, MO 63301-2827 | Aramark Refreshment Svcs<br>9620 E 40th Ave.<br>Denver, CO 80238-5008 |
| Arizona Department of Revenue<br>1600 W Monroe<br>Phoenix, AZ 85007-2650 | Jeffrey M Armington<br>Dorsey & Whitney, LLP<br>136 South Main St.<br>Suite 1000<br>Salt Lake City, UT 84101-1685 | Arrow Electronics, Inc.<br>13469 Collections Ctr. Dr.<br>Chicago, IL 60693-0134 |
| Atlas Case inc.<br>1380 Cherokee St.<br>Denver, CO 80223-3209 | B.E. Capital Management Fund LP<br>205 East 42nd Street, 14th Floor<br>New York, NY 10017-5706 | BACS<br>dba Bay Area Computer Solutions<br>1366 Turnstone Way<br>Sunnyvale, CA 94087-3736 |
| Benjamin Curtis Beckham<br>101 Ben Winde Rd<br>Georgetown, TX 78633-6687 | Benjamin Curtis Beckham<br>101 Bon Winde Rd.<br>Georgetown, TX 78633-6687 | Matthew M. Boley<br>Cohne Kinghorn<br>111 E. Broadway<br>11th Floor<br>Salt Lake City, UT 84111-5225 |
| Brenda Noreik<br>25 Via Lucca #J145<br>Irvine, CA 92612-0670 | Brian Meltzer<br>24 Broad Axe Lane<br>Wilton, CT 06897-3903 | CEA Medical Manufacturing, Inc.<br>1735 Merchants Ct.<br>Colorado Springs, CO 80916-4518 |
| CEA Medical Manufacturing, Inc. f/k/a CEA Ma<br>1735 Merchants Court<br>Colorado Springs, CO 80916-4518 | CRG Financial, LLC<br>100 Union Avenue<br>Cresskill, NJ 07626-2141 | CT Corporation Sys.<br>8020 Excelsior Drive, Suite 200<br>Madison, WI 53717-1998 |
| Kenneth L. Cannon II<br>Durham Jones & Pinegar, P.C.<br>111 East Broadway, Suite 900<br>P O Box 4050<br>Salt Lake City, UT 84110-4050 | Certify, Inc.<br>20 York Street, Ste 201<br>Portland, ME 04101-4694 | Chorus Call, Inc.<br>2420 Mosside Blvd.<br>Monroeville, PA 15146-4253 |
| Jeffrey Chubak<br>Storch Amini & Munves PC<br>2 Grand Central Tower<br>140 East 45th Street, 25th Floor<br>New York, NY 10017-7141 | Clinton E. Carnell Jr.<br>711 Lido Park Drive G<br>Newport Beach CA 92663-4450 | Cognizant Technology Solutions US Corp<br>24721 Network Place<br>Chicago, IL 60673-1247 |

Cole-Parmer Instr. Co.
13927 Collections Center Drive
Chicago, IL 60693-0139

Comcast
PO Box 34227
Seattle, WA 98124-1227

Comed Medical Specialties, LLC
P.O. Box 573600
Salt Lake City, UT 84157-3600

Compandben International
Sandhurst House / Yorktown Road
Sandhurst
UNITED KINGDOM

Compandben SA
Route du Mandement 197
1242 Satigny
SWITZERLAND

Converge
PO Box 370059
Boston, MA 02241-0759

Credit Collection Services
725 Canton Street
Norwood, MA 02062-2679

David F. Crosby
NIXON PEABODY
100 Summer Street
Boston, MA 02110-2131

DACA VI LLC
1565 Hotel Circle South, Suite 310
San Diego, CA 92108-3419

DQS Medizinprodukte GmbH
August-Schanz-Stra e 21
D-60433 Frankfurt am Main
GERMANY

Damian E Dupuy, M.D.
60 Powers Drive
Centerville, MA 02632-3341

David Green
2174 Preston St
Salt Lake City, UT 84106-4111

De Lage Landen
PO Box 41602
Philadelphia, PA 19101-1602

Delaware Department of Revenue
25 Sigourney St
Hartford, CT 06106-5003

Dennis Green
4534 West 4000 South
Ogden, UT 84401-9632

Digi-Key Corporation
701 Brooks Ave.
PO Box 677
Thief River Falls, MN 56701-0677

Domo, Inc.
Dept. CH 10704
Palatine, IL 60055-0704

Dr. Jean Yves Gaubert
Dept. of Radiology
264 Rue Saint-Pierre Marseille FR 13385
FRANCE

