**DEBTOR:** Perseon Corporation

**MONTHLY OPERATING REPORT**
CHAPTER 11

**CASE NUMBER** 16-24435 RKM

**Form 2-A**
**COVER SHEET**

For Period Ending: 7/31/16

**Accounting Method:** [X] Accrual Basis   [ ] Cash Basis

---

### THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH

Mark One Box for Each
Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee
has waived the requirement in writing.  File the original with the Clerk of Court.
Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|:---:|:---:|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

---

*I declare under penalty of perjury that the following Monthly Operating Report, and any
attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on: 8/14/2016**

**Print Name:** Clinton E. Carnell Jr.

**Signature:**

**Title:** CEO and President

Rev. 12/10/2009

**DEBTOR:** Perseon Corporation

**CASE NO:** 16-24435 RKM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 7/1/16 to 7/31/16

**CASH FLOW SUMMARY**

|  | Current Month | Accumulated |
|---|---|---|
| **1. Beginning Cash Balance** | $ 1,274,028.66 (1) | $ 278,088.92 |
| 2. Cash Receipts | | |
| Operations | 166,061.85 | 534,511.85 |
| Sale of Assets | - | - |
| Loans/advances | - | 850,000.00 |
| Other | 3,787.32 | 12,516.34 |
| Total Cash Receipts | $ 169,849.17 | $ 1,397,028.19 |
| 3. Cash Disbursements | | |
| Operations | 109,193.84 | 285,161.72 |
| Debt Service/Secured loan payment | - | - |
| Professional fees/U.S. Trustee fees | 25,008.52 | 80,269.92 |
| Other | 10.00 | 20.00 |
| Total Cash Disbursements | $ 134,212.36 | $ 365,451.64 |
| 4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements) | 35,636.81 | 1,031,576.55 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 1,309,665.47 (2) | $ 1,309,665.47 |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---|
| Petty Cash | | $ - |
| DIP Operating Account | Wells Fargo xxxx-1802 | 178,549.86 |
| DIP State Tax Account | | - |
| DIP Payroll Account | Wells Fargo xxxx-5217 | 4,665.12 |
| Other Operating Account | Wells Fargo CC security deposit | 25,000.00 |
| Other Interest-bearing Account | Wells Fargo MM xxxx-8458 | 1,101,450.49 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 1,309,665.47 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
  *Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**    **Perseon Corporation**                    **CASE NO:**    16-24435 RKM

## Form 2-B
## CASH RECEIPTS AND DISBURSEMENTS STATEMENT

For Period:    7/1/16 to    7/31/16

**CASH RECEIPTS DETAIL**                **Account No:**  **Wells Fargo xxxx-1802**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      | SEE ATTACHED |       | $    169,726.94 |

**Total Cash Receipts**    $    169,726.94  (1)

*(1)  Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**Debtor:  Perseon Corporation**                                      **Case No:        16-24435 RKM**

**Form 2-B**                                               **Account No:      WF xxx-1802**
**Cash Receipts**
**July 1 - 31, 2016**

| Payer | Description | Date | Amount |
|-------|-------------|------|--------|
| University Medical Dental NJ | A/R Receipt | 7/5/2016 | 3,935.00 |
| Home Depot | Refund of overpayment | 7/6/2016 | 1.85 |
| Boston Medical Center | A/R Receipt | 7/11/2016 | 56,000.00 |
| University of Utah | A/R Receipt | 7/16/2016 | 56,000.00 |
| Miriam Hospital | A/R Receipt | 7/16/2016 | 2,700.00 |
| University Medical Dental NJ | A/R Receipt | 7/16/2016 | 6,525.00 |
| Boston Medical Center | A/R Receipt | 7/18/2016 | 11,400.00 |
| Rhode Island Hospital | A/R Receipt | 7/19/2016 | 12,150.00 |
| R. Astill | Prepetition Reimbursement | 7/21/2016 | 3,665.09 |
| Boston Medical Center | A/R Receipt | 7/25/2016 | 13,300.00 |
| Roger Williams Hospital | A/R Receipt | 7/28/2016 | 4,050.00 |

**Total Cash Receipts**                                   169,726.94

**DEBTOR:**    **Perseon Corporation**                **CASE NO:**    16-24435 RKM

### Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:    7/1/16 to      7/31/16

**CASH RECEIPTS DETAIL**                **Account No:  Wells Fargo xxxx-8458**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
| 7/31/16 | Wells Fargo | Interest Income | $    122.23 |

|  | | | |
|--|--|--|--|
| **Total Cash Receipts** | | $ | 122.23  (1) |

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

**DEBTOR:** Perseon Corporation                                          **CASE NO:**  16-24435 RKM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period:      7/1/16  to      7/31/16

**CASH DISBURSEMENTS DETAIL**                    **Account No: Wells xxxx-1802**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
|      |           | SEE ATTACHED |                | $  134,202.36 |

**Total Cash Disbursements**   $    134,202.36   (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**Debtor:** Perseon Corporation                                                    Case No.: 16-24435 RKM

**Form 2-B**
**Cash Disbursements**
**July 1 - 31, 2016**

Account No: WF xxx-1802

| Payee | Check No. | Date | Description (Purpose) | Amount |
|-------|-----------|------|----------------------|--------|
| Surepayroll | Surepayroll fee | 07/05 | Payroll Fee | 93.99 |
| John Groen | Check: CK031331 | 07/06 | R&D Services | 160.00 |
| Moreton | Void: CK031332 | 07/06 | Insurance | -536.00 |
| Moreton | Check: CK031332 | 07/06 | Insurance | 536.00 |
| De Lage Landen | Check: CK031333 | 07/06 | Monthly Copier Rental | 829.81 |
| Travelers | Check: CK031339 | 07/06 | Insurance | 536.00 |
| Ben Beckham | Check: CK031334 | 07/06 | Sales & Marketing Services | 1,050.00 |
| Iron Mountain | Check: CK031335 | 07/06 | Cloud File Storage | 157.32 |
| GS1 US Inc. | Check: CK031336 | 07/06 | Product Bar Code | 150.00 |
| Brenda Noreik | Check: CK031337 | 07/06 | Nurse Practitioner | 310.00 |
| Todd Turnlund | Check: CK031338 | 07/06 | R&D Services | 1,350.00 |
| Wells Fargo Merchant Svcs. | Client Analysis Svc Chrg | 07/11 | Credit Card Processing Fees | 160.88 |
| Wells Fargo Merchant Svcs. | Bankcard Interchange Fee | 07/13 | Credit Card Processing Fees | 979.33 |
| Wells Fargo Merchant Svcs. | Bankcard Discount Fee | 07/13 | Credit Card Processing Fees | 644.00 |
| Wells Fargo Merchant Svcs. | Bankcard Fee | 07/13 | Credit Card Processing Fees | 48.59 |
| Carol Freasier | Handcheck: EFT#PR 07.15.2016 03 | 07/18 | R&D Services | 3,180.00 |
| Fedex | Handcheck: EFT#FEDEX 07.18.2016 | 07/18 | Shipping | 165.70 |
| Mark Houskeeper | Handcheck: EFT#PR 07.15.2016 04 | 07/18 | Travel Expenses | 940.96 |
| Jeremy Ellis | Handcheck: EFT#PR 07.15.2016 02 | 07/18 | R&D Services | 1,172.96 |
| Clint Carnell | Handcheck: EFT#PR 07.15.2016 09 | 07/18 | Travel Expenses | 21,693.60 |
| Ariel Duke | Handcheck: EFT#PR 07.15.2016 | 07/18 | Expense Reimbursement | 30.00 |
| Doug Wilkes | Handcheck: EFT#PR 07.15.2016 05 | 07/18 | Expense Reimbursement | 9,407.53 |
| Devin Ellis | Handcheck: EFT#PR 07.15.2016 01 | 07/18 | R&D Services | 550.00 |
| Surepayroll | Void: EFT #PR 07.15.2016 06 | 07/18 | Gross Payroll | -14,006.93 |
| Surepayroll | Handcheck: EFT#PR 07.15.2016 06 | 07/18 | Gross Payroll | 14,006.93 |
| Surepayroll | Handcheck: EFT#PR 07.15.2016 10 | 07/18 | Gross Payroll | 37,167.06 |
| David Green | Handcheck: EFT#PR 07.15.2016 08 | 07/18 | Operations & Admin Services | 18,011.90 |
| Riley Astill | Handcheck: EFT#PR 07.15.2016 07 | 07/18 | Accounting Services | 5,046.62 |
| John Groen | Check: CK031340 | 07/19 | R&D Services | 180.00 |
| Robert Risk | Check: CK031341 | 07/19 | R&D Services | 1,312.50 |
| Timothy McQuay | Check: CK031342 | 07/19 | Travel Expenses | 538.20 |
| Dirk Cooley | Check: CK031343 | 07/19 | R&D Services | 1,024.99 |
| Ben Beckham | Check: CK031344 | 07/19 | Sales & Marketing Services | 7,698.73 |
| Veritas | Check: CK031345 | 07/19 | R&D Services | 7,425.00 |
| Comcast | Check: CK031346 | 07/19 | Internet & Phone Service | 264.20 |
| US Trustee | Check: CK031347 | 07/19 | Bankruptcy Admin Fees | 1,950.00 |
| Fedex | Handcheck: EFT#FEDEX 07.25.2016 | 07/25 | Shipping | 195.10 |
| Tuv Rheinland | Check: CK031348 | 07/28 | CE Mark Services | 3,060.07 |
| BACS | Check: CK031349 | 07/28 | IT Support | 1,190.00 |
| Iron Mountain | Check: CK031350 | 07/28 | Cloud File Storage | 157.32 |
| DEKRA | Check: CK031351 | 07/28 | CE Mark Services | 4,995.00 |
| Transamerica | Check: CK031352 | 07/28 | 401(k) Termination Fee | 375.00 |

