Michael Johnson (A7070)
David H. Leigh (A9433)
**RAY QUINNEY & NEBEKER P.C.**
36 South State Street, Suite 1400
Salt Lake City, Utah 84111
Tel: (801) 532-1500
Fax: (801) 532-7534
Email: mjohnson@rqn.com
Email: dleigh@rqn.com

   - and -

Jeffrey Chubak (admitted *pro hac vice*)
**STORCH AMINI & MUNVES PC**
140 East 45th Street, 25th Floor
New York, New York 10017
Tel: (212) 490-4100
Fax: (212) 490-4208
Email: jchubak@samlegal.com

*Attorneys for B.E. Capital Management Fund LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re: | Case No. 16-24435 |
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Honorable R. Kimball Mosier |

**CERTIFICATE OF SERVICE OF NOTICE OF APPEAL OF ORDER
ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF AN ORDER
AUTHORIZING DEBTOR TO REINSTATE SALARY PURSUANT TO DEBTOR'S
EMPLOYMENT AGREEMENT WITH CLINTON E. CARNELL JR.**

I hereby certify that August 16, 2016, a *Notice of Appeal* [ECF No. 167] of the

*Order Granting Debtor's Motion for Entry of An Order Authorizing Debtor To Reinstate*

*Salary Pursuant To Debtor's Employment Agreement With Clinton E. Carnell Jr*. [ECF

No. 148] was filed electronically with the Court using the Court's CM/ECF filing system and therefore served via ECF upon all electronic filing users registered in this case on August 16, 2016.

DATED this 18th day of August, 2016.

        **RAY QUINNEY & NEBEKER P.C.**

        /s/ Michael Johnson
        Michael Johnson (A7070)
        David H. Leigh (A9433)

        - and –

        Jeffrey Chubak (admitted *pro hac vice*)
        **STORCH AMINI & MUNVES PC**

        *Attorneys for B.E. Capital Management Fund LP*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 18th day of August, 2016, the foregoing *Certificate of Service of Notice of Appeal* was electronically filed with the United States bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- **Jeffrey M Armington**   armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- **Matthew M. Boley**   mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- **Kenneth L. Cannon**   kcannon@djplaw.com, khughes@djplaw.com
- **Jeffrey Chubak**   jchubak@samlegal.com
- **David F. Crosby**   dcrosby@nixonpeabody.com
- **Anna W. Drake**   drake@millertoone.com
- **Michael R. Johnson**   mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- **David H. Leigh**   dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- **John T. Morgan tr**   john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- **Penelope Parmes**   Penelope.Parmes@troutmansanders.com
- **E. Scott Savage**   ssavage@sywlaw.com
- **Sage M. Sigler**   sage.sigler@alston.com
- **United States Trustee**   USTPRegion19.SK.ECF@usdoj.gov

/s/ Carrie Hurst

1383920