**This order is SIGNED.**

 

**Dated: August 18, 2016**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

---

*Prepared and Submitted By:*
Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT 84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email: waterman.steven@dorsey.com
thomson.michael@dorsey.com
armington.jeff@dorsey.com

*Attorneys for Debtor Perseon Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Case No. 16-24435 |
|---|---|
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Chief Judge R. Kimball Mosier |

**ORDER SETTING STATUS CONFERENCE**

In consideration for the withdrawal of the objection [Docket No. 88] of the former employees of Perseon Corporation (the "Debtor") to the *Debtor's Motion for Orders Pursuant to 11 U.S.C. §§ 105(a), 363, 364, 365, 503, and 507 and Fed. R. Bankr. P. 6004 and 6007: (I)(A)*

*Authorizing Entry Into and Assumption of Asset Purchase Agreement, (B) Authorizing Bid Protections, (C) Authorizing Bidding Procedures and Auction, and (D) Scheduling Sale Hearing and Approving Notice Thereof; (II) Authorizing Sale of Assets; and (III) Granting Related Relief* [Docket No. 24] (the "Motion"), the Court Orders that it shall hold a status conference in this case on September 8, 2016, at 2:00 p.m. (the "Status Conference") unless the Debtor files a disclosure statement and proposed plan of liquidation prior to the Status Conference.

(End of Document)