Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  waterman.steven@dorsey.com
         thomson.michael @dorsey.com
         armington.jeff@dorsey.com

*Attorneys for Debtor in Possession,*
*BSD Medical Corporation fka Perseon Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| In re:<br><br>BSD MEDICAL CORPORATION fka PERSEON CORPORATION,<br><br>Debtor. | Case No. 16-24435<br><br>Chapter 11<br><br>Chief Judge R. Kimball Mosier |

**NOTICE OF CLOSING OF SALE TRANSACTION**

BSD Medical Corporation fka Perseon Corporation ("BSD" or "Debtor"), the debtor in possession in the above captioned chapter 11 bankruptcy case, by and through its counsel, hereby files notice of the closing of the Sale transaction detailed in the Asset Purchase Agreement, a

copy of which is attached as <u>Exhibit A</u> to the Court's *Order Authorizing Sale of Assets* [Docket No. 160] (the "<u>Sale Order</u>").[1]

DATED this 22nd day of August, 2016.

**DORSEY & WHITNEY LLP**

*/s/ Jeffrey M. Armington*
Steven T. Waterman
Michael F. Thomson
Jeffrey M. Armington
*Attorneys for Debtor in Possession, BSD Medical Corporation fka Perseon Corporation*

---

[1] All capitalized terms used herein and not defined shall have the meanings ascribed to them in the Sale Order or the Asset Purchase Agreement as applicable.