**AMENDED**

**DEBTOR:** Perseon Corporation

**CASE NUMBER** 16-24435 RKM

**MONTHLY OPERATING REPORT**
**CHAPTER 11**

**Form 2-A**
**COVER SHEET**

For Period Ending: 6/30/16

**Accounting Method:** [X] Accrual Basis　[ ] Cash Basis

*THIS REPORT IS DUE 14 DAYS AFTER THE END OF THE MONTH*

Mark One Box for Each Required Document:

Debtor must attach each of the following reports/documents unless the U. S. Trustee has waived the requirement in writing. File the original with the Clerk of Court. Submit a duplicate, with original signature, to the U. S. Trustee.

| Report/Document Attached | Previously Waived | REQUIRED REPORTS/DOCUMENTS |
|---|---|---|
| [X] | [ ] | 1. Cash Receipts and Disursements Statement (Form 2-B) |
| [X] | [ ] | 2. Balance Sheet (Form 2-C) |
| [X] | [ ] | 3. Profit and Loss Statement (Form 2-D) |
| [X] | [ ] | 4. Supporting Schedules (Form 2-E) |
| [X] | [ ] | 5. Quarterly Fee Summary (Form 2-F) |
| [X] | [ ] | 6. Narrative (Form 2-G) |
| [X] | [ ] | 7. Bank Statements for All Bank Accounts IMPORTANT: Redact account numbers and remove check images |
| [X] | [ ] | 8. Bank Statement Reconciliations for all Bank Accounts |

*I declare under penalty of perjury that the following Monthly Operating Report, and any attachments thereto are true, accurate and correct to the best of my knowledge and belief.*

**Executed on:** 8/23/2016　**Print Name:** Clinton E. Carnell Jr.

**Signature:** *[signature]*

**Title:** CEO and President

Rev. 12/10/2009

**DEBTOR:** Perseon Corporation    **CASE NO:** 16-24435 RKM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/16 to 6/30/16

**CASH FLOW SUMMARY**

| | Current Month | Accumulated |
|---|---:|---:|
| **1. Beginning Cash Balance** | $ 291,886.80 (1) | $ 278,088.92 |
| **2. Cash Receipts** | | |
| Operations | 368,450.00 | 368,450.00 |
| Sale of Assets | - | - |
| Loans/advances | 850,000.00 | 850,000.00 |
| Other | 8,721.16 | 8,729.02 |
| Total Cash Receipts | $ 1,227,171.16 | $ 1,227,179.02 |
| **3. Cash Disbursements** | | |
| Operations | 189,757.90 | 175,967.88 |
| Debt Service/Secured loan payment | - | - |
| Professional fees/U.S. Trustee fees | 55,261.40 | 55,261.40 |
| Other | 10.00 | 10.00 |
| Total Cash Disbursements | $ 245,029.30 | $ 231,239.28 |
| **4. Net Cash Flow (Total Cash Receipts less Total Cash Disbursements)** | 982,141.86 | 995,939.74 |
| **5 Ending Cash Balance (to Form 2-C)** | $ 1,274,028.66 (2) | $ 1,274,028.66 |

**CASH BALANCE SUMMARY**

| | Financial Institution | Book Balance |
|---|---|---:|
| Petty Cash | | $ - |
| DIP Operating Account | Wells Fargo xxxx-1802 | 1,243,025.28 |
| DIP State Tax Account | | - |
| DIP Payroll Account | Wells Fargo xxxx-5217 | 4,665.12 |
| Other Operating Account | Wells Fargo CC security deposit | 25,000.00 |
| Other Interest-bearing Account | Wells Fargo MM xxxx-8458 | 1,338.26 |
| TOTAL (must agree with Ending Cash Balance above) | | $ 1,274,028.66 |

*(1) Accumulated beginning cash balance is the cash available at the commencement of the case.*
*Current month beginning cash balance should equal the previous month's ending balance.*
*(2) All cash balances should be the same.*

**DEBTOR:**  **Perseon Corporation**          **CASE NO:**  16-24435 RKM

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period:  6/1/16 to  6/30/16

**CASH RECEIPTS DETAIL**          **Account No:**  **Wells Fargo xxxx-1802**
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|------|-------|-------------|--------|
|      |       | SEE ATTACHED | $ 1,227,170.99 |

**Total Cash Receipts**   $   1,227,170.99  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**Form 2-B**  **Account No:    WF xxx-1802**
**Cash Receipts**
**June 1 - 30, 2016**

| Payer | Description | Date | Amount |
|---|---|---|---|
| Comed Medical Specialties | A/R Receipt | 6/1/2016 | 8,400.00 |
| Mayo Foundation | A/R Receipt | 6/1/2016 | 33,000.00 |
| University Health Care | A/R Receipt | 6/6/2016 | 30,500.00 |
| Comed Medical Specialties | A/R Receipt | 6/7/2016 | 2,400.00 |
| Comed Medical Specialties | A/R Receipt | 6/9/2016 | 2,500.00 |
| University Health Care | A/R Receipt | 6/9/2016 | 4,500.00 |
| IRS | Form 940 Refund | 6/11/2016 | 1,979.77 |
| VA FSC | A/R Receipt | 6/15/2016 | 5,900.00 |
| Comed Medical Specialties | A/R Receipt | 6/16/2016 | 4,800.00 |
| University Health Care | A/R Receipt | 6/17/2016 | 7,820.00 |
| IRS | Form 720 refund | 6/21/2016 | 6,256.96 |
| Medlink/Scion | Asset purchase deposit | 6/22/2016 | 850,000.00 |
| Mayo Foundation | A/R Receipt | 6/24/2016 | 18,000.00 |
| Comed Medical Specialties | A/R Receipt | 6/24/2016 | 3,600.00 |
| Federal Express | Refund | 6/30/2016 | 484.26 |
| Terumo Europe N.V. | A/R Receipt | 6/30/2016 | 247,030.00 |
| | **Total Cash Receipts** | | **1,227,170.99** |

