**This order is SIGNED.**

 

**Dated: August 26, 2016**

**R. KIMBALL MOSIER**
**U.S. Bankruptcy Judge**

---

*Prepared and submitted by:*

Matthew M. Boley, Esq. (8536)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT  84111
Telephone:  801-363-4300
E-mail:  mboley@cohnekinghorn.com

Attorneys for *SunTrust Robinson Humphrey, Inc.*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| In re:<br><br>**PERSEON CORPORATION**,<br><br>Debtor. | Bankruptcy No. 16-24435 (RKM)<br><br>Chapter 11 |
|---|---|

**ORDER REDUCING TIME FOR OBJECTIONS TO AND HEARING ON THE
FIRST APPLICATION OF SUNTRUST ROBINSON HUMPHREY, INC.
FOR COMPENSATION FOR SERVICES RENDERED
AS INVESTMENT BANKER TO THE DEBTOR**

This matter is before the Court upon the *ex parte* motion of SunTrust Robinson Humphrey, Inc. ("**STRH**") requesting that the Court to reduce the time for notice of the hearing on, and to shorten the deadline for filing responses or objections to, the *First Application of SunTrust Robinson Humphrey, Inc. for Compensation for Services Rendered as Investment Banker to the Debtor* [Docket No. 179] (the "**Fee Application**").

The Court having reviewed the *ex parte* motion and having considered such other and further matters as the Court deemed appropriate and good cause appearing, it hereby is

**ORDERED**, pursuant to Federal Rule of Bankruptcy Procedure 9006(c) and Local Rule 9006-1(b), that the ex parte motion shall be, and hereby is, GRANTED; it is

**FURTHER ORDERED** that the <u>hearing</u> on the Fee Application shall be held on <u>September 8, 2016, at 2:00 p.m.</u>; it is

**FURTHER ORDERED** that the <u>deadline for</u> creditors and other parties-in-interest to file any <u>objection</u> or response to the Fee Application shall be <u>September 7, 2016, at 4:30 p.m.</u>; and it is

**FURTHER ORDERED** that both (a) the time for notice of the hearing on the Fee Application and (b) of the deadline to file responses or objections thereto shall be, and hereby are, reduced such that the notice mailed and served electronically on August 23, 2016 shall be, and hereby is, adequate and appropriate in the particular circumstances.

------------------------------------- END OF DOCUMENT -------------------------------------

**DESIGNATION OF PARTIES TO BE SERVED**

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Jeffrey M Armington    armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- Matthew M. Boley    mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Jeffrey Chubak    jchubak@samlegal.com
- David F. Crosby    dcrosby@nixonpeabody.com
- Anna W. Drake    drake@millertoone.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Penelope Parmes    Penelope.Parmes@troutmansanders.com
- E. Scott Savage    ssavage@sywlaw.com
- Sage M. Sigler    sage.sigler@alston.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

                                        /s/  Matthew M. Boley