FILED IN THE
UNITED STATES
BANKRUPTCY COURT

2016 AUG 29 A 11: 30

DISTRICT OF UTAH
MAIL

August 24, 2016

United States Bankruptcy Court
District of Utah
Central Division
Courtroom 301
350 South Main Street
Salt lake City, Utah 84101

Re: Perseon Corporation
    Case # 16-24435

Dear United States Bankruptcy Court,

As a senior secured Creditor and legal Claim Holder, I am filing a timely and strong objection to the Debtor request made on August 15, 2016 to convert this Chapter 11 Reorganization to Chapter 7 Liquidation. The Debtor, having deceptively forced a recent unilateral non-respective fraudulent and destructive 10:1 reverse split to hard-working honest shareholders (legal part-owners of the company), now proceeded on August 22, 2016 to attempt to sell off assets in a closing sale, further reducing shareholder retained earnings and value.

The Debtor, having alternative methods and processes for financing said company such as bank debt, debentures, bonds, secondary offering and issuance of stock, chose the debt method of stock issuance with the obligation to honor said Creditors such as myself and others. Creditors such as myself lent honest hard-earned monies to the Debtor, and now are being asked to receive less than full repayment, while the corporate executive are untouched and the completely biased paid for Attorneys for the Debtor, who have no money in the company, now concurrently are demanding full payment dollar for dollar from the Court.

The Court should not allow the deceptive senior executives of Perseon, their predecessor, BSD Medical Corporation, and now their biased non-objective Attorneys to disrespect and financially walk away from legal debt to Creditors, while these same deceitful senior executives and Board of Directors have made horrid business decisions, stripped the company of cash, value and retained earnings, and concurrently collected excessive salaries, stock options and bonuses over the past five (5) years prior to filing for Court protection.



A full and exhaustive Discovery should be made by the Court of all financial transactions both publically and personally of all said Perseon, BSD Medical Corporation, and Debtor Attorney senior executives over the years preceding the May 23, 2016 date of the documented Perseon and BSD executives' fraudulent attempts to hide in bankruptcy and run from legal debt.

As herein stated and timely documented, the Court should not allow a Chapter 7 Liquidation, not allow greedy corporate executives to escape repayment of legal debt not allow executives to avoid any personal financial pain, and not allow Attorneys for the Debtor be paid 100% dollar for dollar by the Debtor. The Debtor claims it has no monies, yet it is in fact paying Attorney fees and reorganization costs directly from the personal monies lent by honest hard-working Creditors to BSD Medical and the Perseon Corporation

Respectfully submitted,

Peter Spuler, Jr.
10800 Blackpowder Court
Fort Washington, Maryland 20744
(202) 746-1846 (office)
pete.spuler@comcast.net