**This order is SIGNED.**

**Dated: September 8, 2016**

 

**R. KIMBALL MOSIER
U.S. Bankruptcy Judge**

*Order Prepared and Submitted by:*

Matthew M. Boley, Esq. (8536)
**COHNE KINGHORN, P.C.**
111 East Broadway, 11th Floor
Salt Lake City, UT 84111
Telephone: 801-363-4300
E-mail: mboley@cohnekinghorn.com

Sage M. Sigler (admitted *pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street
Suite 4900
Atlanta, Georgia 30309
Telephone: 404-881-7000
Facsimile: 404-881-7777
Email: sage.sigler@alston.com

*Attorneys for SunTrust Robinson Humphrey, Inc.*

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 16-24435 |
| PERSEON CORPORATION, | Chapter 11 |
| Debtor. | Judge R. Kimball Mosier |

**ORDER APPROVING THE FIRST APPLICATION OF SUNTRUST ROBINSON HUMPHREY, INC. FOR COMPENSATION FOR SERVICES RENDERED AS INVESTMENT BANKER TO THE DEBTOR**

The Court having considered the First Application of SunTrust Robinson Humphrey, Inc. for Compensation for Services Rendered as Investment Banker to the Debtor [Docket No. 179] (the "Application") and the exhibits thereto, and the Court finding that: (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (c) notice of STRH's Application was sufficient under the circumstances; (d) the services rendered by Applicant for which compensation is requested in the Application were actual and necessary, and the compensation requested is reasonable, and (e) the legal and factual bases set forth in STRH's Application establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. The Application shall be, and hereby is GRANTED in all respects.

2. Pursuant to 11 U.S.C. § 330(a), compensation and reimbursement shall be, and hereby is, AWARDED to STRH in the total amount of $525,000, which is comprised of the "Advisory Fee" payable as compensation for services rendered by STRH for the Debtor's benefit in connection with this Chapter 11 case.

3. The amount awarded to STRH herein shall be, and hereby is, ALLOWED as a priority administrative expense of the Debtor's estate pursuant to 11 U.S.C. §§ 503(b)(2) and 507(a)(2).

4. The Debtor (and its successor-interest, if applicable) hereby is authorized and directed to immediately pay to STRH all of the foregoing amounts approved in this Order.

5. This Order is without prejudice to STRH's right to seek the reimbursement of fees, costs and expenses to which it may be entitled by separate application.

------------------------------------- END OF DOCUMENT -------------------------------------

## DESIGNATION OF PARTIES TO BE SERVED

Service of the foregoing Order shall be served to the parties and in the manner designated below:

**By Electronic Service:** I certify that the parties of the record in this case as identified below, are registered CM/ECF users and will be served notice of entry of the foregoing Order through the CM/ECF system:

- Jeffrey M Armington    armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- Matthew M. Boley    mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Jeffrey Chubak    jchubak@samlegal.com
- David F. Crosby    dcrosby@nixonpeabody.com
- Anna W. Drake    drake@millertoone.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Penelope Parmes    Penelope.Parmes@troutmansanders.com
- E. Scott Savage    ssavage@sywlaw.com
- Sage M. Sigler    sage.sigler@alston.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

/s/ Matthew M. Boley