Anna W. Drake, No. A0909
MILLER TOONE, P.C.
165 South Regent Street
Salt Lake City, UT  84111
Telephone: (801) 363-5600
Facsimile:  (801) 363-5601
Email:  drake@millertoone.com
  *Attorneys for Jennifer R. Hoglin, Benjamin Curtis Beckham,*
  *Brian Meltzer, and Todd H. Turnlund*

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re: | Bankruptcy No. 16-24435 (RKM) |
|---|---|
| PERSEON CORPORATION, | (Chapter 11) |
| Debtor. | Honorable R. Kimball Mosier |

**JOINDER IN DEBTOR'S OBJECTION TO MOTION FOR ORDER**
**CONVERTING CASE TO CHAPTER 7**

Jennifer R. Hoglin, Benjamin Curtis Beckham, Brian Meltzer, and Todd H. Turnlund (**"Former Employees"**) hereby object to the *Motion for Order Converting Case to Chapter 7* (**"Motion"**) [Dkt. No. 162] filed by B.E. Capital Management Fund LP, and in support thereof, respectfully represent as follows:

1.     In support of this objection, the Former Employees join in the *Debtor's Objection to Motion for Order Converting Case to Chapter 7* (**"Debtor's Objection"**) [Dkt. No. 204].

2.     In further support of this objection, the Former Employees assert that the Debtor's plan and disclosure statement included within its motion to approve its disclosure statement filed on September 19, 2016 [Dkt. No. 211] provide for payment in full to the Former Employees,

plus interest. No purpose would be served at this time for converting this case to a Chapter 7 case.

    WHEREFORE, the Former Employees pray that the Motion be dismissed and that they have such other and further relief as is just.

    DATED this 20th day of September, 2016.

                                */s/ Anna W. Drake*
                                Anna W. Drake, No. 0909
                                MILLER TOONE, P.C.
                                165 South Regent Street
                                Salt Lake City, Utah 84111
                                   *Attorneys for Jennifer R. Hoglin, Benjamin Curtis Beckham, Brian Meltzer, and Todd H. Turnlund*

## CERTIFICATE OF SERVICE - BY NOTICE OF ELECTRONIC FILING (CM/ECF)

I hereby certify that on September 20, 2016, I electronically filed the foregoing Limited Objection with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system. I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system:

- Jeffrey M Armington    armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Anna W. Drake    drake@millertoone.com
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Penelope Parmes    Penelope.Parmes@troutmansanders.com
- E. Scott Savage    ssavage@sywlaw.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

## CERTIFICATE OF SERVICE - MAIL, OTHER

I hereby certify that on September 20, 2016, I caused to be served a true and correct copy of the foregoing Limited Objection as follows:

**E-mail, addressed to:**

Jeffrey Chubak, Esq.
jchubak@samlegal.com

Michael Johnson
mjohnson@rqn.com

Steven T. Waterman
Waterman.steven@dorsey.com

*/s/ Anna W. Drake*