Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  waterman.steven@dorsey.com
        thomson.michael@dorsey.com
        armington.jeff@dorsey.com

*Attorneys for Debtor-in-Possession BSD Medical Corporation fka Perseon Corporation*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| In re:<br><br>BSD MEDICAL CORPORATION fka PERSEON CORPORATION,<br><br>Debtor. | Case No. 16-24435<br><br>Chapter 11<br><br>Chief Judge R. Kimball Mosier |
|---|---|

**NOTICE OF CLOSING DEBTOR BANK ACCOUNT**

**PLEASE TAKE NOTICE** that on September 19, 2016, BSD Medical Corporation fka Perseon Corporation, on behalf of itself and as debtor in possession in the above-captioned case (the "Debtor"), closed the Debtor's Bank Account identified as Wells Fargo 5217 (the "Closed Account") in the Debtor's *Emergency Motion for Order Authorizing Debtor to Continue use of its Existing Bank Accounts and Existing Business Forms* [Docket No. 7] (the "Cash Management Motion").[1]  Upon closing of the Closed Account, the Debtor transferred the entire $4,665.12 balance in the Closed Account into the Debtor's main operating Bank Account – Wells Fargo 1802 – to avoid incurring additional bank fees related to the Closed Account.  Pursuant to the Court's Order granting the Cash Management Motion [Docket No. 34], the Debtor is required to provide notice of the opening or closing of any post-petition account with a bank or financial institution to the Court and the U.S. Trustee within 7 days thereof.

DATED this 20th day of September, 2016.

**DORSEY & WHITNEY LLP**

*/s/ Jeffrey M. Armington*
Steven T. Waterman
Michael F. Thomson
Jeffrey M. Armington
*Attorneys for Debtor in Possession BSD Medical Corporation fka Perseon Corporation*

---

[1] Capitalized terms used herein and not defined shall have the meanings ascribed to them in the Cash Management Motion.

2

**CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)**

I hereby certify that on the 20th day of September, 2016, I electronically filed the foregoing **NOTICE OF CLOSING DEBTOR BANK ACCOUNT** with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system:

- Jeffrey M Armington    armington.jeff@dorsey.com, asmus.natasha@dorsey.com;ventrello.ashley@dorsey.com
- Matthew M. Boley    mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com
- Kenneth L. Cannon    kcannon@djplaw.com, khughes@djplaw.com
- Jeffrey Chubak    jchubak@samlegal.com
- David F. Crosby    dcrosby@nixonpeabody.com
- Anna W. Drake    drake@millertoone.com
- Matthew A. Gold    courts@argopartners.net
- Michael R. Johnson    mjohnson@rqn.com, docket@rqn.com;dburton@rqn.com
- David H. Leigh    dleigh@rqn.com, dburton@rqn.com;docket@rqn.com
- John T. Morgan tr    john.t.morgan@usdoj.gov, James.Gee@usdoj.gov;Lindsey.Huston@usdoj.gov;Suzanne.Verhaal@usdoj.gov
- Penelope Parmes    Penelope.Parmes@troutmansanders.com
- E. Scott Savage    ssavage@sywlaw.com
- Sage M. Sigler    sage.sigler@alston.com
- United States Trustee    USTPRegion19.SK.ECF@usdoj.gov
- Steven T. Waterman    waterman.steven@dorsey.com, bingham.karen@dorsey.com;ventrello.ashley@dorsey.com

*/ s / Jeffrey M. Armington*