## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re: | Case No. 16-24435 |
| BSD MEDICAL CORPORATION fka Perseon Corporation, | Chapter 11 |
| Debtor. | Chief Judge Kimball R. Mosier |

### DECLARATION OF JEFFREY CHUBAK

I, Jeffrey Chubak, hereby declare:

1.      I am an attorney at Storch Amini & Munves PC, counsel to B.E. Capital Management Fund LP in this case.  I submit this declaration pursuant to Section 2 of the Settlement Agreement among the Debtor, B.E. Capital, and Clinton E. Carnell, Jr., attached as Exhibit A to the Debtors' motion to approve the Settlement Agreement, filed October 14, 2016 [ECF No. 252].

2.      Attached hereto as <u>Exhibit 1</u> are true and correct copies of invoices my firm provided to B.E. Capital for services rendered in June, July, August, and September of this year. Minor redactions have been made to my firm's invoices for the purpose of preserving privilege.

3.      Attached hereto as <u>Exhibit 2</u> are true and correct copies of invoices B.E. Capital's local counsel, Ray Quinney & Nebeker P.C., provided to B.E. Capital for services rendered during July, August, and September of this year.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 14, 2016.

/s/ Jeffrey Chubak

## **EXHIBIT 1**

**Storch Amini & Munves Invoices**

**STORCH AMINI & MUNVES PC**

2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
212 490-4100

*Invoice submitted to:*
David Earls
BE Capital Management Fund LP
205 East 42nd Street, 14th Floor
New York, NY 10017

July 15, 2016
File #2156.01

*Invoice* # 29250

*In Reference To:* General

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 6/24/2016 JC | Telephone conference with T. Braziel, D. Earls re: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ (.4); review 8-K and employment agreement, and email conclusions re: same to T. Braziel, D. Earls (1.2) | 1.60 | 720.00 |
| | **For professional services rendered** | **1.60** | **$720.00** |
| | **Previous balance** | | **$1,845.00** |
| 6/28/2016 | Payment - Thank You. Check No. Wire | | ($1,845.00) |
| | **Total payments and adjustments** | | **($1,845.00)** |
| | **Balance due** | | **$720.00** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Jeff Chubak - Associate | 1.60 | $720.00 |

# STORCH AMINI PC

2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY  10017
212 490-4100

---

Invoice submitted to:
David Earls
BE Capital Management Fund LP
205 East 42nd Street, 14th Floor
New York, NY 10017

August 15, 2016
File #2156.01

*Invoice* # 29339

In Reference To:  General

Professional Services

| | | | Hours | Amount |
|---|---|---|---|---|
| 7/1/2016 | JC | Teleconference with T. Braziel re: Perseon and contemplated ▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ | 0.40 | 180.00 |
| 7/5/2016 | JC | Review Carnell Employment Agreement and Amendment and motion to assume the same; research; draft objection to motion | 4.20 | 1,890.00 |
| 7/6/2016 | JC | Email, teleconference with T. Braziel re: retention objections ▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇ research, draft objections to Dorsey & SunTrust retention applications; review applications and related additional court filings (SOFA, Schedules, etc.) | 4.50 | 2,025.00 |
| 7/7/2016 | JC | Conference with local counsel; review/revise draft retention and executive compensation objections; conduct further research and finalize same; email with S. Waterman (Dorsey) re: telephonic appearance; draft administrative telephonic appearance motion | 3.80 | 1,710.00 |
| 7/8/2016 | JC | Finalize objections; review local counsel filing versions; email with T. Braziel re: same; email with S. Waterman re: telephonic appearance; review Alex Epting filing; email with T. Braziel re: same | 1.50 | 675.00 |
| 7/11/2016 | JC | Email with T. Braziel re: upcoming hearing; review US Trustee objections | 0.70 | 315.00 |
| 7/12/2016 | JC | Attend telephonic hearing; email update to T. Braziel re: same | 2.20 | 990.00 |
| 7/13/2016 | JC | Email with T. Braziel re: potential issues associated with contemplated purchase of B. Beckham claim and review employment agreement in connection with same; research re: ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ email with T. Braziel re: same | 1.20 | 540.00 |
| 7/15/2016 | JC | Teleconferences, emails with S. Sigler (Alston & Bird, SunTrust counsel) re: resolution of SunTrust objection via negotiated reduction in transaction fee; teleconferences with T. Braziel re: same; review Carnell, Dorsey supplemental pleadings and email with T. Braziel re: same | 2.70 | 1,215.00 |

