**This order is SIGNED.**

 

**Dated: October 17, 2016**

R. KIMBALL MOSIER
U.S. Bankruptcy Judge

*skr*

*Prepared and submitted by:*
Steven T. Waterman (4164)
Michael F. Thomson (9707)
Jeffrey M. Armington (14050)
DORSEY & WHITNEY LLP
136 South Main Street, Suite 1000
Salt Lake City, UT  84101-1685
Telephone: (801) 933-7360
Facsimile: (801) 933-7373
Email:  waterman.steven@dorsey.com
        thomson.michael @dorsey.com
        armington.jeff@dorsey.com

*Attorneys for Debtor in Possession*
*BSD Medical Corporation fka Perseon Corporation*

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| In re:<br><br>BSD MEDICAL CORPORATION fka PERSEON CORPORATION,<br><br>Debtor. | Case No. 16-24435<br><br>Chapter 11<br><br>Chief Judge R. Kimball Mosier |

**ORDER GRANTING EX PARTE MOTION FOR ORDER SHORTENING TIME FOR NOTICE, OBJECTION AND HEARING FOR DEBTOR'S MOTION TO APPROVE SETTLEMENT AGREEMENT WITH CLINTON E. CARNELL JR. AND B.E. CAPITAL MANAGEMENT FUND LP PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 9019**

Upon consideration of the *Ex Parte* Motion for Order Shortening Time for Notice and Hearing (the "Motion"), and for good cause appearing therefore;

**IT IS HEREBY ORDERED THAT:**

1. The Motion is **GRANTED** as set forth below.

2. A hearing on the *Debtor's Motion to Approve Settlement Agreement with Clint E. Carnell Jr. and B.E. Capital Management Fund LP Pursuant to Federal Rule of Bankruptcy Procedure 9019* [Docket No. 252] (the "Settlement Motion") will be held on **November 1, 2016 at 11:00 a.m. (Mountain Time)**.

3. The deadline for filing and serving objections and/or responses to the Settlement Motion is **October 31, 2016 at 4:00 p.m. (Mountain Time)**.

_____End of Order_____