Anna W. Drake
Miller Toone, P.C.
165 S Regent St
Salt Lake City, UT 84111-1903

Eclipse Product Development, Inc.
825 N. 300 W #C250
Salt Lake City, UT 84103-1462

Elcon Precision LLC
Ceramic Products Division
1009 Timothy Drive
San Jose, CA 95133-1043

Employment Development Dept
PO Box 989061
West Sacramento, CA 95798-9061

Fair Harbor Capital, LLC
Ansonia Finance Station
PO Box 237037
New York, NY 10023-0028

Farmer John's Landscaping
1095 E 90 0S
Pleasant Grove, UT 84062

FedEx Corporate Services Inc.
3965 Airways Blvd, Module G, 3rd Floor
Memphis, TN 38116-5017

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Financial Profiles
11601 Wilshire Blvd
Suite 1920
Los Angeles, CA 90025-1755

First Digital Telecom
PO Box 1499
Salt Lake City, UT 84110-1499

Flexpak
1894 West 2425 South
Woods Cross, UT 84087-2465

Florida Department of Revenue
Out of State Collections Unit
1415 W US Highway 90 Ste. 115
Lake City, FL 32055-6156

Franchise Tax Board
Bankruptcy Section MS A 340
P.O. Box 2952
Sacramento, CA 95812-2952

Galil Medical Inc.
4364 Round Lake Road W
Saint Paul, MN 55112-3923

Grainger
Dept. 809605462
PO Box 419267
Kansas City, MO 64141-6267

Grainger, Inc.
2275 S 900 W
Salt Lake City, UT 84119-1513

Harold R. Wolcott
26 North 3175 East
Layton, UT 84040-7473

HealthSTAR Public Relations
PO Box 15035
Newark, NJ 07192-5035

Healthstar PR, LLC
aka Healthstar Public Relation
1745 Broadway
New York, NY 10019-4644

Henriksen Butler Design Group
249 S 400 E
Salt Lake City, UT 84111-2631

Hogan Lovells US LLP
Columbia Square
555 Thirteenth St. NW
Washington, DC 20004-1109

Jennifer R. Hoglin
8883 Daybreaker Dr
Park City, UT 84098-5818

Home Depot Credit Services
Dept. 32-2006860914
PO Box 9001030
Louisville, KY 40290-1030

I.D.E.S.
Employer File Maintenance
33 S State 10th Floor
Chicago, IL 60603-2804

Ill. Dept. of Employment Security
PO Box 3637
Springfield, IL 62708-3637

Illinois Department of Employment Security
33 S. State Street Bankruptcy 10th FL
Chicago, IL 60603-2804

(p) INTEGRA TELECOM
1201 NE LLOYD BLVD
SUITE 500
PORTLAND OR 97232-1259

Internal Revenue Service
Centralized Insolvency Operation
PO Box 7346
Philadelphia, PA 19101-7346

Iron Mountain
PO Box 601002
Pasadena, CA 91189-1002

Jeannie Walls
236 Covington St.
Oakland, CA 94605-5808

Jessica Bouchat TERUMO Europe NV
Researchpark Haasrode 1520
Interleuvenlaan 40
3001 Leuven, Belgium

John Groen
254 East 750 North
Bountiful, UT 84010-4662

Michael R. Johnson
Ray Quinney & Nebeker P.C.
36 South State Street, Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Julene Cray
31538 Crystal Sands Drive
Laguna Niguel, CA 92677-2708

KAX Company LLC
c/o Woodbury Corp.
2733 East Parley's Way, Suite 300
Salt Lake City, UT 84109-1661

KOL Bio-Medical Instruments, Inc.
13901 Willard Road
Chantilly, VA 20151-2936

Kansas Department of Revenue
PO Box 12005
Topeka, KS 66601-3005

Kax Co. L.L.C.
c/o Woodbury Corporation
2733 East Parleys Way, Suite 300
Salt Lake City, UT 84109-1661