**Total Cash Disbursements**                                                                      **134,202.36**

**DEBTOR:** Perseon Corporation                                          **CASE NO:** 16-24435 RKM

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: _____ 7/1/16 to _____ 7/31/16

**CASH DISBURSEMENTS DETAIL**                        **Account No: Wells xxxx-8458**
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|----------------------|--------|
| 7/31/16 | EFT | Wells Fargo | Bank service charges | $        10.00 |

**Total Cash Disbursements** $ _____ 10.00 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:** Perseon Corporation      **CASE NO:** 16-24435 RKM

Form 2-C

# COMPARATIVE BALANCE SHEET

**For Period Ended:** 7/31/16

| | | Current Month | | (Book Value) Petition Date (1) |
|---|---|---|---|---|
| ***ASSETS*** | | | | |
| Current Assets: | | | | |
| Cash (from Form 2-B, line 5) | $ | 1,309,665.47 | $ | 278,088.92 |
| Accounts Receivable (from Form 2-E) | | 297,580.44 | | 522,640.44 |
| Receivable from Officers, Employees, Affiliates | | - | | - |
| Inventory | | 742,847.60 | | 853,395.33 |
| Other Current Assets :(List)  Prepaid insurance | | 54,908.01 | | 83,323.54 |
| Deposits | | 103,975.91 | | 107,888.91 |
| Total Current Assets | $ | 2,508,977.43 | $ | 1,845,337.14 |
| Fixed Assets: | | | | |
| Land | $ | - | $ | - |
| Building | | - | | - |
| Equipment, Furniture and Fixtures | | 831,845.78 | | 831,845.78 |
| Total Fixed Assets | | 831,845.78 | | 831,845.78 |
| Less:  Accumulated Depreciation | ( | 687,445.53 ) | ( | 671,402.40 ) |
| Net Fixed Assets | $ | 144,400.25 | $ | 160,443.38 |
| Other Assets (List): | | - | | - |
| | | - | | - |
| **TOTAL ASSETS** | $ | 2,653,377.68 | $ | 2,005,780.52 |
| ***LIABILITIES*** | | | | |
| Post-petition Accounts Payable (from Form 2-E) | $ | 152,384.83 | $ | - |
| Post-petition Accrued Profesional Fees (from Form 2-E) | | 243,377.99 | | - |
| Post-petition Taxes Payable (from Form 2-E) | | 5,045.76 | | - |
| Post-petition Notes Payable | | - | | - |
| Other Post-petition Payable(List): | | - | | - |
| | | - | | - |
| Total Post Petition Liabilities | $ | 400,808.58 | $ | - |
| Pre Petition Liabilities: | | | | |
| Secured Debt (Rcvd $850K from stalking horse bidder in June) | | 888,018.08 | | 39,745.32 |
| Priority Debt | | 51,787.72 | | 51,787.72 |
| Unsecured Debt | | 2,437,474.02 | | 2,432,160.41 |
| Total Pre Petition Liabilities | $ | 3,377,279.82 | $ | 2,523,693.45 |
| **TOTAL LIABILITIES** | $ | 3,778,088.40 | $ | 2,523,693.45 |
| ***OWNERS' EQUITY*** | | | | |
| Owner's/Stockholder's Equity | $ | 68,522,639.12 | $ | 68,532,407.88 |
| Retained Earnings - Prepetition | | (69,086,387.20) | | (69,050,320.81) |
| Retained Earnings - Post-petition | | (560,962.64) | | |
| **TOTAL OWNERS' EQUITY** | $ | (1,124,710.72) | $ | (517,912.93) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ | 2,653,377.68 | $ | 2,005,780.52 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values*
*listed on the Debtor's schedules.*

Rev. 12/10/2009

**DEBTOR:**   Perseon Corporation                                    **CASE NO:**   16-24435 RKM

# Form 2-D
## PROFIT AND LOSS STATEMENT
### For Period   7/1/16 **to**   7/31/16

|  | Current Month | Accumulated Total (1) |
|---|---|---|
| Gross Operating Revenue | $ 112,050.00 | $ 374,880.00 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ 112,050.00 | $ 374,880.00 |
| Cost of Goods Sold | 35,421.56 | 94,901.70 |
| **Gross Profit** | $ 76,628.44 | $ 279,978.30 |
| Operating Expenses |  |  |
| Officer Compensation | $ - | $ - |
| Selling, General and Administrative | 264,110.62 | 530,095.30 |
| Rents and Leases | 3,913.00 | 15,652.00 |
| Depreciation, Depletion and Amortization | 4,075.27 | 11,556.69 |
| Other (list):   wire fee | - | 30.00 |
| **Total Operating Expenses** | $ 272,098.89 | $ 557,333.99 |
| **Operating Income (Loss)** | $ (195,470.45) | $ (277,355.69) |
| Non-Operating Income and Expenses |  |  |
| Other Non-Operating Expenses | $ - | $ - |
| Gains (Losses) on Sale of Assets | - | - |
| Interest Income | 122.23 | 130.26 |
| Interest Expense | - | - |
| Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 122.23 | $ 130.26 |
| Reorganization Expenses |  |  |
| Legal and Professional Fees | $ 134,087.14 | $ 294,178.46 |
| Other Reorganization Expense | - | - |
| **Total Reorganization Expenses** | $ 134,087.14 | $ 294,178.46 |
| Execu **Net Income (Loss) Before Income Taxes** | $ (329,435.36) | $ (571,403.89) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (329,435.36) | $ (571,403.89) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

**DEBTOR:** Perseon Corporation                                    **CASE NO:**   16-24435 RKM

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:**       7/1/16 to    7/31/16

### *POST PETITION TAXES PAYABLE SCHEDULE*

| | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $       - | $  8,978.98 | $  6,971.48 | 7/18 | EFT Surepayroll | $  2,007.50 |
| State | - | 2,240.51 | 1,579.66 | 7/18 | EFT Surepayroll | 660.85 |
| FICA Tax Withheld | - | 3,880.30 | 2,711.77 | 7/18 | EFT Surepayroll | 1,168.53 |
| Employer's FICA Tax | - | 3,880.30 | 2,711.77 | 7/18 | EFT Surepayroll | 1,168.53 |
| Unemployment Tax | | | | | | |
| Federal | - | 30.30 | 20.85 | 7/18 | EFT Surepayroll | 9.45 |
| State | - | 18.60 | 11.40 | 7/18 | EFT Surepayroll | 7.20 |
| Sales, Use & | | | | | | |
| Excise Taxes | - | 23.70 | - | | | 23.70 |
| Property Taxes | - | - | - | | | - |
| Accrued Income Tax: | | | | | | |
| Federal | - | - | - | | | - |
| State | - | - | - | | | - |
| Other:_____ | - | - | - | | | - |
| TOTALS | $      - | $  19,052.69 | $  14,006.93 | | | $  5,045.76 |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### *INSURANCE SCHEDULE*