**DEBTOR:** Perseon Corporation                               **CASE NO:** 16-24435 RKM

## Form 2-B
### CASH RECEIPTS AND DISBURSEMENTS STATEMENT
For Period: 6/1/16 to 6/30/16

**CASH RECEIPTS DETAIL**            **Account No:** Wells Fargo xxxx-8458
*(attach additional sheets as necessary)*

| Date | Payer | Description | Amount |
|---|---|---|---|
| 6/30/16 | Wells Fargo | Interest Income | $ 0.17 |

**Total Cash Receipts**    $    0.17  (1)

*(1) Total for all accounts should agree with total cash receipts listed on Form 2-B, page 1*

Page 2 of 3
Rev. 12/10/2009

**DEBTOR:** Perseon Corporation          **CASE NO:** 16-24435 RKM

**Form 2-B**
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 6/1/16 to 6/30/16

**CASH DISBURSEMENTS DETAIL**      Account No: Wells xxxx-1802
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|------|-----------|-------|-----------------------|--------|
|      |           | SEE ATTACHED |                 | $ 245,019.30 |

                           **Total Cash Disbursements**    $ 245,019.30 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

**Debtor: CoreGeo Corporation**   Case No.: 16-24435 (HWV)

**Form 2-B**
**Cash Disbursements**   Account No: WF xxx-1802
June 1 - 30, 2016

| Payee | Check No. | Date | Description (Purpose) | Amount |
|---|---|---|---|---|
| Vernay Laboraties | Void: CK031296 | 6/1/2016 | R&D Testing | -5,781.76 |
| Utah State Tax Comm. | Handcheck: EFT#Q4 2015 SALES USE | 6/1/2016 | Sales & Use Tax Return | 319.77 |
| John Groen | Check: CK031302 | 6/3/2016 | R&D Services | 230.00 |
| Risk Consulting | Check: CK031303 | 6/3/2016 | R&D Services | 135.00 |
| EDD | Check: CK031304 | 6/3/2016 | Payroll Tax Return | 40.73 |
| Select Health | Check: CK031305 | 6/3/2016 | Health Insurance | 6,585.00 |
| Ben Beckham | Check: CK031306 | 6/3/2016 | Sales & Mktg Services | 3,750.00 |
| BACS | Check: CK031307 | 6/3/2016 | IT Tech Support | 940.00 |
| Veritas Mgmt Corp | Check: CK031308 | 6/3/2016 | CE Mark Services | 3,900.00 |
| KAX | Check: CK031309 | 6/3/2016 | Office Rent | 3,913.00 |
| THT Consulting | Check: CK031310 | 6/3/2016 | Sales & Mktg Services | 1,500.00 |
| SurePayroll | Handcheck: EFT#ACH 2016.06.03 | 6/3/2016 | Payroll and Payroll Taxes PPE 5/16-5/31/16 | 16,759.34 |
| Mark Housekeeper | Handcheck: EFT#PPE 05.31.2016 1 | 6/3/2016 | Travel Expenses | 1,002.89 |
| Ariel Duke | Handcheck: EFT#PPE 05.31.2016 2 | 6/3/2016 | Office Supplies Reimbursements | 596.51 |
| Doug Wilkes | Handcheck: EFT#PPE 05.31.2016 3 | 6/3/2016 | Supplies and Travel Reimbursements | 553.37 |
| Clint Carnell | Handcheck: EFT#PPE 05.31.2016 4 | 6/3/2016 | Travel Expenses | 20,890.06 |
| WCIO | Check: CK031311 | 6/6/2016 | Trade Show Booth-Boston | 5,500.00 |
| Keith Barnes | Check: CK031312 | 6/6/2016 | R&D Services | 1,214.03 |
| Federal Express | Check: CK031313 | 6/7/2016 | Shipping Charges | 185.78 |
| De Lage Landen | Check: CK031314 | 6/7/2016 | Monthly Payment 2 Office Copiers | 897.43 |
| Comcast | Check: CK031315 | 6/9/2016 | Monthly Phone and Internet Charge | 127.30 |
| Wells Fargo | Check: CK031316 | 6/11/2016 | Corporate Credit Card Travel Expenses | 533.40 |
| Federal Express | Check: CK031317 | 6/16/2016 | Shipping Charges | 484.26 |
| Ben Beckham | Check: CK031318 | 6/16/2016 | Sales & Mktg Services | 6,992.06 |
| Veritas Mgmt Corp | Check: CK031319 | 6/16/2016 | CE Mark Services | 6,412.50 |
| Wells Fargo | Check: CK031320 | 6/16/2016 | Corporate Credit Card Travel Expenses | 1,090.35 |
| Dirk Cooley | Check: CK031321 | 6/16/2016 | R&D Services | 723.02 |
| Utah State Tax Comm. | Handcheck: EFT#Q1 2016 WT | 6/17/2016 | Payroll Tax Return | 756.17 |
| SurePayroll | Handcheck: EFT#PR 2016.06.17 | 6/17/2016 | Payroll & Payroll Taxes PPE 6/1-6/15/16 | 40,321.17 |