David Earls                                                                                              Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 7/18/2016 | JC | Research, draft response to Dorsey supplemental declaration re: preference exposure; email with US Trustee's office; research re: possibility of converting case as a result of debtor's representation that it would pay Carnell base salary/bonus without prior court approval; email with T. Braziel re: foregoing; review Board resolutions filed by debtor; email with S. Sigler re: US Trustee opposition to settlement | 6.80 | 3,060.00 |
| 7/19/2016 | JC | Attend hearing on retention application, Carnell application; email with T. Braziel re: results of same | 1.50 | 675.00 |
|  | YH | Coordinated getting transcript of hearing on 7/19/16 | 0.50 | 49.50 |
| 7/20/2016 | JC | Markup claim transfer agreement with respect to proposed Beckham transaction; email with T. Braziel re: same | 0.40 | 180.00 |
| 7/25/2016 | JC | Review pre-hearing filings with respect to sale motion | 0.30 | 135.00 |
| 7/26/2016 | JC | Attend sale hearing and hearing on Dorsey retention; teleconference with D. Leigh prior to same; research re: whether retention order is interlocutory; research; draft motion for order determining it is not, or alternatively, granting leave to appeal | 9.30 | 4,185.00 |
| 7/27/2016 | JC | Research; draft motion to convert; review transcript of July 19 hearing; conference with T. Braziel re: next steps | 7.40 | 3,330.00 |
| 7/29/2016 | JC | Research; draft motion to convert; conference with D. Leigh re: contemplated motion | 1.00 | 450.00 |
|  |  | **For professional services rendered** | **48.40** | **$21,604.50** |

Disbursements:

|  |  |  | Qty/Price |  |
|---|---|---|---|---|
| 7/5/2016 | Taxi | Taxi - JC home | 1 52.04 | 52.04 |
| 7/7/2016 | Taxi | Taxi - JC home | 1 50.20 | 50.20 |
| 7/18/2016 | Meals | Meals - Dinner for JC | 1 18.10 | 18.10 |
| 7/19/2016 | Court Reporter | Court reporter - Laura W. Robinson - Transcript of bankruptcy hearing before Judge Mosier | 1 135.80 | 135.80 |
| 7/26/2016 | Taxi | Taxi - JC home | 1 50.02 | 50.02 |

David Earls                                                                          Page    3

| | Qty/Price | Amount |
|---|---|---|
| 7/31/2016 Postage | 1 | 1.15 |
| Postage charges for July 2016 | 1.15 | |
| | | |
| Research | 1 | 1,086.63 |
| Research - Westlaw charges for July 2016 | 1,086.63 | |

| | |
|---|---|
| **Total costs** | **$1,393.94** |
| **Total amount of this bill** | **$22,998.44** |
| **Previous balance** | **$720.00** |
| **Balance due** | **$23,718.44** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Jeff Chubak - Associate | 47.90 | $21,555.00 |
| Yarden Hodes - Paralegal | 0.50 | $49.50 |

# STORCH AMINI MUNVES PC

2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
212 490-4100

_Invoice submitted to:_
David Earls
BE Capital Management Fund LP
205 East 42nd Street, 14th Floor
New York, NY 10017

September 23, 2016
File # 2156.01

_Invoice_ # 29471

_In Reference To:_  General

Professional Services

| | | Hours | Amount |
|---|---|---|---|
| 8/2/2016 JC | Review Carnell order; email with T. Braziel re: appeal | 0.20 | 90.00 |
| 8/3/2016 JC | Research re: ▮▮▮▮▮ email with T. Braziel re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮ teleconference re: same | 0.60 | 270.00 |
| 8/4/2016 JC | Teleconference with T. Braziel re: ▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ email with T. Braziel re: same | 0.70 | 315.00 |
| AE | Ordered hearing transcript from 7/12 per JC; calls with clerk re: access to transcripts on docket | 0.90 | 99.00 |
| 8/5/2016 JC | Email with T. Braziel re: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.30 | 135.00 |
| 8/8/2016 JC | Email with T. Braziel re: former employee allegations re: fiduciary duty breach | 0.20 | 90.00 |
| 8/10/2016 JC | Email with T. Braziel re: ▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮ review related claim/schedules | 0.30 | 135.00 |
| JC | Email with T. Braziel re: ▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮▮▮▮ | 0.20 | 90.00 |
| 8/11/2016 JC | Review sale hearing-related docket entries/pleadings in Perseon | 0.20 | 90.00 |
| 8/12/2016 JC | Email with D. Leigh re: filing motion to convert | 0.30 | 135.00 |
| 8/15/2016 JC | Finalize motion for leave to appeal and notice of appeal; email with D. Leigh re: filing of same | 0.50 | 225.00 |
| AE | Prepared TOA for appeal brief per JC | 1.00 | 110.00 |
| 8/16/2016 JC | Draft interrogatories re: Carnell postpetition compensation and serve same; file notice of appeal | 0.70 | 315.00 |