KeepItSafe, Inc.
PO Box 101672
Pasadena, CA 91189-1672

Knapp Healthcare Communications, LLC
501 5th Ave. Suite 2003
New York, NY 10017-6177

Kristine Bates
2345 Fawn Hollow Court
South Jordan, UT 84065-5308

Latham & Watkins
650 Town Center Dr. 20th Floor
Costa Mesa, CA 92626-7135

David H. Leigh
Ray Quinney Nebeker P.C.
36 South State Street
Suite 1400
P.O. Box 45385
Salt Lake City, UT 84145-0385

Les Olson Company
3244 South 300 West
Salt Lake City, UT 84115-3411

Les Olson Company
P.O. Box 65598
Salt Lake City, UT 84165-0598

Life Science Outsourcing, Inc.
830 Challenger Street
Brea, CA 92821-2946

Litho Flexo Graphics Inc.
2400 South 600 West
Salt Lake City, UT 84115-2940

Luis Miguel Reis Henriques Lopes
Rua de S Jose
28 1. No 4710-437 Braga
PORTUGAL

Mastercraft Machine
2435 S 2700 W
Salt Lake City, UT 84119

McDanel Advanced Ceramic Technologies
PO Box 76601
Cleveland, OH 44101-6500

McDanel Advanced Ceramica Tehcnologies
510 9th Avenue
Beaver Falls, PA 15010-4724

McMaster-Carr Supply Co.
PO Box 54960
Los Angeles, CA 90054-0960

McMaster-Carr Supply Co.
PO Box 7690
Chicago, IL 60680-7690

MedLink Technologies, LLC
c/o Penelope Parmes
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

MedLink Tehnologies, LLC
16 Portofino Place
Durham, NC 27707-9205

MegaPath
6800 Knoll Center Pkwy #200
Pleasanton, CA 94566-7053

MegaPath
Dept 0324
PO Box 120324
Dallas, TX 75312-0324

Merit Medical
PO Box 204842
Dallas, TX 75320-4842

Merrill Communications LLC
One Merrill Circle
Saint Paul MN 55108-5267

Michael Dachman
5 La Quinta Court
Lake in the Hills, IL 60156-4490

Michael Houskeeper
1330 W 1800 N
Lehi, UT 84043-2486

Modellers
711 Third Ave
19th Floor
New York, NY 10017-4043

John T. Morgan tr
US Trustees Office
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

MultiLing Corporation
180 N University Ave., Suite 600
Provo, UT 84601-4708

Mutual of Omaha
Mutual of Omaha Plaza
Omaha, NE 68175-0001

Mutual of Omaha
Payment Processing Center
PO Box 2147
Omaha, NE 68103-2147

NASDAQ Stock Market LLC
Lockbox 20200
PO Box 8500
Philadelphia, PA 19178-0200

NYS Assessment Receivables
PO Box 4228
Binghamton, NY 13902-4128

New York State
Department of Labor
PO Box 15012
Albany, NY 12212-5012

New York State Department of
Taxation and Finance
PO Box 5300
Albany NY 12205-0300

New York State Department of Labor
Attn: Lynne A. Camileo
PO Box 15012
Albany, NY 12212-5012

Newark Electronics
300 S Riverside Plaza, Ste 2200
Chicago, IL 60606-6765

Newark Electronics
PO Box 94151
Palatine, IL 60094-4151

Nixon Peabody LLP
PO Box 28012
New York, NY 10087-8012

North American Logistics Service
49 Simpson Road
Bolton ON L7E2R6
CANADA

OTC Stock Transfer, Inc.
6364 South Highland Dr., Suite 201
Salt Lake City, UT 84121-2129

Oregon Department of Revenue
PO Box 14725
Salem, OR 97309-5018

Oregon Employment Tax
PO Box 4395
Unit 02
Portland, OR 97208-4395

PCB Solutions Inc.
2520 N 1500 W, Suite A
Ogden, UT 84404-2823

PacifiCorp dba Rocky Mountain Power/Pacific
Attn: Bankruptcy
PO Box 25308
Salt Lake City, UT 84125-0308