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Traveler's | $  1,000,000 | 4/20/17 | 10/20/16 |
| General Liability | Traveler's | $  7,000,000 | 8/31/16 | $  8/31/16 |
| Property (Fire, Theft) | Included in General Liab | $ | $ | |
| Vehicle | Traveler's | $  1,000,000 | 8/31/16 | $  8/31/16 |
| Other (list): Umbrella | Traveler's | $  4,000,000 | 8/31/16 | $  8/31/16 |

**DEBTOR:** Perseon Corporation

**CASE NO:** 16-24435 RKM

## Form 2-E
## SUPPORTING SCHEDULES

**For Period:** 7/1/16 **to** 7/31/16

### *ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING*

| Due | | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|---|
| Under 30 days | $ | 112,050.00 | $ 150,139.58 |
| 30 to 60 days | | 55,155.00 | 2,245.25 |
| 61 to 90 days | | 19,950.00 | - |
| 91 to 120 days | | | - |
| Over 120 days | | | - |
| **Total Post Petition** | | 187,155.00 | |
| **Pre Petition Amounts** | | 176,905.44 | |
| Total Accounts Receivable | $ | 364,060.44 | |
| Less: Bad Debt Reserve | | (66,480.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ | 297,580.44 | |
| | | **Total Post Petition Accounts Payable** | $ 152,384.83 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

### *SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 25,000.00 | $ 85,986.03 | $ | | $ 213,335.40 |
| Counsel for Unsecured Creditors' Committee | - | - | - | | - |
| Trustee's Counsel | - | - | - | | - |
| Accountant | - | 13,711.71 (1) | 5,046.62 | 7/13/2016 | 8,665.09 |
| Other: See attached | - | 34,389.40 | 18,011.90 | attached | 21,377.50 |
| Total | $ 25,000.00 | $ 134,087.14 | $ 23,058.52 | | $ 243,377.99 |

*\*Balance due to include fees and expenses incurred but not yet paid.*
(1) Includes $3665.09 of pre-petition funds returned by Accountant.

### *SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES\*\**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Clinton Carnell | CEO | Travel expenses | $ 21,693.60 |
| Tim McQuay | Board | Travel expenses | 538.20 |

\*\*List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner, partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

**DEBTOR:** Perseon Corporation                                    **CASE NO:**   16-24435 RKM

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:**        7/1/16 **to**      7/31/16

### *DETAIL OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS*

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due | |
|---|---|---|---|---|---|---|
| Other: | | | | | | |
| David Green | | 28,011.90 | 18,011.90 | 7/22/2016 | 10,000.00 | |
| Roger L. Armstrong Esq. | | 2,890.00 | - | | 2,890.00 | |
| Loeb & Loeb | | 3,487.50 | | | 3,487.50 | |
| Nixon & Peabody * | | - | - | 8/3/2016 | 5,000.00 | (1) |
| Total | $         - | $   34,389.40 | $   18,011.90 | | $   21,377.50 | |

(1)  Total due to Nixon & Peabody is $50,042.60.  Of this amount only $5,000 is post-petition.

Perseon Corporation
Accounts Receivable Detail

**CASE NO:**    16-24435 RKM

For Period:    7/31/16

| Customer | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Combined Pre and Post |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | **************Pre Petition************** | | | | | | **************Post Petition************** | | | | | | |
| ADA | | | | | 46,788.97 | 46,788.97 | | | | | | - | 46,788.97 |
| Appleton | | | 11,625.00 | 22,400.00 | 12,000.00 | 46,025.00 | 18,900.00 | 30,725.00 | 14,250.00 | | | 63,875.00 | 109,900.00 |
| Boston | | | | | | - | | | | | | - | - |
| CEA | | | | | 32,321.66 | 32,321.66 | | | | | | - | 32,321.66 |
| Comed | | | | 21,500.00 | | 21,500.00 | 4,800.00 | 19,200.00 | | | | 24,000.00 | 45,500.00 |
| KOL | | | 1,425.00 | 10,950.00 | 6,103.11 | 18,478.11 | | | 5,700.00 | | | 5,700.00 | 24,178.11 |
| Mayo | | | | | | - | | | | | | - | - |
| Micromedics | | | | 10,264.29 | | 10,264.29 | | | | | | - | 10,264.29 |
| Rhode Island | | | | 1,497.41 | | 1,497.41 | 33,750.00 | | | | | 33,750.00 | 35,247.41 |
| Roger Williams | | | | | | - | - | | | | | - | - |
| Terumo | | | | | | - | | | | | | - | - |
| Miriam | | | | | | - | | | | | | - | - |
| University of Utah | | | | | | - | 44,500.00 | | | | | 44,500.00 | 44,500.00 |
| Univ Med and Dent NJ | | | | 30.00 | | 30.00 | | 5,230.00 | | | | 5,230.00 | 5,260.00 |
| VA | | | | | | - | 10,100.00 | | | | | 10,100.00 | 10,100.00 |
| | | | | | | - | | | | | | - | - |
| Totals | - | - | 13,050.00 | 56,347.41 | 107,508.03 | 176,905.44 | 112,050.00 | 55,155.00 | 19,950.00 | - | - | 187,155.00 | 364,060.44 |
| Less: Bad Debt Reserve | | | | | | | | | | | | | (66,480.00) |
| Net Receivables | | | | | | | | | | | | | 297,580.44 |

Perseon Corporation
Accounts Payable Detail

For Period:    7/31/16

| Customer | **Pre Petition** | | | | | | **Post Petition** | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
| ADT | | | | | 2,016.44 | 2,016.44 | | | | | | - |
| American shredding | | | | | 238.40 | 238.40 | | | | | | - |
| American Western | | | | | 16,000.00 | 16,000.00 | | | | | | - |
| Anthony Weeks | | | | | 4,000.00 | 4,000.00 | | | | | | - |
| Appleton | | | 6,583.50 | 6,781.50 | 3,088.00 | 16,453.00 | 9,679.25 | 1,955.25 | | | | 11,634.50 |
| Aramark | | | | | 804.54 | 804.54 | | | | | | - |
| Ariel Duke | | | | | | - | 30.00 | | | | | 30.00 |
| Arrow | | | | | 20,088.82 | 20,088.82 | | | | | | - |
| Atlas | | | | 5,673.90 | | 5,673.90 | | | | | | - |
| BACS | | | 8,376.98 | 47,868.38 | | 56,245.36 | | | | | | - |
| Ben Curtis Beckham | | | | | | - | 3,367.43 | | | | | 3,367.43 |
| Brenda Noreik | | | 321.00 | 713.50 | | 1,034.50 | | | | | | - |
| Broadridge | | | 781.06 | | | 781.06 | | | | | | - |
| Cargo Link | | | 32.99 | | | 32.99 | | | | | | - |
| Carol Freasier | | | | | | - | 2,080.30 | | | | | 2,080.30 |
| CEA | | | | 12,294.80 | 4,524.04 | 16,818.84 | | | | | | - |
| Certify | | | | | 576.00 | 576.00 | | | | | | - |
| Chorus Call | | | | | 800.96 | 800.96 | | | | | | - |
| Clint Carnell | | | | | | - | 96,049.19 | | | | | 96,049.19 |
| Cognizant | | | | | 3,500.00 | 3,500.00 | | | | | | - |
| Cole Parmer | | | | | 42.76 | 42.76 | | | | | | - |
| Comcast | | | | | 1,093.76 | 1,093.76 | | | | | | - |
| Comed | | | 16,600.00 | | | 16,600.00 | 4,200.00 | 300.00 | | | | 4,500.00 |
| Compandben | | | | 38,660.00 | | 38,660.00 | | | | | | - |
| Converge | | | | | 2,402.04 | 2,402.04 | | | | | | - |
| CT | | | | 50.00 | 1,585.00 | 1,635.00 | | | | | | - |
| David Green | | | | | | - | 10,000.00 | | | | | 10,000.00 |
| De Lage | | | 443.69 | | | 443.69 | 829.81 | | | | | 829.81 |
| DEKRA | | | | | | - | | | | | | - |
| Dennis Green | | | | | 3,000.00 | 3,000.00 | | | | | | - |
| Devin Ellis | | | | | | - | 150.00 | | | | | 150.00 |
| Domo | | | | | 33,055.00 | 33,055.00 | | | | | | - |
| Dorsey | | | | | (0.01) | (0.01) | | 76,400.00 | 50,949.38 | | | 127,349.38 |
| Doug Wilkes | | | | | | - | 935.92 | | | | | 935.92 |
| DQS | | | | | 2,600.00 | 2,600.00 | | | | | | - |
| Eclipse | | | | | 20,000.00 | 20,000.00 | | | | | | - |
| Elcon | | | | | 1,301.21 | 1,301.21 | | | | | | - |
| Express | | | | | 49.42 | 49.42 | | | | | | - |
| Farmer John | | | | | 600.00 | 600.00 | | | | | | - |
| Fedex | | | 1,299.18 | 40.01 | | 1,339.19 | 81.62 | | | | | 81.62 |
| Financial Profiles | | | | | 19,048.27 | 19,048.27 | | | | | | - |
| First Digital | | | | | 364.40 | 364.40 | | | | | | - |
| Flexpak | | | | | 2,272.94 | 2,272.94 | | | | | | - |
| FP Mailing | | | | 142.00 | | 142.00 | | | | | | - |
| Harold Wolcott | | | | 12,500.00 | | 12,500.00 | | | | | | - |
| HealthSTAR | | | | | 41,138.24 | 41,138.24 | | | | | | - |