| Riley Astill | Handcheck: EFT#PR 2016.06.20 A | 6/20/2016 | Accounting Services | 10,000.00 |
| Carol Freasier | Handcheck: EFT#PR 06.20.2016 1 | 6/20/2016 | R&D Services | 692.00 |
| David Green | Handcheck: EFT#PR 06.20.2016 3 | 6/20/2016 | Operations & Admin Services | 30,096.96 |
| Mark Housekeeper | Handcheck: EFT#PR 06.20.2016 4 | 6/20/2016 | Sales & Mktg Services | 4,270.38 |
| Doug Wilkes | Handcheck: EFT#PR 06.20.2016 5 | 6/20/2016 | Supplies and Travel Reimbursements | 131.80 |
| Michael Dachman | Handcheck: EFT#PR 06.20.2016 6 | 6/20/2016 | Travel Expenses | 2,590.22 |
| Utah State Tax Comm. | Handcheck: EFT#2016.06.21 | 6/21/2016 | Sales and Use Tax Return | 134.28 |
| Federal Express | Handcheck: EFT#06.21.2016 | 6/21/2016 | Shipping Charges | 484.26 |
| Ariel Duke | Handcheck: EFT#PR 06.20.2016 2 | 6/24/2016 | Office Supplies Reimbursements | 63.34 |
| Carol Freasier | Handcheck: EFT#PR 06.20.2016 7 | 6/24/2016 | R&D Services | 2,068.00 |
| Sterigenics | Check: CK031322 | 6/29/2016 | Inventory | 1,050.00 |
| Ben Beckham | Check: CK031323 | 6/29/2016 | Sales & Mktg Services | 3,287.19 |
| BACS | Check: CK031324 | 6/29/2016 | IT Tech Support | 2,130.00 |
| KAX | Check: CK031325 | 6/29/2016 | Office Rent | 3,913.00 |
| Comcast | Check: CK031326 | 6/29/2016 | Monthly Phone and Internet Charge | 209.99 |
| Risk Consulting | Check: CK031327 | 6/29/2016 | R&D Services | 1,477.50 |
| Keith Barnes | Check: CK031328 | 6/29/2016 | R&D Services | 600.00 |
| Veritas Mgmt Corp | Check: CK031329 | 6/29/2016 | CE Mark Services | 6,937.50 |
| Keith Barnes | Void: CK031328 | 6/29/2016 | R&D Services | -600 |
| Keith Barnes | Check: CK031330 | 6/29/2016 | R&D Services | 554.10 |
| Riley Astill | Handcheck: EFT#PR 2016.06.30 02 | 6/29/2016 | Accounting Services | 5,164.44 |
| Ariel Duke | Handcheck: EFT#PR 2016.06.30 01 | 6/30/2016 | Office Supplies Reimbursements | 48.07 |
| Doug Wilkes | Handcheck: EFT#PR 2016.06.30 03 | 6/30/2016 | Supplies and Travel Reimbursements | 548.93 |
| Jeremy Ellis | Handcheck: EFT#PR 2016.06.30 | 6/30/2016 | R&D Services | 1,299.18 |
| Devin Ellis | Handcheck: EFT#PR 2016.06.30 05 | 6/30/2016 | R&D Services | 950.00 |
| Michael Dachman | Handcheck: EFT#PR 2016.06.30 06 | 6/30/2016 | Travel Expenses | 24.57 |
| Mark Housekeeper | Handcheck: EFT#PR 2016.06.30 07 | 6/30/2016 | Travel Expenses | 502.21 |
| Carol Freasier | Handcheck: EFT#PR 2016.06.30 08 | 6/30/2016 | R&D Services | 2,560.00 |
| Clint Carnell | Handcheck: EFT#PR 2016.06.30 09 | 6/30/2016 | Travel Expenses | 15,806.61 |
| David Green | Handcheck: EFT#PR 2016.06.30 10 | 6/30/2016 | Operations & Admin Services | 10,000.00 |
| SurePayroll | Handcheck: EFT#PR 2016.06.30 11 | 6/30/2016 | Payroll and Payroll Taxes PPE 6/15-6/30/16 | 15,309.82 |
| SurePayroll | Sure PR fee 05.31.2016 | 6/2/2016 | Payroll Fee | 91.99 |
| Wells Fargo Merchant Svcs. | Bankcard Interchange Fee | 6/10/2016 | Credit Card Processing Fees | 1,035.18 |
| Wells Fargo Merchant Svcs. | Bankcard Discount Fee | 6/10/2016 | Credit Card Processing Fees | 680.80 |
| Wells Fargo Merchant Svcs. | Bankcard Fee | 6/10/2016 | Credit Card Processing Fees | 48.72 |
| Wells Fargo Merchant Svcs. | Service charge | 6/13/2016 | Credit Card Processing Fees | 286.88 |
| | **Total Cash Disbursements** | | | **245,019.30** |

**DEBTOR:** Perseon Corporation  **CASE NO:** 16-24435 RKM

# Form 2-B
**CASH RECEIPTS AND DISBURSEMENTS STATEMENT**
For Period: 6/1/16 to 6/30/16

**CASH DISBURSEMENTS DETAIL**   Account No: Wells xxxx-8458
*(attach additional sheets as necessary)*

| Date | Check No. | Payee | Description (Purpose) | Amount |
|---|---|---|---|---|
| 6/30/16 | EFT | Wells Fargo | Bank service charges | $ 10.00 |

Total Cash Disbursements $ 10.00 (1)

*(1) Total for all accounts should agree with total cash disbursements listed on Form 2-B, page 1*