David Earls                                                                            Page    2

| | | Hours | Amount |
|---|---|---|---|
| 8/17/2016 JC | Email with local counsel re: Dorsey retention appeal | 0.30 | 135.00 |
| 8/18/2016 JC | Review order to show cause from 10th circuit BAP re: whether Carnell order is final or interlocutory and draft response to same | 6.40 | 2,880.00 |
| 8/24/2016 JC | Teleconference with S. Waterman; email with local counsel re: suspension of briefing | 0.40 | 180.00 |
| 8/29/2016 JC | Finalize administrative pleadings, memorandum of law in response to order to show cause in Carnell appeal; statement of issues and record on appeal; email with D. Leigh, M. Johnson re: same | 1.80 | 810.00 |
| AE | Prepared TOA for appeal brief per JC | 1.00 | 110.00 |
| **For professional services rendered** | | **16.00** | **$6,214.00** |

Disbursements:

| | | Qty/Price | |
|---|---|---|---|
| 8/16/2016 Filing Fee | | 1 | 298.00 |
| Filing Fee - US Bankruptcy Court, District of Utah - Notice of Appeal | | 298.00 | |
| 8/18/2016 Taxi | | 1 | 53.25 |
| Taxi - JC home | | 53.25 | |
| 8/31/2016 Photocopying | | 4 | 0.80 |
| Photocopies and direct to copier print jobs for August 2016 | | 0.20 | |
| Postage | | 1 | 0.46 |
| Postage charges for August 2016 | | 0.46 | |
| Research | | 1 | 141.20 |
| Research - Westlaw charges for August 2016 | | 141.20 | |
| **Total costs** | | | **$493.71** |
| **Total amount of this bill** | | | **$6,707.71** |
| **Previous balance** | | | **$23,718.44** |
| **Balance due** | | | **$30,426.15** |

Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Jeff Chubak - Associate | 13.10 | $5,895.00 |

David Earls                                                                    Page      3

| Name | Hours | Amount |
|---|---|---|
| Adam Engel - Paralegal | 2.90 | $319.00 |

**STORCH AMINI & MUNVES PC**
2 Grand Central Tower
140 East 45th Street, 25th Floor
New York, NY 10017
212 490-4100

---

*Invoice submitted to:*
David Earls
BE Capital Management Fund LP
205 East 42nd Street, 14th Floor
New York, NY 10017

October 10, 2016
File # 2156.01

*Invoice # 29481*

*In Reference To:* General

Professional Services

|  |  | Hours | Amount |
|---|---|---|---|
| 9/1/2016 JC | Conference with S. Sigler re: response deadline extension; confirmatory email re: same | 0.30 | 135.00 |
| 9/2/2016 JC | Review debtors' objection to motion to convert; draft reply in support of same | 1.70 | 765.00 |
| 9/4/2016 JC | Research; draft opposition to debtors' objection to motion to convert | 4.30 | 1,935.00 |
| 9/6/2016 JC | Review debtors' memorandum in response to order to show cause in Carnell appeal; email with T. Braziel re: same; email with D. Leigh re: default on retention appeal | 0.90 | 405.00 |
| 9/7/2016 JC | Research; draft reply in support of motion to convert; email with T. Braziel re: same | 2.20 | 990.00 |
| 9/8/2016 JC | Teleconference with S. Waterman re: setting up settlement conference; email with T. Braziel re: same; follow-up email re: potential available settlement consideration; review motion to reject C. Carnell employment agreement | 0.60 | 270.00 |
| 9/9/2016 JC | Finalize reply in support of motion to convert and email with D. Leigh re: same | 0.60 | 270.00 |
| 9/13/2016 JC | Teleconference with S. Waterman, K. Block re: motion to convert; follow-up conference with T. Braziel | 1.20 | 540.00 |
| 9/15/2016 JC | Teleconference with S. Waterman re: settlement proposal; email with T. Braziel re: same | 0.30 | 135.00 |
| 9/19/2016 JC | Review solicitation procedures and disclosure statement approval motion, disclosure statement and plan; preparation for next day's hearing; review interrogatory response | 1.20 | 540.00 |
| 9/20/2016 JC | Travel time; attend telephonic hearing; emails, teleconference with T. Braziel re: same; follow-up emails with S. Waterman; draft statement of issues and record on appeal; email D. Leigh re: same | 9.30 | 4,185.00 |