Penelope Parmes
Troutman Sanders LLP
5 Park Plaza, Suite 1400
Irvine, CA 92614-2545

Parsons, Behle & Latimer
201 South Main, #18000
PO Box 45898
Salt Lake City, UT 84145-0898

Payroll Perfect Inc.
1206 West South Jordan Pkwy, Ste A
South Jordan, UT 84095-5514

Pennsylvania Department of Revenue
Bureau of Corporation Taxes
PO Box 280701
Harrisburg, PA 17128-0701

Perelson Temporary Staffing, LLC
2180 South 1300 East Ste 350
Salt Lake City, UT 84106-4703

Perseon Corporation
391 Chipeta Way #F
Salt Lake City, UT 84108-1265

Pete Spuler
10800 Blackpowder Court
Fort Washington Maryland 20744-7211

Peter Vitulli
2655 Cliffrose Court
Park City, UT 84098

Pinnacle Exhibits, Inc.
Attn: Accounts Receivable
22400 NW Westmark Drive
Hillsboro, OR 97124-9300

Progressive Technology, Inc.
4130 Citrus Ave, #17
Rocklin, CA 95677-4006

Pure Water Solutions, Inc.
3208 South State Street
Salt Lake City, UT 84115-3825

Quality Plating Co. Inc.
420 South 500 West
Salt Lake City, UT 84101-2208

Republic Services
PO Box 78829
Phoenix, AZ 85062-8829

Revenue Cycle Inc.
1817 W Braker Ln., #F Ste. 200
Austin, TX 78758-3626

Riley Astill
1969 Claremont Dr.
Bountiful, UT 84010-2316

Ryan Patterson
297 Frontier Rd.
Farmington, UT 84025-2616

Sage M. Sigler
Alstn & Bird LLP
1201 W. Peachtree Street
Atlanta, GA 30309-3424

Salt Lake County Assessor
2001 South State Street, #N2-600
PO Box 147421
Salt Lake City, UT 84114-7421

E. Scott Savage
Savage Yeates & Waldron
170 S Main Street
Suite 1075
Salt Lake City, UT 84101-1648

Sage M. Sigler
Alston & Bird LLP
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309-3424

Somacis Inc.
13500 Danielson Street
Poway, CA 92064-6874

South Salt Lake Storage LLC
dba A-1 Access Storage
3202 S 460 W
Salt Lake City, UT 84115-3495

Standard Parking
450 W 100 S
Salt Lake City, UT 84101-1111

State of Florida - Department of Revenue
Post Office Box 6668
Tallahassee, FL 32314-6668

State of Utah-Office of the Atty General
Tax & Revenue Division
160 E 300 S, 5th Fl / PO Box 140874
Salt Lake City, UT 84114-0874

Steven G. Stewart
4523 Sunset Circle
Bountiful, UT 84010-5884

Stratus HR
859 W South Jordan Pwky, #200
South Jordan, UT 84095-3514

Strong & Hanni, P.C.
102 South 200 East, Suite 800
Salt Lake City, UT 84111-3110

SunTrust Robinson Humphrey, Inc.
711 Fifth Avenue, 6th Floor
New York, NY 10022-3138

Sure Systems
PO Box 571522
Salt Lake City, UT 84157-1522

SurePayroll
2350 Ravine Way, Suite 100
Glenview, IL 60025-7621

Surface Solutions Group, LLC
5170 N Northwest Hwy.
Chicago, IL 60630-4666

Synchrony Bank
Care of Recovery Management Systems Corp
25 S.E. 2nd Avenue, Suite 1120
Miami, FL 33131-1605

Tailfin Marketing LLC
1246 Virginia Ave, NE
Atlanta, GA 30306-4802

TalentCare
1108 Lavaca Street, Ste 110-111
Austin, TX 78701-2172

Tanner LLC
36 S State Street, Suite 600
Salt Lake City, UT 84111-1400

Technology Assessment & Transfer, Inc.
133 Defense Highway, Suite 212
Annapolis, MD 21401-8929

Terminix Commercial
PO Box 17167
Memphis, TN 38187-0167

Terumo Europe NV
Interleuvenlaan 40
3001 Leuven
BELGIUM

The Delaware Department of State
Division of Corporations
PO Box 898
Dover, DE 19903-0898