Perseon Corporation
Accounts Payable Detail

**CASE NO:** 16-24435 RKM

For Period: 7/31/16

| Customer | Pre Petition | | | | | | Post Petition | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
| Henriksen Butler | | | | | 37,000.00 | 37,000.00 | | | | | | - |
| Hogan | | | | | 6,155.62 | 6,155.62 | | | | | | - |
| Holland | | | | | | - | | (10.00) | | | | (10.00) |
| Integra | | | | | 4.79 | 4.79 | | | | | | - |
| IRS | | | | | | - | 279.18 | | | | | 279.18 |
| Iron Mtn | | | | 160.36 | 475.94 | 636.30 | 157.32 | | | | | 157.32 |
| Jean Yves | | | | | 3,500.00 | 3,500.00 | | | | | | - |
| Jeremy Ellis | | | | | | - | 495.00 | | | | | 495.00 |
| John Groen | | | | | | - | 280.00 | | | | | 280.00 |
| Julene Cray | | | | | 7,500.00 | 7,500.00 | | | | | | - |
| KAX | | | | | | - | 3,913.00 | | | | | 3,913.00 |
| Knapp | | | | | 60,000.00 | 60,000.00 | | | | | | - |
| Kristine Bates | | | | | 1,600.00 | 1,600.00 | | | | | | - |
| Latham | | | | | 21,706.25 | 21,706.25 | | | | | | - |
| Life Science | | | | 300.00 | | 300.00 | | | | | | - |
| Litho | | | | | 1,186.80 | 1,186.80 | | | | | | - |
| Loeb & Loeb | | | | | | - | 3,487.50 | | | | | 3,487.50 |
| Mark Houskeeper | | | | | | - | 1,035.08 | | | | | 1,035.08 |
| MegaPath | | | | 27,101.85 | 14,114.00 | 41,215.85 | | | | | | - |
| Merit | | | | | 26,729.23 | 26,729.23 | | | | | | - |
| Merrill | | | | 3,277.60 | 21,214.88 | 24,492.48 | | | | | | - |
| Modellers | | | | | 49,752.00 | 49,752.00 | | | | | | - |
| Mouser | | | | 12.97 | | 12.97 | | | | | | - |
| MultiLing | | | | (650.00) | 8,979.20 | 8,329.20 | | | | | | - |
| Nasdaq | | | | | 76,665.50 | 76,665.50 | | | | | | - |
| NJ Dept of Labor | | | | | | - | 76.92 | | | | | 76.92 |
| Newark | | | | | 217.07 | 217.07 | | | | | | - |
| Nixon Peabody | | | | 533.86 | 44,508.74 | 45,042.60 | | 5,000.00 | | | | 5,000.00 |
| North American | | | | | 609.25 | 609.25 | | | | | | - |
| Parsons Behle | | | | | 2,603.60 | 2,603.60 | | | | | | - |
| PCB | | | | | 6,430.41 | 6,430.41 | | | | | | - |
| Perelson | | | | | 2,160.75 | 2,160.75 | | | | | | - |
| Pinnacle | | | | | 450.00 | 450.00 | | | | | | - |
| Plastic Fab | | | | | (241.35) | (241.35) | | | | | | - |
| Progressive | | | | | 1,793.97 | 1,793.97 | | | | | | - |
| Pure Water | | | | | 793.17 | 793.17 | | | | | | - |
| Quality Plating | | | | | 352.05 | 352.05 | | | | | | - |
| Republic | | | | | 632.66 | 632.66 | | | | | | - |
| Revenue Cycle | | | | | 3,500.00 | 3,500.00 | | | | | | - |
| Riley Astill | | | | | | - | 8,665.09 | | | | | 8,665.09 |
| Robert Risk | | | | | | - | 1,207.50 | | | | | 1,207.50 |
| Rocky Mountain | | | | | 2,215.14 | 2,215.14 | | | | | | - |
| Roger Armstrong | | | | | | - | 2,890.00 | | | | | 2,890.00 |
| Ryan Patterson | | | | | 2,875.00 | 2,875.00 | | | | | | - |
| Somacis | | | | | 2,000.00 | 2,000.00 | | | | | | - |
| Standard Parking | | | | | 2,070.00 | 2,070.00 | | | | | | - |

Perseon Corporation
Accounts Payable Detail

**CASE NO:**    16-24435 RKM

For Period:              7/31/16

| | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Pre Petition\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | | \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Post Petition\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Customer | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
| Strong Hanni | | | | | 4,428.20 | 4,428.20 | | | | | | - |
| Sure Systems | | | | | 1,091.97 | 1,091.97 | | | | | | - |
| SurePayroll | | | | | | - | 16,460.18 | | | | | 16,460.18 |
| Surface Solutions | | | | | 582.47 | 582.47 | | | | | | - |
| Tailfin | | | | | 15,500.00 | 15,500.00 | | | | | | - |
| TalentCare | | | | | 1,000.00 | 1,000.00 | | | | | | - |
| Technology Assessment | | | | | 700.00 | 700.00 | | | | | | - |
| Terminix | | | | | 103.00 | 103.00 | | | | | | - |
| Thorpe North | | | | | 5,279.88 | 5,279.88 | | | | | | - |
| Three Seeds | | | | | 19,937.50 | 19,937.50 | | | | | | - |
| THT Consulting | | | | | | - | | | | | | - |
| Travelers | | | | | | - | | | | | | - |
| TUV Rheinland | | | | | | - | | | | | | - |
| U of L Surgery | | | | | 40,900.00 | 40,900.00 | | | | | | - |
| U of U | | | | | 70.00 | 70.00 | | | | | | - |
| Utah State Tax Comm | | | | | | - | 37.64 | | | | | 37.64 |
| Veracity | | | | 1,814.48 | 5,024.56 | 6,839.04 | | | | | | - |
| Veritas | | | | | | - | 7,462.50 | | | | | 7,462.50 |
| Verizon Wireless | | | | | 1,537.53 | 1,537.53 | | | | | | - |
| Verizon Wireless | | | | | 1,370.46 | 1,370.46 | | | | | | - |
| Vernay Labs | | | | | 11,581.76 | 11,581.76 | | | | | | - |
| Whipsaw | | | | | 28,102.00 | 28,102.00 | | | | | | - |
| Worldwide Express | | | 20.85 | 64.22 | 20.65 | 105.72 | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| Totals | - | - | 26,082.27 | 117,848.03 | 778,843.26 | 922,773.56 | 173,850.43 | 83,645.25 | 50,949.38 | - | - | 308,445.06 |
| Less: Professional Fees separately stated | | | | | | | (18,665.09) | (81,400.00) | (50,949.38) | - | - | (151,014.47) |
| Less: Payroll Taxes separately stated | | | | | | | (5,045.76) | - | - | - | - | (5,045.76) |
| Net Payables | | | | | | | 150,139.58 | 2,245.25 | - | - | - | 152,384.83 |