Page 3 of 3
Rev. 12/10/2009

**DEBTOR:** Perseon Corporation  **CASE NO:** 16-24435 RKM

**Form 2-C**
## COMPARATIVE BALANCE SHEET

**For Period Ended:** 6/30/16

|  | Current Month | Petition Date (1) (Book Value) |
|---|---:|---:|
| **ASSETS** | | |
| Current Assets: | | |
|   Cash (from Form 2-B, line 5) | $ 1,274,028.66 | $ 278,088.92 |
|   Accounts Receivable (from Form 2-E) | 351,590.44 | 522,640.44 |
|   Receivable from Officers, Employees, Affiliates | - | - |
|   Inventory | 774,007.99 | 853,395.33 |
|   Other Current Assets (List): Prepaid insurance | 63,535.03 | 83,323.54 |
|   Deposits | 103,975.91 | 107,888.91 |
|     Total Current Assets | $ 2,567,138.03 | $ 1,845,337.14 |
| Fixed Assets: | | |
|   Land | $ - | $ - |
|   Building | - | - |
|   Equipment, Furniture and Fixtures | 831,845.78 | 831,845.78 |
|     Total Fixed Assets | 831,845.78 | 831,845.78 |
|   Less: Accumulated Depreciation | ( 681,874.78 ) | ( 671,402.40 ) |
|     Net Fixed Assets | $ 149,971.00 | $ 160,443.38 |
| Other Assets (List): | - | - |
|  | - | - |
| **TOTAL ASSETS** | $ 2,717,109.03 | $ 2,005,780.52 |
| **LIABILITIES** | | |
|   Post-petition Accounts Payable (from Form 2-E) | $ 26,479.64 | $ - |
|   Post-petition Accrued Profesional Fees (from Form 2-E) | 145,276.83 | - |
|   Post-petition Taxes Payable (from Form 2-E) | - | - |
|   Post-petition Notes Payable | - | - |
|   Other Post-petition Payable (List): | - | - |
|  | - | - |
|     Total Post Petition Liabilities | $ 171,756.47 | $ - |
| Pre Petition Liabilities: | | |
|   Secured Debt (Rcvd $850K from stalking horse bidder in June) | 888,847.89 | 39,745.32 |
|   Priority Debt | 51,787.72 | 51,787.72 |
|   Unsecured Debt | 2,400,664.80 | 2,432,160.41 |
|     Total Pre Petition Liabilities | $ 3,341,300.41 | $ 2,523,693.45 |
| **TOTAL LIABILITIES** | $ 3,513,056.88 | $ 2,523,693.45 |
| **OWNERS' EQUITY** | | |
|   Owner's/Stockholder's Equity | $ 68,532,407.88 | $ 68,532,407.88 |
|   Retained Earnings - Prepetition | (69,086,387.20) | (69,050,320.81) |
|   Retained Earnings - Post-petition | (241,968.53) | - |
| **TOTAL OWNERS' EQUITY** | $ (795,947.85) | $ (517,912.93) |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | $ 2,717,109.03 | $ 2,005,780.52 |

*(1) Petition date values are taken from the Debtor's balance sheet as of the petition date or are the values listed on the Debtor's schedules.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Perseon Corporation         **CASE NO:** 16-24435 RKM

# Form 2-D
## PROFIT AND LOSS STATEMENT
**For Period** 6/1/16 **to** 6/30/16

| | Current Month | Accumulated Total (1) |
|---|---:|---:|
| Gross Operating Revenue | $ 135,855.00 | $ 262,830.00 |
| Less: Discounts, Returns and Allowances | ( - ) | ( - ) |
| **Net Operating Revenue** | $ 135,855.00 | $ 262,830.00 |
| Cost of Goods Sold | 28,554.66 | 59,480.14 |
| **Gross Profit** | $ 107,300.34 | $ 203,349.86 |
| Operating Expenses | | |
|   Officer Compensation | $ - | $ - |
|   Selling, General and Administrative | 174,865.81 | 265,984.68 |
|   Rents and Leases | 11,739.00 | 11,739.00 |
|   Depreciation, Depletion and Amortization | 4,103.87 | 7,481.42 |
|   Other (list): Incoming wire fee | 30.00 | 30.00 |
| | - | - |
| **Total Operating Expenses** | $ 190,738.68 | $ 285,235.10 |
| **Operating Income (Loss)** | $ (83,438.34) | $ (81,885.24) |
| Non-Operating Income and Expenses | | |
|   Other Non-Operating Expenses | $ - | $ - |
|   Gains (Losses) on Sale of Assets | - | - |
|   Interest Income | 0.17 | 8.03 |
|   Interest Expense | - | - |
|   Other Non-Operating Income | - | - |
| Net Non-Operating Income or (Expenses) | $ 0.17 | $ 8.03 |
| Reorganization Expenses | | |
|   Legal and Professional Fees | $ 106,400.00 | $ 160,091.32 |
|   Other Reorganization Expense | - | - |
| **Total Reorganization Expenses** | $ 106,400.00 | $ 160,091.32 |
| **Net Income (Loss) Before Income Taxes** | $ (189,838.17) | $ (241,968.53) |
| Federal and State Income Tax Expense (Benefit) | - | - |
| **NET INCOME (LOSS)** | $ (189,838.17) | $ (241,968.53) |

*(1) Accumulated Totals include all revenue and expenses since the petition date.*