David Earls                                                                                    Page    2

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 9/21/2016 | JC | Teleconference with S. Waterman re: plan and disclosure statement-related questions; review public/private warrants with regard to subordination issues | 1.00 | 450.00 |
| 9/23/2016 | JC | Email with S. Waterman re: liquidation preference for private warrants | 0.10 | 45.00 |
| 9/29/2016 | JC | Teleconference with J. Armington re: potential resolution of contested matter; follow up with T. Braziel re: same and conferences with C. Carnell | 0.60 | 270.00 |
| 9/30/2016 | JC | Teleconferences, emails with S. Waterman, T. Braziel re: finalization of proposed settlement | 0.80 | 360.00 |
|  |  | **For professional services rendered** | **25.10** | **$11,295.00** |

Disbursements:

|  |  | Qty/Price |  |
|---|---|---|---|
| 9/4/2016 | Meals | 1 | 21.93 |
|  | Meals - Lunch for JC | 21.93 |  |
| 9/7/2016 | Airfare | 1 | 347.20 |
|  | Airfare - JC to/from Salt Lake City 9/20/16 | 347.20 |  |
| 9/20/2016 | Taxi | 1 | 49.85 |
|  | Taxi - JC home | 49.85 |  |
|  | Taxi | 1 | 38.34 |
|  | Taxi - JC to office from LGA | 38.34 |  |
|  | Taxi | 1 | 48.00 |
|  | Taxi - JC to airport | 48.00 |  |
| 9/30/2016 | Photocopying | 328 | 65.60 |
|  | Photocopies and direct to copier print jobs for September 2016 | 0.20 |  |
|  | Research | 1 | 470.51 |
|  | Research - Westlaw charges for September 2016 | 470.51 |  |
|  | Research | 1 | 111.10 |
|  | Research- Pacer charges for July through September 2016 | 111.10 |  |
|  | **Total costs** |  | **$1,152.53** |
|  | **Total amount of this bill** |  | **$12,447.53** |
|  | **Previous balance** |  | **$30,426.15** |

David Earls                                                                                     Page    3

| | **Amount** |
|---|---|
| **Balance due** | **$42,873.68** |

## Attorney Summary

| Name | Hours | Amount |
|---|---|---|
| Jeff Chubak - Associate | 25.10 | $11,295.00 |

## **<u>EXHIBIT 2</u>**

**Ray Quinney & Nebeker Invoices**



RAY QUINNEY & NEBEKER
ATTORNEYS AT LAW

PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
**www.RQN.com**

B.E. Capital Management Fund LP                                    August 26, 2016
David Earls                                                        Invoice: 525925
Thomas Braziel
205 East 42nd Street, 14th
New York, NY  10017

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through July 31, 2016:

**Client-Matter: 47730 - 1**
**Billing Attorney: M. R. Johnson**

RE:   In re Perseon Corporation

|  |  |
|---|---|
| Professional Services | $ 5,764.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 5,764.00** |