Thorpe North & Western
PO Box 1219
Sandy, UT 84091-1219

Three Seeds Ventures
7405 Storm Court
Falls Church, VA 22043-1043

Timothy C. McQuay
4927 Gould Ave.
La Canada Flintridge, CA 91011-2633

Todd H. Turnlund
2971 Wedge Circle
Park City, UT 84098-5894

Todd H. Turnlund
2971 Wedge Cir
Park City, UT 84098-5894

U of L Dept of Surgery
c/o Robert Martin MD, PhD
315 East Broadway - M10 Ste 312
Louisville, KY 40202-3700

United States Securities and Exchange Commis
444 South Flower Street, Suite 900
Los Angeles, California 90071-2934

United States Trustee
Ken Garff Bldg.
405 South Main Street
Suite 300
Salt Lake City, UT 84111-3402

University of Utah
Materials Science & Engineering
122 S Central Campus Dr Rm 304
Salt Lake City, UT 84112-0610

Utah Department of Workforce Services
Unemployment Collections Unit
PO Box 45288
Salt Lake City, UT 84145-0288

Utah State Tax Commision
210 N 1950 W
Salt Lake City, UT 84134-9000

Utah State Tax Commission
Tax Payer Services Div. -Attn Compliance
210 N 1950 W
Salt Lake City, UT 84134-9000

| | | |
|---|---|---|
| Veracity Networks<br>170 Election Road, Ste 200<br>Draper, UT 84020-6420 | Verizon Wireless<br>PO Box 660108<br>Dallas, TX 75266-0108 | Vernay Laboratories<br>Attn: Verna Kettles<br>2077 Convention Center Concourse, #225<br>Atlanta, GA 30337-4206 |
| Vernay Laboratories, Inc.<br>804 Greenbelt Parkway<br>Griffin, GA 30223-4517 | Wasatch Employee Benefit Service<br>102 W 500 S, Ste 205<br>Salt Lake City, UT 84101-2324 | Wasatch Employee Benefit Service<br>102 West 500 South #205<br>Salt Lake City, UT 84101-2324 |
| Steven T. Waterman<br>Dorsey & Whitney LLP<br>136 South Main Street<br>Suite 1000<br>P.O. Box 45925<br>Salt Lake City, UT 84145-0925 | Whipsaw<br>434 South First Street<br>San Jose, CA 95113-2815 | William A Knowles<br>38306 S.E. 10th St<br>Washougal, WA 98671-9702 |
| Worldwide Express<br>286 Washington Avenue Ext. STE 100<br>Albany, NY 12203-6320 | Wrayzier LC, dba Offiset Backups<br>525 N Industrial Drive<br>Garden City, KS 67846-9633 | Wrayzier LC, dba Offiset Backups<br>PO Box K<br>Garden City, KS 67846-0430 |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Integra Telecom
PO Box 2966
Milwaukee, WI 53201-2966


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (d)American Western Interior Services<br>160 W 2100 S<br>Salt Lake City, UT 84115-1829 | (u)Riley Astill | (u)B. E. Capital Management Fund LP |
| (d)Financial Profiles<br>11601 Wilshire Blvd., Suite 1920<br>Los Angeles, CA 90025-1755 | (d)David Green<br>2174 Preston Street<br>Salt Lake City, UT 84106-4111 | (d)Jennifer R. Hoglin<br>8883 Daybreaker Dr.<br>Park City, UT 84098-5818 |
| (d)Brian Meltzer<br>24 Broad Axe Lane<br>Wilton, CT 06897-3903 | (d)Modellers<br>711 Third Avenue, 19th Floor<br>New York, NY 10017-4043 | (d)Somacis Inc.<br>13500 Danielson Street<br>Poway, CA 92064-6874 |

(u)SunTrust Robinson Humphreys

(d)Tailfin Marketing, LLC
1246 Virginia Ave NE
Atlanta, GA 30306-4802

(u)Tanner LLC

(d)Vernay Laboratories, Inc.
804 Greenbelt Parkway
Griffin, GA 30223-4517

End of Label Matrix
Mailable recipients   191
Bypassed recipients    13
Total                 204