**DEBTOR:** Perseon Corporation                                    **CASE NO:** 16-24435 RKM

## Form 2-F
## QUARTERLY FEE SUMMARY *
### For the Month Ended: 7/31/16

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|-------|------|----------------------|-------------------|-----------|-----------|
| January | | $ - | | | |
| February | | - | | | |
| March | | - | | | |
| TOTAL 1st Quarter | | $ - $ | | | |
| April | | $ - | | | |
| May | | (13,790.02) (1) | | | |
| June | | 245,029.30 | | | |
| TOTAL 2nd Quarter | | $ 245,029.30 $ | $1,950 | 31347 | 7/19/16 |
| July | | $ 134,212.36 | | | |
| August | | - | | | |
| September | | - | | | |
| TOTAL 3rd Quarter | | $ 134,212.36 $ | | | |
| October | | $ - | | | |
| November | | - | | | |
| December | | - | | | |
| TOTAL 4th Quarter | | $ - $ | | | |

## FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|------------------------|-----|------------------------|-----|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ........ | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

NOTES:   '(1) $13,790.02 of checks that were paid pre-petition, were subsequently voided post petition.  This
negative amount was excluded from the calculation of quarterly fees due.

*   This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

**   Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts
*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Perseon Corporation                    **CASE NO:** 16-24435 RKM

**Form 2-G**
# NARRATIVE
**For the Month Ended:**          7/31/16

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

- During July 2016, the Debtor and its professionals continued their efforts to find a higher and better offer for the Debtor's assets than the $4.35 million offer detailed in the Asset Purchase Agreement attached to the Sale Motion [Docket No. 24]. No higher and better offers were received by the Debtor prior to the July 21, 2016 bid deadline so the Debtor cancelled the July 25, 2016 auction and declared Medlink Medical Technologies, LLC, the winning bidder and the Asset Purchase Agreement the winning bid. Medlink is a wholly owned subsidiary of Scion Medical Technologies, and Medlink assigned its rights under the Asset Purchase Agreement to Scion.

- On July 26, 2016, the Bankruptcy Court held a hearing to approve the sale of the Debtor's assets to Medlink pursuant to the Asset Purchase Agreement, and the hearing was continued to August 11, 2016 to resolve the objection to the Sale Motion that was filed by CEA Medical Manufacturing, the Debtor's sole source supplier.

- Also during July the Debtor received Bankruptcy Court approval to retain various professionals that are necessary for the Debtor to consummate the sale of the Debtor's assets and to continue the Debtor's operations.

Page 1 of 1
Rev. 12/10/2009

# Analyzed Business Checking

Account number: ████ 1802  ■  July 1, 2016 - July 31, 2016  ■  Page 1 of 2
Image count: 23



BSD MEDICAL CORP
PERSON CORPORATION
391 S CHIPETA WAY STE F
SALT LAKE CITY UT 84108-1265

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online: wellsfargo.com*

*Write:*  Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ████ 1802 | $1,314,933.11 | $170,211.20 | -$1,294,885.58 | $190,258.73 |

## Credits

### Deposits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/01 | 484.26 | Deposit |
| | 07/06 | 3,935.00 | Deposit |
| | 07/07 | 1.85 | Deposit |
| | 07/18 | 9,225.00 | Deposit |
| | 07/20 | 12,150.00 | Deposit |
| | 07/22 | 3,665.09 | Deposit |
| | 07/27 | 4,050.00 | Deposit |
| | | **$33,511.20** | **Total deposits** |

### Electronic deposits/bank credits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/11 | 56,000.00 | Boston Medical C AP Payment Bmc - 54846 Perseon Corporation |
| | 07/18 | 11,400.00 | Boston Medical C AP Payment Bmc - 54846 Perseon Corporation |
| | 07/18 | 56,000.00 | 07/18Bankcard Deposit -0329238456 |
| | 07/25 | 13,300.00 | Boston Medical C AP Payment Bmc - 54846 Perseon Corporation |
| | | **$136,700.00** | **Total electronic deposits/bank credits** |
| | | **$170,211.20** | **Total credits** |

Account number: ███1802 ■ July 1, 2016 - July 31, 2016 ■ Page 2 of 2



**WELLS FARGO**

## Debits

### Electronic debits/bank debits

| Effective date | Posted date | Amount | Transaction detail |
|---|---|---|---|
| | 07/01 | 52,213.83 | Payroll Service 5D70 062916 5D70 5D70 Perseon Corporation |
| | 07/05 | 1,100,000.00 | Online Transfer Earn Interest Income Ref #Bbe2Vzjklc |
| | 07/05 | 93.99 | Online Payroll PR MO Fee Perseon Corporatio5D70 |
| | 07/11 | 160.88 | Client Analysis Srvc Chrg 160708 Svc Chge 0616 000000750001802 |
| | 07/13 | 48.59 | Bankcard Fee - 0329238456 |
| | 07/13 | 644.00 | Bankcard Discount Fee - 0329238456 |
| | 07/13 | 979.33 | Bankcard Interchange Fee - 0329238456 |
| | 07/18 | 165.70 | Federal Express Debit 160715 MMA21022746 Perseon Corporation |
| | 07/19 | 97,200.63 | Payroll Service 5D70 071516 5D70 5D70 Perseon Corporation |
| | 07/25 | 195.10 | Federal Express Debit 160722 MMA21089442 Perseon Corporation |
| | | **$1,251,702.05** | **Total electronic debits/bank debits** |

### Checks paid

| Number | Amount | Date | Number | Amount | Date | Number | Amount | Date |
|---|---|---|---|---|---|---|---|---|
| 31322 | 1,050.00 | 07/07 | 31331 | 160.00 | 07/15 | 31340 | 180.00 | 07/27 |
| 31323 | 3,287.19 | 07/06 | 31333* | 829.81 | 07/14 | 31342* | 538.20 | 07/27 |
| 31324 | 2,130.00 | 07/05 | 31334 | 1,050.00 | 07/13 | 31343 | 1,024.99 | 07/29 |
| 31325 | 3,913.00 | 07/06 | 31335 | 157.32 | 07/11 | 31344 | 7,698.73 | 07/25 |
| 31326 | 209.99 | 07/06 | 31336 | 150.00 | 07/13 | 31345 | 7,425.00 | 07/26 |
| 31327 | 1,477.50 | 07/06 | 31337 | 310.00 | 07/11 | 31346 | 264.20 | 07/28 |
| 31329* | 6,937.50 | 07/06 | 31338 | 1,350.00 | 07/11 | 31347 | 1,950.00 | 07/25 |
| 31330 | 554.10 | 07/05 | 31339 | 536.00 | 07/12 | | | |
| | **$43,183.53** | | **Total checks paid** | | | | | |

*\* Gap in check sequence.*

| | | |
|---|---|---|
| **$1,294,885.58** | **Total debits** | |

## Daily ledger balance summary

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 06/30 | 1,314,933.11 | 07/13 | 198,101.00 | 07/22 | 192,184.95 |
| 07/01 | 1,263,203.54 | 07/14 | 197,271.19 | 07/25 | 195,641.12 |
| 07/05 | 160,425.45 | 07/15 | 197,111.19 | 07/26 | 188,216.12 |
| 07/06 | 148,535.27 | 07/18 | 273,570.49 | 07/27 | 191,547.92 |
| 07/07 | 147,487.12 | 07/19 | 176,369.86 | 07/28 | 191,283.72 |
| 07/11 | 201,508.92 | 07/20 | 188,519.86 | 07/29 | 190,258.73 |
| 07/12 | 200,972.92 | | | | |
| **Average daily ledger balance** | | **$325,222.93** | | | |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Perseon Medical
## Reconciliation Report