Page 1 of 1
Rev. 12/10/2009

**DEBTOR:** Perseon Corporation  **CASE NO:** 16-24435 RKM

## Form 2-E
## SUPPORTING SCHEDULES
**For Period:** 6/1/16 to 6/30/16

### POST PETITION TAXES PAYABLE SCHEDULE

|  | Beginning Balance (1) | Amount Accrued | Amount Paid | Date Paid | Check Number | Ending Balance |
|---|---|---|---|---|---|---|
| Income Tax Withheld: | | | | | | |
| Federal | $ 2,055.15 | $ 8,425.66 | $ 10,480.81 | 6/3 6/23, 6/30 | EFT Surepayroll | $ - |
| State | 722.99 | 1,626.49 | 2,349.48 | 6/3 6/23, 6/30 | EFT Surepayroll | - |
| FICA Tax Withheld | 1,238.07 | 2,915.89 | 4,153.96 | 6/3 6/23, 6/30 | EFT Surepayroll | - |
| Employer's FICA Tax | 1,238.07 | 2,915.89 | 4,153.96 | 6/3 6/23, 6/30 | EFT Surepayroll | - |
| Unemployment Tax | | | | | | |
| Federal | 8.40 | 3.55 | 11.95 | 6/3 6/23, 6/30 | EFT Surepayroll | - |
| State | 17.90 | 8.69 | 26.59 | 6/3 6/23, 6/30 | EFT Surepayroll | - |
| Sales, Use & Excise Taxes | - | - | - | | | - |
| Property Taxes | - | - | - | | | - |
| Accrued Income Tax: | | | | | | |
| Federal | - | - | - | | | - |
| State | - | - | - | | | - |
| Other: | - | - | - | | | - |
| TOTALS | $ 5,280.58 | $ 15,896.17 | $ 21,176.75 | | | $ - |

*(1) For first report, Beginning Balance will be $0; thereafter, Beginning Balance will be Ending Balance from prior report.*

### INSURANCE SCHEDULE

| | Carrier | Amount of Coverage | Expiration Date | Premium Paid Through |
|---|---|---|---|---|
| Workers' Compensation | Traveler's | $ 1,000,000 | 4/20/17 | $ 10/20/16 |
| General Liability | Traveler's | $ 7,000,000 | 8/31/16 | $ 8/31/16 |
| Property (Fire, Theft) | Included in General Liab | $ | | $ |
| Vehicle | Traveler's | $ 1,000,000 | 8/31/16 | $ 8/31/16 |
| Other (list): Umbrella | Traveler's | $ 4,000,000 | 8/31/16 | $ 8/31/16 |

**DEBTOR:** Perseon Corporation   **CASE NO:** 16-24435 RKM

**Form 2-E**
**SUPPORTING SCHEDULES**
**For Period:** 6/1/16 **to** 6/30/16

## ACCOUNTS RECEIVABLE AND POST PETITION PAYABLE AGING

| Due | Accounts Receivable | Post Petition Accounts Payable |
|---|---|---|
| Under 30 days | $ 135,855.00 | $ 13,326.00 |
| 30 to 60 days | 82,475.00 | 13,153.64 |
| 61 to 90 days | | - |
| 91 to 120 days | | - |
| Over 120 days | | - |
| **Total Post Petition** | 218,330.00 | |
| **Pre Petition Amounts** | 199,740.44 | |
| Total Accounts Receivable | $ 418,070.44 | |
| Less: Bad Debt Reserve | (66,480.00) | |
| **Net Accounts Receivable (to Form 2-C)** | $ 351,590.44 | |
| | **Total Post Petition Accounts Payable** | $ 26,479.64 |

*\* Attach a detail listing of accounts receivable and post-petition accounts payable*

## SCHEDULE OF PAYMENTS TO ATTORNEYS AND OTHER PROFESSIONALS

| | Month-end Retainer Balance | Current Month's Accrual | Paid in Current Month | Date of Court Approval | Month-end Balance Due * |
|---|---|---|---|---|---|
| Debtor's Counsel | $ 25,000.00 | $ 76,400.00 | $ | | $ 127,349.38 |
| Counsel for Unsecured Creditors' Committee | - | - | - | | - |
| Trustee's Counsel | - | - | - | | - |
| Accountant | - | 10,000.00 | 11,499.35 | (1) | 3,665.09 |
| Other: David Green | - | 20,000.00 | 25,834.60 | (1) | 14,262.36 |
| Total | $ 25,000.00 | $ 106,400.00 | $ 37,333.95 | | $ 145,276.83 |

*Balance due to include fees and expenses incurred but not yet paid.
(1) Net of pre-petition amounts that were incorrectly paid in June 2016, and subsequently reimbursed by
    Accountant and Green, in the amount of $3665.09 and $14262.36, respectively, in July and August.

## SCHEDULE OF PAYMENTS AND TRANSFERS TO PRINCIPALS/EXECUTIVES**

| Payee Name | Position | Nature of Payment | Amount |
|---|---|---|---|
| Wells Fargo CC FBO Clinton Carnell | CEO | Travel expenses | $ 1,623.75 |
| Clinton Carnell | CEO | Travel expenses | 36,696.67 |

**List payments and transfers of any kind and in any form made to or for the benefit of any proprietor, owner,
partner, shareholder, officer or director.