Invoice: 525925

**Client-Matter: 47730 - 1**

**RE:  In re Perseon Corporation**

## PROFESSIONAL SERVICES RENDERED

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|-----------------------------------|-------|--------|
| 7/08/16 | MJOH | Review, edit and revise various pleadings/objections/orders; telephone conferences with lead counsel regarding same; review and respond to numerous emails. | 2.30 | 874.00 |
| 7/11/16 | MJOH | Telephone conference with A. Drake; review objections/responses filed July 11, and forward same to lead counsel in New York. | .80 | 304.00 |
| 7/11/16 | DLEI | Receive email correspondences from M. Johnson, J. Chubak; and D. Burton. | .20 | 66.00 |
| 7/11/16 | DLEI | Phone conference with J. Straley regarding J. Chubak appearance at hearing (.1); Inform M. Johnson regarding same (.1); Phone conference with A. Drake (.3). | .50 | 165.00 |
| 7/11/16 | DLEI | Receive and review email correspondence from A. Drake with comments from phone conference with Debtor's counsel and attached limited objection (.1); Review limited objection (.1); Strategize with M. Johnson regarding same (.1). | .30 | 99.00 |
| 7/12/16 | MJOH | Telephone conference with S. Waterman. | .20 | 76.00 |
| 7/12/16 | MJOH | Telephone conference with lead counsel. | .30 | 114.00 |
| 7/12/16 | DLEI | Review Pleadings filed by Debtor and BE CAPITAL and US TRUSTEE objections to same and prepare for hearing (2.7); Phone conference with S. Waterman (.1). | 2.80 | 924.00 |
| 7/12/16 | DLEI | Travel to and attendance on hearing on professional employment applications (2.8); Phone conference with J. Chubak regarding same (.2). | 3.00 | 990.00 |
| 7/14/16 | DLEI | Receive and review notice of entry of Order approving applications. | .10 | 33.00 |
| 7/15/16 | DLEI | Receive and review Notice of pending orders. | .10 | 33.00 |
| 7/15/16 | DLEI | Draft email correspondence to J. Chubak asking for update on efforts to discuss Tuesday's hearing with S. Waterman and thoughts regarding attendance at hearing. | .10 | 33.00 |
| 7/15/16 | DLEI | Receive email correspondence from J. Chubak; Review email correspondence; Draft email correspondence to J. Chubak. | .10 | 33.00 |
| 7/18/16 | MJOH | Review, edit and revise response to supplemental Dorsey declaration; strategize regarding same. | .50 | 190.00 |

Invoice: 525925

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 7/18/16 | DLEI | Receive follow up email correspondence from J. Chubak with objection to supplemental declaration of Steven T. Waterman (.1); Phone conference with J. Chubak (.1); Review Objection (.2); Draft email correspondence to J. Chubak with minor suggested changes (.1); Receive and review email correspondence from J. Chubak authorizing changes; Strategize with M. Johnson regarding same (.2). | .70 | 231.00 |
| 7/18/16 | DLEI | Strategize with M. Johnson regarding Objection. (.1); Draft email correspondence to J. Chubak confirming filing; receive and review response to same (.1). | .20 | 66.00 |
| 7/18/16 | DLEI | Receive and review corporate resolution (.1); Receive and review email correspondence from J. Chubak to J. Morgan (.1). | .20 | 66.00 |
| 7/18/16 | DLEI | Receive and review email correspondences from J. Chubak; Strategize with M. Johnson regarding same. | .20 | 66.00 |
| 7/19/16 | DLEI | Phone conference with M. Boley (.1); Draft email correspondence to J. Chubak; receive and review response to same (.1); review pleadings in preparation for hearing (.6). | .80 | 264.00 |
| 7/19/16 | DLEI | Travel and attendance at hearing and phone conference with J. Chubak regarding same. | 1.50 | 495.00 |
| 7/21/16 | DLEI | Review docket entries relating to Dorsey and Carnell employment applications and motions. | .10 | 33.00 |
| 7/22/16 | DLEI | Receive and review proposed Orders (.1); Draft email correspondence to J. Chubak (.1). | .20 | 66.00 |
| 7/26/16 | MJOH | Strategize regarding options and next steps. | .30 | 114.00 |
| 7/26/16 | DLEI | Phone conference with J. Chubak (.1); Review revised declaration (.1); Attend hearing on same (1.0); Follow up phone conference with J. Chubak (.1). | 1.30 | 429.00 |

### TOTAL PROFESSIONAL SERVICES $ 5,764.00

**FEE SUMMARY BY ATTORNEY**

### TOTAL THIS INVOICE $ 5,764.00



PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
**www.RQN.com**

B.E. Capital Management Fund LP
David Earls
Thomas Braziel
205 East 42nd Street, 14th
New York, NY  10017

August 26, 2016
Invoice: 525925

---

## REMITTANCE ADVICE

**Client-Matter: 47730 - 1**
**Billing Attorney: M. R. Johnson**

RE:   In re Perseon Corporation

---

### BALANCE DUE THIS INVOICE              $ 5,764.00

---

Please return this advice with payment to:      Ray Quinney & Nebeker PC
ATTN:  Accounts Receivable
PO Box 45385
Salt Lake City, UT 84145-0385


### PAYMENT DUE UPON RECEIPT

### TO PAY ON-LINE, PLEASE VISIT http://rqn.com/payments/


*Thank you!*
*Your business is greatly appreciated.*



RAY QUINNEY & NEBEKER
A T T O R N E Y S   A T   L A W

PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
**www.RQN.com**

B.E. Capital Management Fund LP
David Earls
Thomas Braziel
205 East 42nd Street, 14th
New York, NY  10017