Cash Account #1 [Checking], Sorted by Check Date

Statement date: 07/31/16    Reconciliation date: 08/03/16

CHECKS

| Check# | Date | Vendor | Name | Cleared | Outstanding |
|--------|------|--------|------|--------:|------------:|
| 30352 | 08/04/15 | 0822 | Marker Group | | 208.00 |
| 30900 | 11/06/15 | 0822 | Marker Group | | 350.00 |
| 31300 | 05/13/16 | 8577 | Salt Lake County Assesso | | 60.98 |
| 31322 | 06/29/16 | 1128 | Sterigenics | 1,050.00 | |
| 31323 | 06/29/16 | 8504 | Benjamin Curtis Beckham | 3,287.19 | |
| 31324 | 06/29/16 | 8531 | BACS | 2,130.00 | |
| 31325 | 06/29/16 | 8645 | KAX Company LLC | 3,913.00 | |
| 31326 | 06/29/16 | 8652 | Comcast | 209.99 | |
| 31327 | 06/29/16 | 1017 | Risk Consulting Services | 1,477.50 | |
| 31329 | 06/29/16 | 8567 | Veritas Management Corp | 6,937.50 | |
| 31330 | 06/29/16 | 8056 | Keith Barnes | 554.10 | |
| 31331 | 07/06/16 | 0569 | John Groen | 160.00 | |
| 31333 | 07/06/16 | 8276 | De Lage Landen | 829.81 | |
| 31334 | 07/06/16 | 8504 | Benjamin Curtis Beckham | 1,050.00 | |
| 31335 | 07/06/16 | 8545 | Iron Mountain | 157.32 | |
| 31336 | 07/06/16 | 8583 | GS 1 US Inc. | 150.00 | |
| 31337 | 07/06/16 | 8643 | Brenda Noreik | 310.00 | |
| 31338 | 07/06/16 | THT | THT Consulting | 1,350.00 | |
| 31339 | 07/06/16 | 8284 | Travelers | 536.00 | |
| 31340 | 07/19/16 | 0569 | John Groen | 180.00 | |
| 31341 | 07/19/16 | 1017 | Risk Consulting Services | | 1,312.50 |
| 31342 | 07/19/16 | 8140 | Timothy C. McQuay | 538.20 | |
| 31343 | 07/19/16 | 8374 | Dirk D Cooley | 1,024.99 | |
| 31344 | 07/19/16 | 8504 | Benjamin Curtis Beckham | 7,698.73 | |
| 31345 | 07/19/16 | 8567 | Veritas Management Corp | 7,425.00 | |
| 31346 | 07/19/16 | 8652 | Comcast | 264.20 | |
| 31347 | 07/19/16 | 8655 | U.S. TRUSTEE PMT CENTER | 1,950.00 | |
| 31348 | 07/28/16 | 1191 | TUV Rheinland of NA, Inc | | 3,060.07 |
| 31349 | 07/28/16 | 8531 | BACS | | 1,190.00 |
| 31350 | 07/28/16 | 8545 | Iron Mountain | | 157.32 |
| 31351 | 07/28/16 | 8653 | DEKRA Certification | | 4,995.00 |
| 31352 | 07/28/16 | 8656 | Transamerica | | 375.00 |
| | | | Total | 43,183.53 | 11,708.87 |

DEPOSITS

| Txn# | Date | Description | Cleared | Outstanding |
|------|------|-------------|--------:|------------:|
| 52031 | 06/30/16 | Refund from FedEx duplic | 484.26 | |
| 52033 | 07/05/16 | A/R cash receipts | 3,935.00 | |
| 52034 | 07/06/16 | Credit from Home Depot | 1.85 | |
| 52035 | 07/11/16 | A/R cash receipts | 56,000.00 | |
| 52036 | 07/16/16 | A/R cash receipts | 56,000.00 | |
| 52037 | 07/16/16 | A/R cash receipts | 9,225.00 | |
| 52038 | 07/18/16 | A/R cash receipts | 11,400.00 | |

# Person Medical
## Reconciliation Report
Document    Page 23 of 34

Cash Account #1 [Checking], Sorted by Check Date
Statement date: 07/31/16    Reconciliation date: 08/03/16

### DEPOSITS

| Txn# | Date | Description | Cleared | Outstanding |
|------|------|-------------|---------|-------------|
| 52039 | 07/19/16 | A/R cash receipts | 12,150.00 | |
| 52040 | 07/21/16 | Astill Prepetition reimb | 3,665.09 | |
| 52042 | 07/25/16 | A/R cash receipts | 13,300.00 | |
| 52041 | 07/28/16 | A/R cash receipts | 4,050.00 | |
| | | Total | 170,211.20 | 0.00 |

### CHARGES

| Txn# | Date | Description | Cleared | Outstanding |
|------|------|-------------|---------|-------------|
| 7605 | 07/05/16 | To earn interest income | 1,100,000.00 | |
| 7606 | 07/05/16 | Surepayroll fee | 93.99 | |
| 7610 | 07/11/16 | Client Analysis Svc Chrg | 160.88 | |
| 7607 | 07/13/16 | Bankcard Interchange Fee | 979.33 | |
| 7608 | 07/13/16 | Bankcard Discount Fee | 644.00 | |
| 7609 | 07/13/16 | Bankcard Fee | 48.59 | |
| | | Total | 1,101,926.79 | 0.00 |

### EFTS

| Date | Vendor | Name / EFT # | Cleared | Outstanding |
|------|--------|--------------|---------|-------------|
| 06/29/16 | 8650 | RILEY ASTILL | | |
| | | PR 2016.06.30 02 | 5,164.44 | |
| 06/30/16 | 8478 | Jeremy S. Ellis | | |
| | | PR 2016.06.30 | 1,299.18 | |
| 06/30/16 | 8644 | Devin Ellis | | |
| | | PR 2016.06.30 05 | 950.00 | |
| 06/30/16 | 8502 | Clint Carnell | | |
| | | PR 2016.06.30 09 | 15,806.61 | |
| 06/30/16 | 8596 | Doug Wilkes | | |
| | | PR 2016.06.30 03 | 548.93 | |
| 06/30/16 | 0465 | Carol Freasier | | |
| | | PR 2016.06.30 08 | 2,560.00 | |
| 06/30/16 | 8595 | Ariel Duke | | |
| | | PR 2016.06.30 01 | 48.07 | |
| 06/30/16 | 8476 | Mark Houskeeper | | |
| | | PR 2016.06.30 07 | 502.21 | |
| 06/30/16 | 8647 | SUREPAYROLL | | |
| | | PR 2016.06.30 11 | 15,309.82 | |
| 06/30/16 | 8363 | Michael Dachman | | |
| | | PR 2016.06.30 06 | 24.57 | |
| 06/30/16 | 8649 | DAVID GREEN | | |
| | | PR 2016.06.30 10 | 10,000.00 | |

# Perseon Medical
## Reconciliation Report

Cash Account #1 [Checking], Sorted by Check Date
Statement date: 07/31/16    Reconciliation date: 08/03/16

EFTS

| Date | Vendor | Name / EFT # | Cleared | Outstanding |
|------|--------|--------------|---------|-------------|
| 07/18/16 | 0465 | Carol Freasier | | |
| | | PR 07.15.2016 03 | 3,180.00 | |
| 07/18/16 | 0505 | Federal Express | | |
| | | FEDEX 07.18.2016 | 165.70 | |
| 07/18/16 | 8476 | Mark Houskeeper | | |
| | | PR 07.15.2016 04 | 940.96 | |
| 07/18/16 | 8502 | Clint Carnell | | |
| | | PR 07.15.2016 09 | 21,693.60 | |
| 07/18/16 | 8595 | Ariel Duke | | |
| | | PR 07.15.2016 | 30.00 | |
| 07/18/16 | 8596 | Doug Wilkes | | |
| | | PR 07.15.2016 05 | 9,407.53 | |
| 07/18/16 | 8644 | Devin Ellis | | |
| | | PR 07.15.2016 01 | 550.00 | |
| 07/18/16 | 8647 | SUREPAYROLL | | |
| | | PR 07.15.2016 10 | 37,167.06 | |
| 07/18/16 | 8649 | DAVID GREEN | | |
| | | PR 07.15.2016 08 | 18,011.90 | |
| 07/18/16 | 8650 | RILEY ASTILL | | |
| | | PR 07.15.2016 07 | 5,046.62 | |
| 07/18/16 | 8478 | Jeremy S. Ellis | | |
| | | PR 07.15.2016 02 | 1,172.96 | |
| 07/25/16 | 0505 | Federal Express | | |
| | | FEDEX 07.25.2016 | 195.10 | |
| 08/01/16 | 0673 | Internal Revenue Service | | |
| | | Q3 2015 720 PENALTY | | 279.18 |
| 08/01/16 | 1528 | Utah State Tax Comm | | |
| | | Q2 2014 BALANCE DUE | | 13.39 |
| 08/01/16 | 1528 | Utah State Tax Comm | | |
| | | Q2 2016 SALES/USE TAX | | 23.70 |
| 08/01/16 | 1528 | Utah State Tax Comm | | |
| | | Q2 2015 LATE FEE | | 0.55 |
| | | Total | 149,775.26 | 316.82 |