Page 2 of 2
Rev. 12/10/2009

Perseon Corporation　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO:**　16-24435 RKM
Accounts Receivable Detail

For Period:　6/30/16

| Customer | \*\*\*Pre Petition\*\*\* | | | | | | \*\*\*Post Petition\*\*\* | | | | | | Combined |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Pre and Post |
| ADA | - | - | - | - | 46,788.97 | 46,788.97 | - | - | - | - | - | - | 46,788.97 |
| Appleton | | 11,625.00 | 20,550.00 | 1,850.00 | 12,000.00 | 46,025.00 | 30,725.00 | 14,250.00 | | | | 44,975.00 | 91,000.00 |
| Boston | | | | | | - | 24,700.00 | 56,000.00 | | | | 80,700.00 | 80,700.00 |
| CEA | | | | | 32,321.66 | 32,321.66 | | | | | | - | 32,321.66 |
| Comed | | | 21,500.00 | | | 21,500.00 | 19,200.00 | | | | | 19,200.00 | 40,700.00 |
| KOL | | 1,425.00 | 10,950.00 | 5,175.00 | 928.11 | 18,478.11 | | 5,700.00 | | | | 5,700.00 | 24,178.11 |
| Mayo | | | | | | - | | | | | | - | - |
| Micromedics | | | | | 10,264.29 | 10,264.29 | | | | | | - | 10,264.29 |
| Rhode Island | | 12,150.00 | 1,497.41 | | | 13,647.41 | | | | | | - | 13,647.41 |
| Roger Williams | | | 4,050.00 | | | 4,050.00 | | | | | | - | 4,050.00 |
| Terumo | | | | | | - | | | | | | - | - |
| Miriam | | 2,700.00 | | | | 2,700.00 | | | | | | - | 2,700.00 |
| University HC | | | | | | - | | 56,000.00 | | | | 56,000.00 | 56,000.00 |
| Univ Med and Dent | | 3,885.00 | | | 80.00 | 3,965.00 | 5,230.00 | 6,525.00 | | | | 11,755.00 | 15,720.00 |
| VA | | | | | | - | - | | | | | - | - |
| | | | | | | - | | | | | | - | - |
| Totals | - | 31,785.00 | 58,547.41 | 7,025.00 | 102,383.03 | 199,740.44 | 135,855.00 | 82,475.00 | - | - | - | 218,330.00 | 418,070.44 |
| Less: Bad Debt Reserve | | | | | | | | | | | | | (66,480.00) |
| Net Receivables | | | | | | | | | | | | | 351,590.44 |

C:\Users\rastill\Google Drive\Perseon\Bankruptcy\MOR reports\June MOR\MOR Form June.Dorsey.V2.xlsx
Form 2E_2 Detail AR

Perseon Corporation  
Accounts Payable Detail

**CASE NO:** 16-24435 RKM

For Period: 6/30/16

| Customer | \*\*\*\*Pre Petition\*\*\*\* | | | | | | \*\*\*\*Post Petition\*\*\*\* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
| ADT | | | | | 2,016.44 | 2,016.44 | | | | | | - |
| American shredding | | | | | 238.40 | 238.40 | | | | | | - |
| American Western | | | | | 16,000.00 | 16,000.00 | | | | | | - |
| Anthony Weeks | | | | | 4,000.00 | 4,000.00 | | | | | | - |
| Appleton | | | | | - | - | | 1,955.25 | | | | 1,955.25 |
| Aramark | | | | | 804.54 | 804.54 | | | | | | - |
| Arrow | | | | | 20,088.82 | 20,088.82 | | | | | | - |
| Atlas | | 5,673.90 | | | | 5,673.90 | | | | | | - |
| BACS | | 9,316.98 | | | 46,928.38 | 56,245.36 | | | | | | - |
| Ben Curtis | | | | | - | - | | 1,050.00 | | | | 1,050.00 |
| Brenda Noreik | | 321.00 | 713.50 | | | 1,034.50 | | 310.00 | | | | 310.00 |
| Broadridge | | 781.06 | | | | 781.06 | | | | | | - |
| Cargo Link | | 32.99 | | | | 32.99 | | | | | | - |
| Carol Freasier | | | | | - | - | 0.30 | | | | | 0.30 |
| CEA | | | 12,294.80 | 4,524.04 | | 16,818.84 | | | | | | - |
| Certify | | | | | 576.00 | 576.00 | | | | | | - |
| Chorus Call | | | | | 800.96 | 800.96 | | | | | | - |
| Cognizant | | | | | 3,500.00 | 3,500.00 | | | | | | - |
| Cole Parmer | | | | 42.76 | | 42.76 | | | | | | - |
| Comcast | | | | | 1,093.76 | 1,093.76 | | | | | | - |
| Comed | | 7,400.00 | | | | 7,400.00 | | 300.00 | | | | 300.00 |
| Compandben | | | 38,660.00 | | | 38,660.00 | | | | | | - |
| Converge | | | | | 2,402.04 | 2,402.04 | | | | | | - |
| CT | | | 50.00 | 275.00 | 1,310.00 | 1,635.00 | | | | | | - |
| David Green | | | | | - | - | 8,000.00 | | | | | 8,000.00 |
| De Lage | | 443.69 | | | | 443.69 | | | | | | - |
| DEKRA | | | | | - | - | | 4,995.00 | | | | 4,995.00 |
| Dennis Green | | | | | 3,000.00 | 3,000.00 | | | | | | - |
| Domo | | | | | 33,055.00 | 33,055.00 | | | | | | - |
| Dorsey | | | | | (0.01) | (0.01) | 76,400.00 | 50,949.38 | | | | 127,349.38 |
| DQS | | | | | 2,600.00 | 2,600.00 | | | | | | - |
| Eclipse | | | | | 20,000.00 | 20,000.00 | | | | | | - |
| Elcon | | | | | 1,301.21 | 1,301.21 | | | | | | - |
| Express | | | | | 49.42 | 49.42 | | | | | | - |
| Farmer John | | | | | 600.00 | 600.00 | | | | | | - |
| Fedex | | 1,299.18 | 40.01 | | | 1,339.19 | 165.70 | | | | | 165.70 |
| Financial Profiles | | | | | 19,048.27 | 19,048.27 | | | | | | - |
| First Digital | | | 11.45 | 117.65 | 235.30 | 364.40 | | | | | | - |
| Flexpak | | | | | 2,272.94 | 2,272.94 | | | | | | - |
| FP Mailing | | 142.00 | | | | 142.00 | | | | | | - |
| Harold Wolcott | | 12,500.00 | | | | 12,500.00 | | | | | | - |
| HealthSTAR | | | | | 41,138.24 | 41,138.24 | | | | | | - |
| Henriksen Butler | | | | | 37,000.00 | 37,000.00 | | | | | | - |