September 22, 2016
Invoice: 527893

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through August 31, 2016:

**Client-Matter: 47730 - 1**
**Billing Attorney: M. R. Johnson**

RE:   In re Perseon Corporation

| | |
|---|---|
| Professional Services | $ 2,165.00 |
| Total Costs Advanced | $ 992.12 |
| **TOTAL THIS INVOICE** | **$ 3,157.12** |
| Previous Balance | $ 5,764.00 |
| **TOTAL BALANCE DUE** | **$ 8,921.12** |

BECKER

Invoice: 527893

**Client-Matter: 47730 - 1**

**RE:  In re Perseon Corporation**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|------|------|----------------------------------|-------|--------|
| 8/01/16 | DLEI | Draft email correspondence to J. Chubak; Receive and review response to same; Draft follow up email correspondence to J. Chubak; Notes to file. | .10 | 33.00 |
| 8/04/16 | DLEI | Receive and review notice of entry of various orders. | .10 | 33.00 |
| 8/12/16 | DLEI | Review, revise, and finalize notice to conform with local rules and requirements (.3); Review, revise, and finalize Motion to Convert (.2). | .50 | 165.00 |
| 8/12/16 | DLEI | Receive and review email correspondences from J. Chubak; respond to same; phone conference with J. Chubak. | .20 | 66.00 |
| 8/15/16 | DLEI | Receive email correspondence from J. Chubak; Respond to same (.1); Provide information for Court Clerk regarding statutory requirements for hearing; Receive and review message regarding same; Phone conference with J. Chubak regarding same (.2). | .30 | 99.00 |
| 8/16/16 | MJOH | Review and analyze recently filed pleadings. | .40 | 152.00 |
| 8/17/16 | MJOH | Review, edit and revise appeal papers; telephone conference with lead counsel; perfect appeal. | .80 | 304.00 |
| 8/17/16 | CHUR | Office conferences with M. Johnson regarding notice of appeal of order regarding salary of C. Carnell filed 8/16 and need to file notice of appeal of Dorsey Employment order; review and edit motion for leave to appeal; add certificates of service on motion and notice; format and e-file all. | 3.20 | 480.00 |
| 8/18/16 | CHUR | Finalize and e-file certificate of service regarding notice of appeal to salary order. | .40 | 60.00 |
| 8/19/16 | MJOH | Review notices from court regarding appeals; email to lead counsel regarding same; discuss same with paralegal. | .30 | 114.00 |
| 8/19/16 | DLEI | Receive and review notice of status conference. | .10 | 33.00 |
| 8/24/16 | DLEI | Receive Notice of Sale Transaction. | .10 | 33.00 |
| 8/29/16 | MJOH | Emails with lead counsel regarding appellate issues. | .20 | 76.00 |
| 8/30/16 | MJOH | Review and finalize appeal documents. | .80 | 304.00 |
| 8/30/16 | DLEI | Receive and review creditor correspondence and objection to motion to convert. | .10 | 33.00 |

BECKER

Invoice: 527893

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 8/30/16 | DLEI | Phone conference with J. Chubak; Confirm with M. Johnson regarding appeal document filing; draft email correspondence to J. Chubak regarding same (.2); Review local rules; Phone conference with J. Chubak regarding same [COURTESY NO CHARGE]. | .20 | 66.00 |
| 8/31/16 | MJOH | Review Monthly Operating Reports for May and June, 2016. | .30 | 114.00 |

### TOTAL PROFESSIONAL SERVICES$2,165.00

**FEE SUMMARY BY ATTORNEY**

| Name | ID | Staff Level | Hours | Rate | Total |
|---|---|---|---|---|---|
| M. R. Johnson | MJOH | Shareholder | 2.80 | 380.00 | 1,064.00 |
| D. H. Leigh | DLEI | Shareholder | 1.70 | 330.00 | 561.00 |
| C. Hurst | CHUR | Paralegal | 3.60 | 150.00 | 540.00 |
| **TOTALS** | | | **8.10** | | **$ 2,165.00** |