# Perseon Medical
## Reconciliation Report

Cash Account #1 [Checking], Sorted by Check Date
Statement date: 07/31/16    Reconciliation date: 08/03/16

| | |
|---|---:|
| Statement beginning balance | 1,314,933.11 |
| Cleared deposits | 170,211.20 |
| Cleared charges | -1,101,926.79 |
| Cleared credits | 0.00 |
| Cleared withdrawals | 0.00 |
| Cleared checks | -43,183.53 |
| Cleared EFTs | -149,775.26 |
| | |
| Calculated statement balance | 190,258.73 |
| Statement ending balance | 190,258.73 |
| Difference | 0.00 |

If your bank statement is in balance, then the Calculated statement balance
will equal the Statement ending balance.

| | |
|---|---:|
| Statement ending balance | 190,258.73 |
| Outstanding deposits | 0.00 |
| Outstanding charges | 0.00 |
| Outstanding credits | 0.00 |
| Outstanding withdrawals | 0.00 |
| Outstanding checks | -11,708.87 |
| Outstanding EFTs | -316.82 |
| | |
| Adjusted statement balance | 178,233.04 |
| General Ledger account balance as of 08/03/16 | 178,233.04 |
| Difference | 0.00 |

If your bank statement is in balance with your General Ledger, then the
Adjusted statement balance will equal the General Ledger account balance.

# Analyzed Business Checking

Account number: ███5217 ■ July 1, 2016 - July 31, 2016 ■ Page 1 of 1



BSD MEDICAL CORP
PERSEON CORPORATION
391 S CHIPETA WAY STE F
SALT LAKE CITY UT 84108-1265

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
**1-800-CALL-WELLS** (1-800-225-5935)

*Online:* wellsfargo.com

Write:  Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

## Account summary

### Analyzed Business Checking

| Account number | Beginning balance | Total credits | Total debits | Ending balance |
|---|---|---|---|---|
| ███5217 | $4,665.12 | $0.00 | $0.00 | $4,665.12 |

### Daily ledger balance summary

| Date | Balance |
|---|---|
| 06/30 | 4,665.12 |
| **Average daily ledger balance** | **$4,665.12** |

NOTICE: Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery PO Box 5058 Portland, OR. 97208-5058. You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

©2010 Wells Fargo Bank, N.A.
All rights reserved. Member FDIC.

# Persson Medical
## Reconciliation Report

Cash Account #2 [Payroll], Sorted by Check Date
Statement date: 06/30/16    Reconciliation date: 08/04/16

| | |
|---|---:|
| Statement beginning balance | 4,665.12 |
| Cleared deposits | 0.00 |
| Cleared charges | 0.00 |
| Cleared credits | 0.00 |
| Cleared withdrawals | 0.00 |
| Cleared checks | 0.00 |
| Cleared EFTs | 0.00 |
| | |
| Calculated statement balance | 4,665.12 |
| Statement ending balance | 4,665.12 |
| Difference | 0.00 |

If your bank statement is in balance, then the Calculated statement balance
will equal the Statement ending balance.

| | |
|---|---:|
| Statement ending balance | 4,665.12 |
| Outstanding deposits | 0.00 |
| Outstanding charges | 0.00 |
| Outstanding credits | 0.00 |
| Outstanding withdrawals | 0.00 |
| Outstanding checks | 0.00 |
| Outstanding EFTs | 0.00 |
| | |
| Adjusted statement balance | 4,665.12 |
| General Ledger account balance as of 08/04/16 | 4,665.12 |
| Difference | 0.00 |

If your bank statement is in balance with your General Ledger, then the
Adjusted statement balance will equal the General Ledger account balance.

# Business High Yield Savings

Account number: ⬛⬛⬛3458  ▪  July 1, 2016 - July 31, 2016  ▪  Page 1 of 3



BSD MEDICAL CORP
391 S CHIPETA WAY STE F
SALT LAKE CITY UT 84108-1265

**Questions?**

*Available by phone 24 hours a day, 7 days a week:*
Telecommunications Relay Services calls accepted
**1-800-CALL-WELLS**  (1-800-225-5935)

*TTY:* 1-800-877-4833
*En español:* 1-877-337-7454

*Online:* wellsfargo.com/biz

*Write:* Wells Fargo Bank, N.A. (119)
P.O. Box 6995
Portland, OR  97228-6995

## Your Business and Wells Fargo

The plans you establish today will shape your business far into the future. The heart of the planning process is your business plan. Take the time now to build a strong foundation. Find out more at wellsfargoworks.com/plan.

### Activity summary

| | |
|---|---|
| Beginning balance on 7/1 | $1,338.26 |
| Deposits/Credits | 1,100,122.23 |
| Withdrawals/Debits | - 10.00 |
| **Ending balance on 7/31** | **$1,101,450.49** |
| Average ledger balance this period | $959,402.77 |

Account number: ⬛⬛⬛3458

**BSD MEDICAL CORP**

*Utah account terms and conditions apply*

For Direct Deposit use
Routing Number (RTN): 124002971

For Wire Transfers use
Routing Number (RTN): 121000248

### Interest summary

| | |
|---|---|
| Interest paid this statement | $122.23 |
| Average collected balance | $959,402.77 |
| Annual percentage yield earned | 0.15% |
| Interest earned this statement period | $122.23 |
| Interest paid this year | $296.70 |

Account number: ████8458  ■  July 1, 2016 - July 31, 2016  ■  Page 2 of 3



## Transaction history

| Date | Description | Deposits/ Credits | Withdrawals/ Debits | Ending daily balance |
|------|-------------|-------------------|---------------------|----------------------|
| 7/5 | Online Transfer Earn Interest Income Ref #Bbe2Vzjklc | 1,100,000.00 | | 1,101,338.26 |
| 7/29 | Interest Payment | 122.23 | | |
| 7/29 | Monthly Service Fee | | 10.00 | 1,101,450.49 |
| | Ending balance on 7/31 | | | 1,101,450.49 |
| **Totals** | | **$1,100,122.23** | **$10.00** | |

*The Ending Daily Balance does not reflect any pending withdrawals or holds on deposited funds that may have been outstanding on your account when your transactions posted. If you had insufficient available funds when a transaction posted, fees may have been assessed.*

## Monthly service fee summary

For a complete list of fees and detailed account information, please see the Wells Fargo Fee and Information Schedule and Account Agreement applicable to your account or talk to a banker. Go to wellsfargo.com/feefaq to find answers to common questions about the monthly service fee on your account.

| Fee period 07/01/2016 - 07/31/2016 | Standard monthly service fee $10.00 | You paid $10.00 |
|---|---|---|
| **How to avoid the monthly service fee** | Minimum required | This fee period |
| Have any **ONE** of the following account requirements | | |
| ·    Minimum daily balance | $8,000.00 | $1,338.26 ☐ |

The Monthly service fee summary fee period ending date shown above includes a Saturday, Sunday, or holiday which are non-business days.
Transactions occurring after the last business day of the month will be included in your next fee period.
YP/YP

## Account transaction fees summary

| Service charge description | Units used | Units included | Excess units | Service charge per excess units ($) | Total service charge ($) |
|---|---|---|---|---|---|
| Deposited Items | 0 | 20 | 0 | 0.50 | 0.00 |
| Cash Deposited ($) | 0 | 5,000 | 0 | 0.0030 | 0.00 |
| **Total service charges** | | | | | **$0.00** |

Account number: ███████8458  ■  July 1, 2016 - July 31, 2016  ■  Page 3 of 3



---

## General statement policies for Wells Fargo Bank

■ **Notice:** Wells Fargo Bank, N.A. may furnish information about accounts belonging to individuals, including sole proprietorships, to consumer reporting agencies. If this applies to you, you have the right to dispute the accuracy of information that we have reported by writing to us at: Overdraft Collections and Recovery, P.O. Box 5058, Portland, OR 97208-5058.