Perseon Corporation  
Accounts Payable Detail

**CASE NO:** 16-24435 RKM

For Period: 6/30/16

| Customer | \*\*\*Pre Petition\*\*\* | | | | | | \*\*\*Post Petition\*\*\* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
| Hogan | | | | | 6,155.62 | 6,155.62 | | | | | | - |
| Holland | | | | | | - | | (10.00) | | | | (10.00) |
| Integra | | | | | 4.79 | 4.79 | | | | | | - |
| Iron Mtn | | | 160.36 | 157.32 | 318.62 | 636.30 | | 157.32 | | | | 157.32 |
| Jean Yves | | | | | 3,500.00 | 3,500.00 | | | | | | - |
| John Groen | | | | | | - | 160.00 | | | | | 160.00 |
| Julene Cray | | | | | 7,500.00 | 7,500.00 | | | | | | - |
| Knapp | | | | | 60,000.00 | 60,000.00 | | | | | | - |
| Kristine Bates | | | | | 1,600.00 | 1,600.00 | | | | | | - |
| Latham | | | | | 21,706.25 | 21,706.25 | | | | | | - |
| Life Science | | | 300.00 | | | 300.00 | | | | | | - |
| Litho | | | | | 1,186.80 | 1,186.80 | | | | | | - |
| MegaPath | | | 27,101.85 | 6,449.20 | 7,664.80 | 41,215.85 | | | | | | - |
| Merit | | | | | 26,729.23 | 26,729.23 | | | | | | - |
| Merrill | | | 3,277.60 | 2,713.62 | 18,501.26 | 24,492.48 | | | | | | - |
| Modellers | | | | | 49,752.00 | 49,752.00 | | | | | | - |
| Mouser | | | 12.97 | | | 12.97 | | | | | | - |
| MultiLing | | | | (650.00) | 8,979.20 | 8,329.20 | | | | | | - |
| Nasdaq | | | | 55,000.00 | 21,665.50 | 76,665.50 | | | | | | - |
| Newark | | | | | 217.07 | 217.07 | | | | | | - |
| Nixon | | | | 533.86 | 44,508.74 | 45,042.60 | 5,000.00 | | | | | 5,000.00 |
| North American | | | | | 609.25 | 609.25 | | | | | | - |
| Parsons Behle | | | | | 2,603.60 | 2,603.60 | | | | | | - |
| PCB | | | | | 6,430.41 | 6,430.41 | | | | | | - |
| Perelson | | | | | 2,160.75 | 2,160.75 | | | | | | - |
| Pinnacle | | | | | 450.00 | 450.00 | | | | | | - |
| Plastic Fab | | | | | (241.35) | (241.35) | | | | | | - |
| Progressive | | | | 1,793.97 | | 1,793.97 | | | | | | - |
| Pure Water | | | | | 793.17 | 793.17 | | | | | | - |
| Quality Plating | | | | 352.05 | | 352.05 | | | | | | - |
| Republic | | | | | 632.66 | 632.66 | | | | | | - |
| Revenue Cycle | | | | | 3,500.00 | 3,500.00 | | | | | | - |
| Rocky Mountain | | | | | 2,215.14 | 2,215.14 | | | | | | - |
| Ryan Paqtterson | | | | | 2,875.00 | 2,875.00 | | | | | | - |
| Somacis | | | | | 2,000.00 | 2,000.00 | | | | | | - |
| Standard Parking | | | | | 2,070.00 | 2,070.00 | | | | | | - |
| Strong Hanni | | | | | 4,428.20 | 4,428.20 | | | | | | - |
| Sure Systems | | | | | 1,091.97 | 1,091.97 | | | | | | - |
| Surface Solutions | | | | | 582.47 | 582.47 | | | | | | - |
| Tailfin | | | | | 15,500.00 | 15,500.00 | | | | | | - |
| TalentCare | | | | | 1,000.00 | 1,000.00 | | | | | | - |
| Technology Assessment | | | | | 700.00 | 700.00 | | | | | | - |
| Terminix | | | | | 103.00 | 103.00 | | | | | | - |