**COSTS ADVANCED**

| Date | Description | Amount |
|---|---|---|
| 7/08/16 | U.S. Bankruptcy Court, Filing Fees, 7/8/2016, 2444500, Filing Fee | 250.00 |
| 7/19/16 | David H. Leigh, Parking Expense, 7/19/2016, DHL071916, Parking Expense 7/19 22/1 | 12.00 |
| | Postage | 94.52 |
| 8/12/16 | U.S. Bankruptcy Court, Filing Fees, 8/12/2016, 2444500, Filing Fee | 15.00 |
| 8/17/16 | U.S. Bankruptcy Court, File Motion, 8/17/2016, 2444500, File Motion For Leave To | 5.00 |
| 8/17/16 | U.S. Bankruptcy Court, File Notice of Appeal, 8/17/2016, 2444500, File Notice Of Appeal | 298.00 |
| | Copying Expense | 317.60 |

### TOTAL COSTS ADVANCED$992.12

### TOTAL THIS INVOICE$3,157.12

RAY QUINNEY & NEBEKER

Invoice: 527893

**INVOICES OUTSTANDING**

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 525925 | 8/26/16 | 5,764.00 | .00 | 5,764.00 |

Previous Balance                                      $ 5,764.00

Balance Due This Invoice                          $ 3,157.12

**TOTAL BALANCE DUE**                      **$ 8,921.12**

4



RAY QUINNEY & NEBEKER
ATTORNEYS AT LAW

PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
**www.RQN.com**

B.E. Capital Management Fund LP
David Earls
Thomas Braziel
205 East 42nd Street, 14th
New York, NY  10017

September 22, 2016
Invoice: 527893

---

## REMITTANCE ADVICE

**Client-Matter: 47730 - 1**
**Billing Attorney: M. R. Johnson**

RE:   In re Perseon Corporation

---

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 3,157.12** |
| Previous Balance | $ 5,764.00 |
| **TOTAL BALANCE DUE** | **$ 8,921.12** |

---

Please return this advice with payment to:    Ray Quinney & Nebeker PC
ATTN:  Accounts Receivable
PO Box 45385
Salt Lake City, UT 84145-0385

### PAYMENT DUE UPON RECEIPT

### TO PAY ON-LINE, PLEASE VISIT http://rqn.com/payments/

*Thank you!*
*Your business is greatly appreciated.*

 RAY QUINNEY & NEBEKER

ATTORNEYS AT LAW

PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
www.RQN.com

B.E. Capital Management Fund LP                                October 14, 2016
David Earls                                                    Invoice: 530012
Thomas Braziel
205 East 42nd Street, 14th
New York, NY  10017

---

# INVOICE SUMMARY

For professional services rendered and costs advanced through September 30, 2016:

**Client-Matter: 47730 - 1**
**Billing Attorney: M. R. Johnson**

RE:   In re Perseon Corporation

|  |  |
|---|---|
| Professional Services | $ 753.00 |
| Total Costs Advanced | $ .00 |
| **TOTAL THIS INVOICE** | **$ 753.00** |
| Previous Balance | $ 8,921.12 |
| **TOTAL BALANCE DUE** | **$ 9,674.12** |

RAY QUINNEY & NEBEKER

Invoice: 530012

**Client-Matter: 47730 - 1**

**RE:  In re Perseon Corporation**

**PROFESSIONAL SERVICES RENDERED**

| Date | Atty | Description of Services Rendered | Hours | Amount |
|---|---|---|---|---|
| 9/01/16 | DLEI | Receive email correspondence from J. Chubak; Confirm regarding Local Rule 9006-1; Phone conference with J. Chubak regarding same. | .20 | 66.00 |
| 9/09/16 | MJOH | Review retention appeal docket and federal and local BAP rules; emails with J. Chubak regarding  next steps  in light of failure of Dorsey to respond to motion for leave to appeal. | .30 | 114.00 |
| 9/13/16 | DLEI | Receive and review notice of filing of motion and notice of hearing and of objection deadline. | .10 | 33.00 |
| 9/13/16 | DLEI | Review docket to confirm proof of claim deadline (.1); Draft email correspondence to J. Chubak regarding same; Receive and review email correspondence from J. Chubak regarding same; notes to file; Draft email correspondence to M. Johnson regarding same (.1). | .20 | 66.00 |
| 9/15/16 | MJOH | Review elections to District Court; review motion to reject Carnell agreement and NOH regarding same; email to lead counsel regarding same. | .30 | 114.00 |
| 9/15/16 | DLEI | Receive and review Appellee's notice of election to have appeal heard by district court. | .10 | 33.00 |
| 9/19/16 | DLEI | Draft email correspondence to J. Chubak regarding hearing on motion to convert; Receive and review response to same; draft follow up email correspondence to J. Chubak. | .10 | 33.00 |
| 9/20/16 | DLEI | Receive and review notice of hearing on motion to extend exclusivity period; Calendar dates and deadlines relating to same (.1); Receive and review notice of hearing on adequacy of disclosure statement and relating confirmation matters; Calendar dates and deadlines relating to same (.1). | .20 | 66.00 |
| 9/21/16 | MJOH | Edit Designation of Record. | .30 | 114.00 |
| 9/23/16 | MJOH | Review minute entry regarding motion to dismiss/convert; review objection to motion to dismiss/convert; review motion to extend exclusivity and related pleadings. | .30 | 114.00 |