You must describe the specific information that is inaccurate or in dispute and the basis for any dispute with supporting documentation. In the case of information that relates to an identity theft, you will need to provide us with an identity theft report.

---

### Account Balance Calculation Worksheet

1. Use the following worksheet to calculate your overall account balance.

2. Go through your register and mark each check, withdrawal, ATM transaction, payment, deposit or other credit listed on your statement. Be sure that your register shows any interest paid into your account and any service charges, automatic payments or ATM transactions withdrawn from your account during this statement period.

3. Use the chart to the right to list any deposits, transfers to your account, outstanding checks, ATM withdrawals, ATM payments or any other withdrawals (including any from previous months) which are listed in your register but not shown on your statement.

**ENTER**

**A.** The ending balance
shown on your statement . . . . . . . . . . . . . . . . . . . . . $ _____

**ADD**

**B.** Any deposits listed in your                    $ _____
register or transfers into                    $ _____
your account which are not                  $ _____
shown on your statement.                 + $ _____

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**CALCULATE THE SUBTOTAL**
(Add Parts A and B)

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . TOTAL $ _____

**SUBTRACT**

**C.** The total outstanding checks and
withdrawals from the chart above . . . . . . . . . . . . - $ _____

**CALCULATE THE ENDING BALANCE**
(Part A + Part B - Part C)
This amount should be the same
as the current balance shown in
your check register . . . . . . . . . . . . . . . . . . . . . . $ _____

| Number | Items Outstanding | Amount |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  | **Total amount** $ |  |

©2010 Wells Fargo Bank, N.A. All rights reserved. Member FDIC. NMLSR ID 399801

# Perseon Medical
## Reconciliation Report

Cash Account #3 [Money Market], Sorted by Check Date
Statement date: 07/31/16   Reconciliation date: 08/03/16

### DEPOSITS

| Txn# | Date | Description | Cleared | Outstanding |
|------|------|-------------|---------|-------------|
| 7 | 07/05/16 | To earn interest income | 1,100,000.00 | |
| 8 | 07/29/16 | Int Inc 7.2016 | 122.23 | |
| | | Total | 1,100,122.23 | 0.00 |

### WITHDRAWS

| Txn# | Date | Description | Cleared | Outstanding |
|------|------|-------------|---------|-------------|
| 52019 | 07/29/16 | 7.2016 Svc Fee | 10.00 | |
| | | Total | 10.00 | 0.00 |

# Perseon Medical

## Reconciliation Report

Cash Account #3 [Money Market], Sorted by Check Date
Statement date: 07/31/16    Reconciliation date: 08/03/16

| | |
|---|---:|
| Statement beginning balance | 1,338.26 |
| Cleared deposits | 1,100,122.23 |
| Cleared charges | 0.00 |
| Cleared credits | 0.00 |
| Cleared withdrawals | -10.00 |
| Cleared checks | 0.00 |
| Cleared EFTs | 0.00 |
| | |
| Calculated statement balance | 1,101,450.49 |
| Statement ending balance | 1,101,450.49 |
| Difference | 0.00 |

If your bank statement is in balance, then the Calculated statement balance
will equal the Statement ending balance.

| | |
|---|---:|
| Statement ending balance | 1,101,450.49 |
| Outstanding deposits | 0.00 |
| Outstanding charges | 0.00 |
| Outstanding credits | 0.00 |
| Outstanding withdrawals | 0.00 |
| Outstanding checks | 0.00 |
| Outstanding EFTs | 0.00 |
| | |
| Adjusted statement balance | 1,101,450.49 |
| General Ledger account balance as of 08/03/16 | 1,101,450.49 |
| Difference | 0.00 |

If your bank statement is in balance with your General Ledger, then the
Adjusted statement balance will equal the General Ledger account balance.



**WELLS FARGO® BUSINESS SECURED CARD**



Page 1 of 4

| Prepared For | PERSEON CORPORATION<br>CLINTON E CARNELL |
|---|---|
| Account Number | 7593 |
| Statement Closing Date | 08/04/16 |
| Days in Billing Cycle | 29 |
| Next Statement Date | 09/06/16 |

| Credit Line | $25,000 |
|---|---|
| Available Credit | $0 |

For 24-Hour Customer Service Call:
800-225-5935

Inquiries or Questions:
WF Business Direct PO Box 29482
Phoenix, AZ 85038-8650

Payments:
Payment Remittance Center PO Box 6426
Carol Stream, IL 60197-6426

## Payment Information

| New Balance | $243.75 |
|---|---|
| **Current Payment Due (Minimum Payment)** | **$25.00** |
| **Current Payment Due Date** | **08/25/16** |

If you wish to pay off your balance in full: The balance noted on your statement is not the payoff amount. Please call 800-225-5935 for payoff information.

## Account Summary

| Previous Balance | | -$110.17 |
|---|---|---|
| Credits | - | $0.00 |
| Payments | - | $0.00 |
| Purchases & Other Charges | + | $353.92 |
| Cash Advances | + | $0.00 |
| Finance Charges | + | $0.00 |
| New Balance | = | $243.75 |

This Account is closed to future transactions.

## Rate Information

Your rate may vary according to the terms of your agreement.

| TYPE OF BALANCE | ANNUAL INTEREST RATE | DAILY FINANCE CHARGE RATE | AVERAGE DAILY BALANCE | PERIODIC FINANCE CHARGES | TRANSACTION FINANCE CHARGES | TOTAL FINANCE CHARGES |
|---|---|---|---|---|---|---|
| PURCHASES | 13.400% | .03671% | $0.00 | $0.00 | $0.00 | $0.00 |
| CASH ADVANCES | 22.240% | .06093% | $0.00 | $0.00 | $0.00 | $0.00 |
| TOTAL | | | | $0.00 | $0.00 | $0.00 |

## Important Information

| STATEMENT SAVINGS ACCOUNT BALANCE | $25,000.00 |
|---|---|
| INTEREST PAID THIS CYCLE | $0.00 |
| INTEREST PAID YEAR TO DATE | $0.00 |
| LENGTH OF STATEMENT PERIOD (DAYS) | 29 |
| INTEREST RATE | 0.00% |

See reverse side for important information.

# Perseon Medical
## Reconciliation Report

Cash Account #5 [Wells Fargo Investment], Sorted by Check Date
Statement date: 07/31/16     Reconciliation date: 08/04/16

| | |
|---|---:|
| Statement beginning balance | 25,000.00 |
| Cleared deposits | 0.00 |
| Cleared charges | 0.00 |
| Cleared credits | 0.00 |
| Cleared withdrawals | 0.00 |
| Cleared checks | 0.00 |
| Cleared EFTs | 0.00 |
| | |
| Calculated statement balance | 25,000.00 |
| Statement ending balance | 25,000.00 |
| Difference | 0.00 |

If your bank statement is in balance, then the Calculated statement balance
will equal the Statement ending balance.

| | |
|---|---:|
| Statement ending balance | 25,000.00 |
| Outstanding deposits | 0.00 |
| Outstanding charges | 0.00 |
| Outstanding credits | 0.00 |
| Outstanding withdrawals | 0.00 |
| Outstanding checks | 0.00 |
| Outstanding EFTs | 0.00 |
| | |
| Adjusted statement balance | 25,000.00 |
| General Ledger account balance as of 08/04/16 | 25,000.00 |
| Difference | 0.00 |

If your bank statement is in balance with your General Ledger, then the
Adjusted statement balance will equal the General Ledger account balance.