Perseon Corporation

Accounts Payable Detail

**CASE NO:** 16-24435 RKM

For Period: 6/30/16

| Customer | \*\*\*Pre Petition\*\*\* | | | | | | \*\*\*Post Petition\*\*\* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total | Under 30 | 30 to 60 | 61 to 90 | 91 to 120 | Over 120 | Total |
| Thorpe North | | | | | 5,279.88 | 5,279.88 | | | | | | - |
| Three Seeds | | | | | 19,937.50 | 19,937.50 | | | | | | - |
| THT Consulting | | | | | | - | | 1,350.00 | | | | 1,350.00 |
| Travelers | | | | | | - | | 536.00 | | | | 536.00 |
| TUB Rheinland | | | | | | - | | 2,510.07 | | | | 2,510.07 |
| U of L Surgery | | | | | 40,900.00 | 40,900.00 | | | | | | - |
| U of U | | | | | 70.00 | 70.00 | | | | | | - |
| Veracity | | | 1,814.48 | | 5,024.56 | 6,839.04 | | | | | | - |
| Verizon Wireless | | | | | 1,537.53 | 1,537.53 | | | | | | - |
| Verizon Wireless | | | | 267.23 | 1,103.23 | 1,370.46 | | | | | | - |
| Vernay Labs | | | | | 11,581.76 | 11,581.76 | | | | | | - |
| Whipsaw | | | | | 28,102.00 | 28,102.00 | | | | | | - |
| Worldwide Express | | | 85.07 | 20.65 | | 105.72 | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| | | | | | | - | | | | | | - |
| Totals | - | 22,919.92 | 99,512.97 | 71,597.35 | 703,090.32 | 897,120.56 | 89,726.00 | 64,103.02 | - | - | - | 153,829.02 |
| Less: Professional Fees separately stated | | | | | | | (76,400.00) | (50,949.38) | | | | (127,349.38) |
| Net Payables | | | | | | | 13,326.00 | 13,153.64 | - | - | - | 26,479.64 |

**DEBTOR:**   Perseon Corporation                                   **CASE NO:**  16-24435 RKM

## Form 2-F
## QUARTERLY FEE SUMMARY *
**For the Month Ended:**    6/30/16

| Month | Year | Cash Disbursements ** | Quarterly Fee Due | Check No. | Date Paid |
|---|---|---|---|---|---|
| January | | $         -    | | | |
| February | | -    | | | |
| March | | -    | | | |
| **TOTAL 1st Quarter** | $ | -    $ | | | |
| April | | $         -    | | | |
| May | | (13,790.02) (1) | | | |
| June | | 245,029.30 | | | |
| **TOTAL 2nd Quarter** | $ | 245,029.30  $ | $1,950 | | |
| July | | $         -    | | | |
| August | | -    | | | |
| September | | -    | | | |
| **TOTAL 3rd Quarter** | $ | -    $ | | | |
| October | | $         -    | | | |
| November | | -    | | | |
| December | | -    | | | |
| **TOTAL 4th Quarter** | $ | -    $ | | | |

### FEE SCHEDULE (as of JANUARY 1, 2008)
*Subject to changes that may occur to 28 U.S.C. §1930(a)(6)*

| Quarterly Disbursements | Fee | Quarterly Disbursements | Fee |
|---|---|---|---|
| $0 to $14,999.................... | $325 | $1,000,000 to $1,999,999.............. | $6,500 |
| $15,000 to $74,999.......... | $650 | $2,000,000 to $2,999,999.............. | $9,750 |
| $75,000 to $149,999........ | $975 | $3,000,000 to $4,999,999.............. | $10,400 |
| $150,000 to $224,999...... | $1,625 | $5,000,000 to $14,999,999 ……. | $13,000 |
| $225,000 to $299,999...... | $1,950 | $15,000,000 to $29,999,999…. | $20,000 |
| $300,000 to $999,999...... | $4,875 | $30,000,000 or more | $30,000 |

NOTES:   '(1)  $13,790.02 of checks that were paid pre-petition, were subsequently voided post petition.  This negative amount was excluded from the calculation of quarterly fees due.

*  This summary is to reflect the current calendar year's information cumulative to the end of the reporting period

** Should agree with line 3, Form 2-B.  Disbursements are net of transfers to other debtor in possession bank accounts
*Failure to pay the quarterly fee is cause for conversion or dismissal of the chapter 11 case. [11 U.S.C. Sec. 1112(b)(10)]*
*In addition, unpaid fees are considered a debt owed to the United States and will be assessed interest under 31 U.S.C. §3717*

Page 1 of 1

Rev. 12/10/2009

**DEBTOR:** Perseon Corporation          **CASE NO:** 16-24435 RKM

**Form 2-G**
**NARRATIVE**
**For the Month Ended:** 6/30/16

**Please provide a brief description of any significant business and legal actions taken by the debtor, its creditors, or the court during the reporting period, any unusual or non-recurring accounting transactions that are reported in the financial statements, and any significant changes in the financial condition of the debtor which have occurred subsequent to the report date.**

On June 16, 2016, the Debtor held its 341 meeting of creditors.

On June 21, 2016, the Bankruptcy Court entered its Order (a) Authorizing Assumption of Asset Purchase Agreement, (b) Authorizing Bid Protections, (c) Authorizing Bidding Procedures and Auction, and (d) Scheduling Sale Hearing and Approving Notice Thereof [Docket No. 56] (the "Bidding Procedures Order"). The Bidding Procedures Order authorized the Debtor to assume its asset purchase agreement with MedLink Technologies, LLC, confirmed MedLink as the stalking horse bidder for the Debtor's assets, set a July 21, 2016 deadline for interested parties to submit bids for the Debtor's assets, set a July 25, 2016 auction for the Debtor's assets, and set a July 26, 2016 hearing to approve the sale of the Debtor's assets to the winning bidder at the auction.

Also in June, the Debtor filed motions to employ: Suntrust Robinson Humphrey, Inc. as its investment banker [Docket No. 57], Riley Astill as accountant [Docket No. 40], and David Green as chief restructuring consultant [Docket No. 59]. In addition to those motions, the Debtor filed a motion to assume a its employment agreement with Clinton Carnell – the Debtor's CEO [Docket No. 63]. The hearing on those motions was set for July 12, 2016.