2

RAY QUINNEY & NEBEKER

Invoice: 530012

### TOTAL PROFESSIONAL SERVICES $ 753.00

**FEE SUMMARY BY ATTORNEY**

### TOTAL THIS INVOICE $ 753.00

FACTOR KINNEY & FEBEKER

Invoice: 530012

## INVOICES OUTSTANDING

| INVOICE NUMBER | DATE | INVOICE TOTAL | PAYMENTS RECEIVED | ENDING BALANCE |
|---|---|---|---|---|
| 525925 | 8/26/16 | 5,764.00 | .00 | 5,764.00 |
| 527893 | 9/22/16 | 3,157.12 | .00 | 3,157.12 |

| | |
|---|---|
| Previous Balance | $ 8,921.12 |
| Balance Due This Invoice | $ 753.00 |
| **TOTAL BALANCE DUE** | **$ 9,674.12** |



RAY QUINNEY & NEBEKER
ATTORNEYS AT LAW

PO BOX 45385
SALT LAKE CITY, UT 84145-0385
801 532-1500
www.RQN.com

B.E. Capital Management Fund LP
David Earls
Thomas Braziel
205 East 42nd Street, 14th
New York, NY  10017

October 14, 2016
Invoice: 530012

## REMITTANCE ADVICE

**Client-Matter: 47730 - 1**
**Billing Attorney: M. R. Johnson**

RE:   In re Perseon Corporation

| | |
|---|---|
| **BALANCE DUE THIS INVOICE** | **$ 753.00** |
| Previous Balance | $ 8,921.12 |
| **TOTAL BALANCE DUE** | **$ 9,674.12** |

Please return this advice with payment to:    Ray Quinney & Nebeker PC
ATTN:  Accounts Receivable
PO Box 45385
Salt Lake City, UT 84145-0385

## PAYMENT DUE UPON RECEIPT

### TO PAY ON-LINE, PLEASE VISIT http://rqn.com/payments/

*Thank you!*
*Your business is greatly appreciated.*

## <u>CERTIFICATE OF SERVICE – BY NOTICE OF ELECTRONIC FILING (CM/ECF)</u>

I hereby certify that on October 14, 2016, I electronically filed the foregoing Declaration of Jeffrey Chubak with the United States Bankruptcy Court for the District of Utah by using the CM/ECF system.  I further certify that the parties of record in this case, as identified below, are registered CM/ECF users and will be served through the CM/ECF system.

- Jeffrey M Armington armington.jeff@dorsey.com, asmus.natasha@dorsey.com, ventrello.ashley@dorsey.com

- Steven T. Waterman waterman.steven@dorsey.com, bingham.karen@dorsey.com, ventrello.ashley@dorsey.com

- Matthew M. Boley mboley@cohnekinghorn.com, jhasty@cohnekinghorn.com

- Kenneth L. Cannon kcannon@djplaw.com, khughes@djplaw.com

- Jeffrey Chubak jchubak@samlegal.com

- David F. Crosby dcrosby@nixonpeabody.com

- Anna W. Drake drake@millertoone.com

- Matthew A. Gold courts@argopartners.net

- Michael R. Johnson mjohnson@rqn.com, docket@rqn.com, dburton@rqn.com

- David H. Leigh dleigh@rqn.com, dburton@rqn.com, docket@rqn.com

- John T. Morgan john.t.morgan@usdoj.gov, james.Gee@usdoj.gov, lindsey.huston@usdoj.gov, suzanne.verhaal@usdoj.gov

- Penelope Parmes penelope.parmes@troutmansanders.com

- E. Scott Savage ssavage@sywlaw.com

- Sage M. Sigler sage.sigler@alston.com

- United States Trustee USTPRegion19.SK.ECF@usdoj.gov

STORCH AMINI & MUNVES PC

/s/ Jeffrey Chubak